**United States Bankruptcy Court**
**District of Puerto Rico, Ponce Division**

**IN RE:**                                                    Case No. _____

Clinica Santa Rosa, Inc.                                    Chapter **11** _____
_____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **November 13, 2016** _____   Signature: ***/s/ FERNANDO ALARCON OCASIO*** _____
                                              **FERNANDO ALARCON OCASIO, PRESIDENT**                Debtor

Date: _____   Signature: _____
                                                                            Joint Debtor, if any

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
A S MEDICAL
A S MEDICAL
PO Box 60
Hormigueros, PR  00660-0060


A.A.A.002-8
A.A.A. 002-8
PO Box 70101
San Juan, PR  00936-8101


AAA
AAA
PO Box 70101
San Juan, PR  00936-8101


AAA 001-0
AAA 001-0
PO Box 70101
San Juan, PR  00936-8101


AAA 001-7
AAA 001-7
PO Box 70101
San Juan, PR  00936-8101


ABBOTT LABORATORIES, P.R.
ABBOTT LABORATORIES, P.R.
PO Box 71469
San Juan, PR  00936-8569
```

```
ABBY A SANCHEZ
URB LA HACIENDA, CALLE
43 AW-12
GUAYAMA, PR  00784


ABIGAIL BRISTOL MORALES
BO. PALMAS BAJAS CALLE
4 PARCELA 36
ARROYO, PR  00714


ABIGAIL BRISTOL MORALES
ABIGAIL BRISTOL MORALES BO. PALMAS BAJAS
4 PARCELA 36
Guayama, PR  00784


ACUALAB DE P.R
ACUALAB DE P.R
PO Box 625 BOX 625
Humacao, PR  00792-0625


ADA ROQUE RIVERA
 APT 2414
GUAYAMA, PR  00784


ADALIZ CABAN
PARQUES DE GUASIMAS
 J16
ARROYO, PR  00714
```

ADALIZ RUIZ RIVERA
BO PALO SECO
PO Box 13
Maunabo, PR  00707-0013


ADELA GUZMAN
URB. CIUDAD UNIVERSITARIA, CALLE
1 DD 13
GUAYAMA, PR  00784


ADELA SANTIAGO FELIX
PO Box 1173
Patillas, PR  00723-1173


ADELAIDA VARGAS
BRISAS DE ARROYO
 BLDG 3A
ARROYO,


ADELAIDA VARGAS
BRISAS DE ARROYO
 EDIFICIO 3A 38
ARROYO, PR  00714


ADELAURA ALICEA
PO Box 66
Arroyo, PR  00714-0066

```
ADELAURA ALICEA MELENDEZ
PO Box 66
Arroyo, PR  00714-0066


ADMINISTRADOR ASUME
ADMINISTRADOR ASUME
PO Box 71442
San Juan, PR  00936-8542


ADVANCED OFFICE ELECTRONICS
ADVANCED OFFICE ELECTRONICS
PO Box 4410
Carolina, PR  00984-4410


AIDA MARTIS
BUZON 7350 HC 764
PATILLAS, PR  00723


ALADDIN TEMP-RITE,  P.R INC
ALADDIN TEMP-RITE, P.R INC
PO Box 19411
San Juan, PR  00910-1411


ALEJANDRO RUIZ GUZMAN
URB. VILLA EL ENCANTO CALLE 1 G-24 JUANA
JUANA DIAZ, PR  00795


ALEXANDRA PAGAN RODRIGUEZ
PO Box 1100
Patillas, PR  00723-1100
```

```
ALPHABIOMEDICAL, INC
ALPHA BIOMEDICAL, INC
PO Box 670
Caguas, PR  00726-0670


AMN BUSINESS FORMS
AMN BUSINESS FORMS
PO Box 334411
Ponce, PR  00733-4411


ANTHONY AGOSTO
PO Box 3145
Guayama, PR  00785-3145


AQUA CLEAN SHIPS CARIBE, INC.
AQUA CLEAN SHIPS CARIBE, INC.
PO Box 16634
San Juan, PR  00908-6634


ARAMARK UNIFORM SERVICES, INC
ARAMARK UNIFORM SERVICES, INC
PO Box 2850
Carolina, PR  00984-2850


ASOCIACION DE HOSPITALES
VILLA NEVAREZ PROF. BLDG STE
101 CENTRO COMERCIAL VILLA
San Juan, PR  00927
```

```
AT & T
AT & T
PO Box 15067
San Juan, PR  00902-8567


AT&T MOBILITY
AT&T MOBILITY
PO Box 70261
San Juan, PR  00936-8261


ATLANTIS CONSULTING GROUP
ATLANTIS CONSULTING GROUP
PO Box 9755
Carolina, PR  00988-9755


AUREA LEBRON SOTO
AUREA LEBRON SOTO
C25 URB VISTAMAR
Guayama, PR  00784


AUTORIDAD ENERGIA ELECTRICA
AUTORIDAD ENERGIA ELECTRICA # CTA 216214
PO Box 363508
San Juan, PR  00936-3508


AUTORIDAD ENERGIA ELECTRICA
AUTORIDAD ENERGIA ELECTRICA #CTA 2162141
PO Box 363508
San Juan, PR  00936-3508
```

```
AUTORIDAD ENERGIA ELECTRICA
AUTORIDAD ENERGIA ELECTRICA #CTA 2948041
PO Box 363508
San Juan, PR  00936-3508


AUTORIDAD ENERGIA ELECTRICA
AUTORIDAD ENERGIA ELECTRICA #CTA 9372141
PO Box 363508
San Juan, PR  00936-3508


AXISCARE
AXISCARE Pepsi Ind Pk,
KM19 PR # 2
Toa Baja, PR  00949


BALLESTER HERMANOS,INC
BALLESTER HERMANOS,INC CALLE B LOTE
24 URB INDUSTRIAL REPARADA
Ponce, PR  00732


BANCODE SANGRE DE SERVICIOS
BANCO DE SANGRE DE SERVICIOS MUTUOS, INC
37 AVE PONCE DE LEON # 662
SAN JUAN, PR  00918


BAXALTA
BAXALTA
PO Box 70314
San Juan, PR  00936-8314
```

```
BAXTERSALES CORP
BAXTER SALES CORP
PO BOX 36-70280
San Juan, PR   00936-4707


BECKMAN COULTER PR, INC.
BECKMAN COULTER PR, INC.
PO Box 742075
Atlanta, GA   30374-2075


BERENICE DE JESUS ALVARADO
BERENICE DE JESUS ALVARADO Suite 053
PO Box 3000
Coamo, PR   00769-6000


BERENICE DE JESUS ALVARADO
PO Box 3000
Coamo, PR   00769-6000


BEST FIRE TECH CORP.
BEST FIRE TECH CORP.
PO Box 190502
San Juan, PR   00919-0502


BIOLABCOMPANY
BIOLAB COMPANY
PO Box 2006
Bayamon, PR   00960-2006
```

```
BMET
BMET
PO Box 10088
Ponce, PR  00732-0088


BNG COMMUNICATION
BNG COMMUNICATION
HC 1 Box 7286
Salinas, PR  00751-9800


BORSCHOW HOSPITAL & MEDICAL SU
BORINQUEN HOSP. EQUIPMENT R-15-49 CALLE
31 TURABO GDNS
Caguas, PR  00725


BORSCHOW HOSPITAL ACC 4120
BORSCHOW HOSPITAL ACC 4120
PO Box 366211
San Juan, PR  00936-6211


BOSTONSCIENTIFIC
BOSTON SCIENTIFIC
1730 AMARILLO ST STE 310
San Juan, PR  00926


BUSINESS SOUND & MUSIC
BUSINESS SOUND & MUSIC PMB 134
HC 1 Box 29030
Caguas, PR  00725-8900
```

BUSINESS TELE-COMMUNICATIONS
BUSINESS TELE-COMMUNICATIONS
PO Box 16635
San Juan, PR  00908-6635


BVR AMBULANCE BEST CARE
BVR AMBULANCE BEST CARE INC. Suite 273
PO Box 71325
San Juan, PR  00936-8425


C I R A C E T
C I R A C E T
PO Box 8970
Ponce, PR  00732-8970


C O V I D I E N
C O V I D I E N G.
PO Box 71416
San Juan, PR  00936-8516


Cadillac Uniform & Linen Suppl
Cadillac Uniform & Linen Suppl #
221 Laurel Ave
Bayamon, PR  00959-1908


CALDERON & ARROYO LAW OFFICES
PO Box 195659
San Juan, PR  00919-5659

```
CARDINAL HEALTH P.R, INC
CARDINAL HEALTH P.R, INC
PO Box 70220
San Juan, PR  00936-7220


CARIBERX SERVICE,INC.
CARIBE RX SERVICE,INC.
PO Box 7514
Ponce, PR  00732-7514


CARLOSMOLIERI
CARLOS MOLIERI
654 Ave Munoz Rivera Ste 2101
San Juan, PR  00918-4143


CARMEN M. RODRIGUEZ
CARMEN M. RODRIGUEZ BO. MAMEY
HC 65 Box 6056
Patillas, PR  00723-9324


CARMEN T. ORTIZ BONILLA
PO Box 14
Aibonito, PR  00705-0014


CECILIA RODRIGUEZ COSME
PO Box 2036
Guayama, PR  00785-2036
```

CESAR CASTILLO INC.
CESAR CASTILLO INC.
PO Box 191149
San Juan, PR  00919-1149


CHANGEHEALTHCARE
CHANGE HEALTHCARE
PO Box 572490
Murray, UT  84157-2490


CINTRON DIESEL
CINTRON DIESEL
PO Box 996
Guayama, PR  00785-0996


COLEGIO DE TECNOLOGOS MEDICOS
F1 Ave San Patricio
Guaynabo, PR  00968-3205


CPS PUERTO RICO, INC
CPS PUERTO RICO, INC
6409 N Quail Hollow Rd
Memphis, TN  38120-1414


CRIM
PO Box 195387
San Juan, PR  00919-5387

```
CRUZ ROJA AMERICANA
CRUZ ROJA AMERICANA
PO Box 366046
San Juan, PR  00936-6046


CYNTHIA CRUZ MAURAS
PO Box 103
Aguirre, PR  00704-0103


DALIXIE I.L LABOY CORA
DALIXIE I.L LABOY CORA URB BELINDA CALLE
6 G 23
ARROYO, PR  00714


DAMARIS CORA
BDA. Marin
HC 1 Box 3916
Arroyo, PR  00714-9702


DANIEL SANTIAGO
CONDOMINIO DARLINGTON
 Suite 1108
RIO PIEDRAS, PR  00925


DATA STORAGE CENTERS
DATA STORAGE CENTERS
PO Box 2358
Toa Baja, PR  00951-2358
```

```
DEG ANESHESIA GROUP, PSC
DEG ANESHESIA GROUP,
PSC 401A
Yauco, PR  00698


DEG ANESTHESIA GROUP PSC
PO Box 960
Guayama, PR  00785-0960


DELTA DENTAL OF PUERTO RICO
DELTA DENTAL OF PUERTO RICO, I
14 Calle 2 Ste 200
Guaynabo, PR  00968-1735


DELTA DENTAL OF PUERTO RICO, I
DELTA DENTAL OF PUERTO RICO, I
14 Calle 2 Ste 200
Guaynabo, PR  00968-1735


DEPARTAMENTO DEL TRABAJO
PO Box 191020
San Juan, PR  00919-1020


DEYA ELEVATOR INC.
DEYA ELEVATOR INC.
PO Box 362411
San Juan, PR  00936-2411
```

```
DIAGNOSTICS IMAGING SUPPLIES
DIAGNOSTICS IMAGING SUPPLIES
PO Box 11923
San Juan, PR  00922-1923


DIANA CINTRON SOTO
HC 763 BUZON 3354
CALLE CORAL B 3 URB VILLAS DE PATILLAS
PATILLAS, PR  00723


DR. EDELMIRO CARRILLO
DR. EDELMIRO CARRILLO
PO Box 256
Adjuntas, PR  00601-0256


DR. FRANZ A. HEFFELFINGER
DR. FRANZ A. HEFFELFINGER
PO Box 6497
Bayamon, PR  00960-5497


DR. JUAN N . AULET MORALES
DR. JUAN N . AULET MORALES #
8 VIRTUD ST
Ponce, PR  00731


DR. LUIS MELENDEZ GOMEZ
DR. LUIS MELENDEZ GOMEZ #
41 W SAN JOSE ST
Guayama, PR  00784
```

```
DR. MANUEL  VIZCARRONDO ACOSTA
DR. MANUEL VIZCARRONDO ACOSTA
PO Box 2342
Guayama, PR  00785-2342


DR. PABLO J DE CASTRO
DR. PABLO J DE CASTRO URB VALLE VERDE
830 CALLE VER
Ponce, PR  00716-3515


DR. ROBERTO RODRIGUEZ
URB PASEO DEL PARQUE
 10 CALLE TIVOLI
SAN JUAN, PR  00926


DR. ROLANDO DIAZ
DR. ROLANDO DIAZ AVE LAS AMERICAS
2621 URB COSTANCIA
Ponce, PR  00717


DR. WILBERT DEL VALLE RIVERA
PARQUE MONTERREY
3 EDIFICIO 170 APT 429
Ponce, PR  00731


DR.RAMON L. RODRIGUEZ FERNANDE
DR.RAMON L. RODRIGUEZ FERNANDE
PO Box 1006
Santa Isabel, PR  00757-1006
```

```
E C S BIOMEDICAL
E C S BIOMEDICAL CALLE ESTACION
1B P M B 4 6
Vega Alta, PR  00692


EBENEZER HOME & GARDEN
EBENEZER HOME & GARDEN
HC 63 Box 3985
Patillas, PR  00723-9547


EDRICK POMALES CINTRON
PO Box 1078
Guayama, PR  00785-1078


EDUARDO L. GONZALEZ
PO Box 960
Guayama, PR  00785-0960


EDWARD RAMOS
EDWARD RAMOS
PO Box 1554
Santa Isabel, PR  00757-1554


EDWIN RAMOS PENA
PO Box 1254
Coamo, PR  00769-1254
```

```
ELIZABETH DIAZ VEGA
BARRIO JACABOA
 CARRETERA 758 KM 1.7
PATILLAS, PR  00723


ENEIDA LEBRON FIGUEROA
PO Box 1318
Patillas, PR  00723-1318


ESSENTIAL PHARMACIST SERVICE, INC.
ESSENTIAL PHARMACIST SERVICE, INC.
609 TITO CASTRO AVE STE 102
PONCE, PR  00716


EUGENE FIGUEROA GALARZA
PO Box 2312
Guayama, PR  00785-2312


F.D.S.E.
PO Box 365028
San Juan, PR  00936-5028


FACSIMILE PAPER CONNECTION
FACSIMILE PAPER CONNECTION
PO Box 363122
San Juan, PR  00936-3122
```

```
FAST PRINT & MARKETING
FAST PRINT & MARKETING
PO Box 801542
Coto Laurel, PR  00780-1542


FDA-MQSA PROGRAM
FDA-MQSA PROGRAM
PO Box 979109
Saint Louis, MO  63197-9001


FERNANDO ALARCON
PO Box 10376
San Juan, PR  00922-0376


FILM PRODUCTS SALES & SERVICE
FILM PRODUCTS SALES & SERVICE SANTA PAUL
2 B-24
Guaynabo, PR  00969


FIRSTMEDICAL HEALTH PLAN, INC
FIRST MEDICAL HEALTH PLAN, INC
PO Box 70264
San Juan, PR  00936-8264


FRANCISCO PEREZ HERNANDEZ
PO Box 304
Arroyo, PR  00714-0304
```

```
FRESENIUS MEDICAL CARE
FRESENIUS MEDICAL CARE
PO Box 195198
San Juan, PR   00919-5198


GALARZA AIR CONDITIONER
GALARZA AIR CONDITIONER VILLA ROSA
3 BLOQUE A # 21
Guayama, PR   00784


GENERAL IMAGING SERVICES
GENERAL IMAGING SERVICES
PO BOX 2522
CAYEY, PR   00737


GIS PARTNERS CORPORATION
GIS PARTNERS CORPORATION
PO Box 801522
Coto Laurel, PR   00780-1522


GLENDA RAMOS COLON
PO Box 10007
Guayama, PR   00785-4007


GLORIA GARAY
PO Box 341
Salinas, PR   00751-0341
```

```
GLORIE M. COLLAZO ORTIZ
PO Box 2791
Guayama, PR  00785-2791


GLORIVEE ARROYO  MEDINA
BDA BLONDET CALLE D 206
GUAYAMA, PR  00784


GRACE M. FAJARDO
PO Box 1028
Arroyo, PR  00714-1028


GRACE M. FAJARDO
GRACE M. FAJARDO
PO Box 1028
Arroyo, PR  00714-1028


GRUPO PROFESIONAL SOLUCIONES
GRUPO PROFESIONAL SOLUCIONES
PO Box 366004
San Juan, PR  00936-6004


HECTOR C. BUITRAGO
PO Box 3060
Guayama, PR  00785-3060


HELVETIA DEL CARIBE
HELVETIA DEL CARIBE
PO Box 4849
Carolina, PR  00984-4849
```

HERNAN HERNANDEZ DIAZ
PO Box 2183
Guayama, PR  00785-2183


HILDALIZ DIAZ
PO Box 880
Patillas, PR  00723-0880


HOME ORTHOPEDICS,CORP.
HOME ORTHOPEDICS,CORP.
202 BLDG URB TRES MONJITAS FEDERICO ST
San Juan, PR  00918


HOSP.METROPOLITANO DR. PILA
HOSP. METROPOLITANO DR. PILA
2435 Blvd Luis A Ferre
Ponce, PR  00717-2112


HOSPITAL LAFAYETTE
HOSPITAL LAFAYETTE
753 KM 0.1 BOX 207
Arroyo, PR  00714


ICSAEL RODRIGUEZ TORRES
BO CORAZON
CALLE ALMENDRO #888
GUAYAMA, PR  00784

```
IDALYS M. VIROLA
IDALYS M. VIROLA
PO Box 605
Arroyo, PR  00714-0605


IDALYS M. VIROLA
PO Box 605
Arroyo, PR  00714-0605


IDENTECH
IDENTECH
100 PASEOS GRAN BLVD BOX 112-275
San Juan, PR  00926-5955


ILEANA DIAZ VILLEGAS
PO Box 812
Patillas, PR  00723-0812


ILEANA DIAZ VILLEGAS
URB PORTALES DE JACABOA C-10
 PO BOX 812
PATILLAS, PR  00723


ImageDirect-IDESS, Inc
Image Direct-IDESS, Inc
200 RAFAEL CORDERO SUITE 140 Box 458
Caguas, PR  00725
```

```
IMMUNO REFERENCE LAB
IMMUNO REFERENCE LAB
426 CALLE AGUEYBANA URB EL VEDADO
SAN JUAN, PR   00918


IMPLANTES Y SISTEMAS MEDICOS
IMPLANTES Y SISTEMAS MEDICOS
1 SUITE 80 METRO OFFICE PARK LOT 6
Guaynabo, PR   00968


IMPRENTA CARIMAD
IMPRENTA CARIMAD
50 Calle Celis Aguilera
Santa Isabel, PR   00757-2520


IMPRENTA PAGAN
IMPRENTA PAGAN
PO Box 148
Guayama, PR   00785-0148


INDERLYNE NIEVES QUINTERO
PMB 60
PO Box 10018
Guayama, PR   00785-4018


IRIS N. CARRION
URB APONTE
 CALLE E C 2 06
CAYEY, PR   00736
```

```
IRMA N. MARTINEZ
PO Box 453
Aguirre, PR   00704-0453


IRS
CITIVIEW PLAZA NO II
48 Carr 165 Ste 2000
Guaynabo, PR   00968-8000


ISRAEL PEREZ SANTIAGO
HC 1 Box 5971
Barranquitas, PR   00794-9419


ISRAELNIEVES DE JESUS
A26 CALLE C URB LA MARGARITA
Salinas, PR   00751


JAHAIRA RAMOS
B3 URB BELINDA CLL # 5
ARROYO, PR   00714


JAILENE DE JESUS COSME
B12 CALLE 12 URB COSTA AZUL
GUAYAMA, PR   00784


JAVIER RIVERA GARCIA
PO Box 1497
Arroyo, PR   00714-1497
```

JENNIFER M BRITO LABOY
PO Box 530
Maunabo, PR  00707-0530


JENNIFER NAVAS ROSADO
21 CALLE Z URB JARDINES DE ARROYO
Arroyo, PR  00714


JIMENEZ, GRAFFAM & LAUSELL
PO Box 366104
San Juan, PR  00936-6104


JIMMY AMARO MALDONADO
PO Box 843
Maunabo, PR  00707-0843


JOEDLEEN GONZALEZ DIAZ
HC 3 Box 18147
Coamo, PR  00769-9823


JOHNSON & JOHNSON
PO Box 70304
San Juan, PR  00936-8304


JOM SECURITY SERVICES, INC.
PO Box 507
Guayama, PR  00785-0507

JONATHAN MARRERO
BO JAUCA
CALLE #492
SANTA ISABEL, PR  00757


JONATHAN SANTIAGO MORALES
PO Box 42
Arroyo, PR  00714-0042


JORGE P. SALA
PO Box 960
Guayama, PR  00785-0960


JORGE P. SALA
CONDOMINIO SAN VICENTE
8169 CALLE CONCORDIA SUITE 102
PONCE, PR  00717-1556


JOSE A. PENA
HC 1 Box 4924
Juana Diaz, PR  00795-9709


JOSE I. SANCHEZ
CALLE
5 DE OCTUBRE # 11
SANTA ISABEL, PR  00757


JOSE L. SANTIAGO DIAZ
PO Box 598 BOX 598
Guayama, PR  00785-0598

```
JOSE SANTIAGO,INC.
MARGINAL, CARR #PR 5, KM 4.4
URB INDUSTRIAL LUCHETTI
BAYAMON, PR  00959


JOSSIE DE LEON
PO Box 1357
Santa Isabel, PR  00757-1357


JOSSIEDE LEON
PO Box 1357
Santa Isabel, PR  00757-1357


JUANITA MORALES PENA
PO Box 195659
San Juan, PR  00919-5659


KARITZA SERRANO
PO Box 704
Juana Diaz, PR  00795-0704


KARITZA SERRANO MARTINEZ
PO Box 704
Juana Diaz, PR  00795-0704


L & PM, INC.
F16 AZULES DEL MAR DORADO DEL MAR
Dorado, PR  00646
```

```
LABORATORIO CLINICO TOLEDO
280 MONTERREY URB IND REPARADA Box 7004
PONCE, PR   00732-7004


Lcda Marie Carmen Muntaner
PO Box 7441
Caguas, PR   00726-7441


LCDO. JOSE M. COLON
PO Box 960
Guayama, PR   00785-0960


LCDO.JOSE M. COLON PEREZ
PALMER #42 NORTE
PO Box 960
Guayama, PR   00785-0960


LEBRON MEDICAL CARE, INC.
PO Box 1204
Arroyo, PR   00714-1204


LEIDA VELAZQUEZ
PO Box 319
Aguirre, PR   00704-0319


LEMAIDA BARBOSA TORRES
HC 2 Box 5113
Guayama, PR   00784-7795
```

```
LEYDAORTA ALBINO
CONDOMINIO VILLA CAPARRA
APT 7D EXECUTIVE
GUAYNABO, PR   00966


LIGHT GAS CORPORATION
LIGHT GAS CORPORATION
PO Box 1155
Salinas, PR   00751-1155


LILLIAN GONZALEZ COLON
CALLE LOS MILLONARIOS,
HC 1 Box 4943
Arroyo, PR   00714-9787


LIMAY INC.
PO Box 1228
Patillas, PR   00723-1228


LINDA ROSARIO
BO CORAZON
 CALLE SANTO TOMAS 116 4
GUAYAMA, PR   00784


LUIS A. GOMEZ SANCHEZ
PO Box 31254
San Juan, PR   00929-2254
```

```
LUIS GARRATON
PO Box 362984
San Juan, PR  00936-2984


LUIS J. GONZALEZ GARAU
PO Box 1831 Box 1831
Guayama, PR  00785-1831


LUZ G. RAMOS CANDELARIO
PO Box 2127
Guayama, PR  00785-2127


LUZ M. FIGUEROA BERNIER
PO Box 1341
Guayama, PR  00785-1341


LUZ S. BERMUDEZ BONES
PMB 97
PO Box 10018
Guayama, PR  00785-4018


MALLINCKRODT CARIBBEAN,INC.
PO Box 70289
San Juan, PR  00936-8289


MARIA D. MARRERO RODRIGUEZ
PO Box 1232
Santa Isabel, PR  00757-1232
```

MARIA DEL R MARRERO
PO Box 1232
Santa Isabel, PR  00757-1232


MARIA VELEZ ALOMAR
PO Box 2701 BOX 2701
Guayama, PR  00785-2701


MARIBEL ESCALANTE
PO Box 1176
Patillas, PR  00723-1176


MARIBEL ORTIZ
BO OLIMPO
CALLE 1 #63
GUAYAMA, PR  00784


MARILYN ROMAN RIVERA
HC 63 Box 3723
Patillas, PR  00723-9521


MARISOL ALVARADO
URB LA ARBOLEDA
 2 CALLE ROBLES
COAMO, PR  00769


MEDITEK SERVICES,INC.
CENTRO INTERNACIONAL DE MERCADEO
TORRE 1 CARR 165 OFICINA 408
GUAYNABO, PR  00968

MEDLATIN GROUP INC.
PO Box 51426
Toa Baja, PR   00950-1426


Mercedes-Benz Financial Services
36455 Corporate Dr
Farmington, MI   48331-3552


MICHELLE COLON MEDINA
URB LA HACIENDA
CALLE 44 AR 33
GUAYAMA, PR   00784


MIGDALIA MATEO PEREIRA
PO Box 960
Guayama, PR   00785-0960


MIGUEL A GONZALEZ PERALTA
PO Box 463
Guayama, PR   00785-0463


MIGUEL A. MERCADO RIVERA
HC 2 Box 4117
Guayama, PR   00784-8538


MIGUEL BOLORIN
URB JARDINES DE GUAMANI
 CALLE 3 D7
GUAYAMA, PR   00784

MIGUELA SAEZ SANTIAGO
PO Box 126
Coamo, PR  00769-0126


MONLLOR FLEET SERVICES
CARR 3 KM 140.5
 SECTOR MELANIA
GUAYAMA, PR  00784


MR. INK OF PUERTO RICO
PO Box 2003
Caguas, PR  00726-2003


MUNICIPALITY OF GUAYAMA
PO Box 360
Guayama, PR  00785-0360


MYRIAM ROSA GARCIA
URB PARQUE DEL SOL
CALLE 1
PATILLAS, PR  00723


MYRNA CORTES NIEVES
PO Box 1381 BOX 1381
Guayama, PR  00785-1381


MYRNA RIVERA
PO Box 756
Arroyo, PR  00714-0756

```
NANNETTE I VEGA CRUZ
HC 1 Box 31050
Juana Diaz, PR   00795-9739


NATIONAL BUILDING MAINTENANCE
855 AVE HOSTOS
PONCE, PR   00716-1105


NIPROMEDICAL OF P.R . INC
PO Box 810263
Carolina, PR   00981-0263


NOEMI ORTIZ ROMAN
HC 1 Box 4003
Salinas, PR   00751-9705


NOLIA CAMACHO
HC 65
Patillas, PR   00723-9377


NORAIDA RIVERA
PO Box 3135 BOX 3135
Guayama, PR   00785-3135


NORGIHEILIZ OPPENHEIMER
PO BOX 800
COTTO LAUREL, PR   00780
```

```
NORMA I. MORALES LEBRON
PO Box 522 BOX 522
Patillas, PR  00723-0522


NORTOL ENVIRONMENTAL &
PO Box 366457
San Juan, PR  00936-6457


NYDIA BURGOS
HC 2 Box 4189
Maunabo, PR  00707-9514


OLIVER EXTERMINATING
PO Box 1264
Caguas, PR  00726-1264


ONELIA FIGUEROA
PTE. JOBOS COMUNIDAD MIRAMAR CALLE ORQUI
GUAYAMA, PR  00787


OPTIVON
PO Box 11881
San Juan, PR  00922-1881


ORENGO & LUIS MAINTENANCE
SUITE 174
PO Box 71325
San Juan, PR  00936-8425
```

ORIENTAL BANK
PO Box 195115
San Juan, PR  00919-5115


OTO-METRICS PR, INC.
PO Box 12248
San Juan, PR  00914-0248


P. R.SOLUTIONS SUPPLY,INC.
PO Box 50460
Toa Baja, PR  00950-0460


PCCG,INC./ACTIONRAD SOLUTIONS
PO Box 10535
Bradenton, FL  34282-0535


PEDRO AIR CONDITIONING Y/0
CARR 3 SECTOR MELANIA
 KM 140.3 INT FINAL
GUAYAMA, PR  00784


PHASOR ENGINEERING, INC.
PO Box 9012
Ponce, PR  00732-9012


PHILLIPS MEDICAL SYSTEM P.R INC
200 WINSTON CHURCHILL AVE STE 302
San Juan, PR  00926-6650

PRAXAIR PUERTO RICO B.V.
PO Box 307
Gurabo, PR   00778-0307


PREMED,LLC.
PO Box 474
Trujillo Alto, PR   00977-0474


PREMIER ANESTHESIA CONSULTANTS
BIEN-TE-VEO 14
 URB MONTEHIEDRA
SAN JUAN, PR   00926


Professional Inventory Special
CALLE LA SORBONA 251
 UNIVERSITY GARDENS
SAN JUAN, PR   00927


PROGRESSIVE SALES & SERVICE
AVE. ROOSEVELT
1163 PUERTO NUEVO
San Juan, PR   00920


PUERTO RICO BIOMEDICAL
PO Box 4755
Carolina, PR   00984-4755


PUERTO RICO TELEPHONE
PO BOX 71401
San Juan, PR   00936

PUERTO RICO TELEPHONE
PO BOX 71535
San Juan, PR   00936-8635


PUERTO RICO TELEPHONE
PUERTO RICO TELEPHONE
PO BOX 71535
San Juan, PR   00936-8635


PUERTORICO TELEPHONE
PO Box 8635
San Juan, PR   00910-0635


R H REALTY MANAGEMENT
URB PASEO DEL PARQUE
 10 CALLE TIVOLI
SAN JUAN, PR   00926


RADIOLOGY SUPPORTING SERVICES
URB PASEO DEL PARQUE
CALLE TIVOLI 10
SAN JUAN, PR   00926


RAMON COLON AGUIRRE
PO Box 128 BOX 128
Arroyo, PR   00714-0128


REGIONAL   ADJUSTMENT BUREAU
PO Box 34111
Memphis, TN   38184-0111

REINALDO ALBINO
PO Box 10008
Guayama, PR   00785-4008


REINALDO ALBINO MILIAN
HC 65
Patillas, PR   00723-9377


REPUBLIC SERVICES
PO Box 7104
Ponce, PR   00732-7104


REYES CONTRACTOR GROUP INC.
URB CERRO GORDO HILLS
 22 RAUL JULIA
VEGA ALTA, PR   00692


RIMACO, INC
PO Box 8895
San Juan, PR   00910-0895


RMC ORTHOPEDIC & SURGICAL,INC.
AGM BUILDING
 42 CARR 20 SUITE 102
GUAYNABO, PR   00966-3325


ROBERTO A. SALICETI
PO Box 3080
Guayama, PR   00785-3080

ROBERTO GARCIA RIVERA
HC 2 Box 4751
Guayama, PR  00784-7551


ROLANDO RIVERA
HC 1 Box 18311
Coamo, PR  00769-9800


ROLANDO SANTIAGO TORRES
PO Box 195659
San Juan, PR  00919-5659


ROLMARIE COLON GARCIA
BO LOS POLLOS
 SECTOR PARCELAS NUEVAS 105
PATILLAS, PR  00723


ROSIMAR APONTE GIBOYEAU
PO Box 474
Arroyo, PR  00714-0474


S A B I A M E D
PO Box 6150
Caguas, PR  00726-6150


SALICOOP
PO Box 1169 box 1169
Salinas, PR  00751-1169

```
SAMUEL SANCHEZ COLON
HC 1
Arroyo, PR  00714-9801


SANDRA G. COTTO MONTAÑEZ
URB VILLA MAR CALLE CASPIO
 A 18
GUAYAMA, PR  00784


SANTURCE X RAY & MEDICAL SUPPL
PO Box 11749
San Juan, PR  00910-2849


SARA J. MARTINEZ PROSPERE
HC 64
Patillas, PR  00723-9802


SATURINO MORALES
PO Box 195659
San Juan, PR  00919-5659


SECRETARIO DE HACIENDA
PO Box 9024140
San Juan, PR  00902-4140


SERV CORP
405 AVENIDA ESMERALDA PMB 241
Guaynabo, PR  00969
```

```
SISTEMA DE SALUD MENONITA
PO Box 372800
Cayey, PR   00737-2800


SISTEMA DE SALUD METROPOLITANO
101 AVE SAN PATRICIO
 SUITE 960
GUAYNABO, PR   00968


SIXMARY RODRIGUEZ
URB JARDINES DE SALINAS 101
 CALLE JULIO MARTINEZ
SALINAS, PR   00751


SOUTHERN PATOLOGY
234-A SABANETA INDUSTRIAL PARK
PONCE, PR   00716


SPOT ON HOLD
PO Box 1836
Mayaguez, PR   00681-1836


STERICYCLE, INC.
PO Box 6582
Carol Stream, IL   60197-6582


STRYKER SUSTAINABILITY
STRYKER SUSTAINABILITY
10232 S 51st St
Phoenix, AZ   85044-5205
```

SYSTEMONE
PO Box 10567
San Juan, PR  00922-0567


SYSTRONICS, INC
PO Box 7205
Ponce, PR  00732-7205


TARIMAX DE PUERTO RICO, INC
PO Box 793
Patillas, PR  00723-0793


TONER & INKJET EXPRESS
AVE. FAGOT
A10 SUITE 2
PONCE, PR  00717


ULEES
Calle Héctor Salamán
354 Urb Ext
Hato Rey, PR  00918-2111


UMECOINC
PO Box 21536
San Juan, PR  00928-1536


UNICARE CORPORATION
PO Box 1051
Sabana Seca, PR  00952-1051

```
USDA Rural Development
U.S. Department of Agriculture
1400 Independence Ave SW
Washington, DC  20250-0002


USDA Rural Develpment
U.S. Department of Agriculture
1400 Independence Ave SW
Washington, DC  20250-0002


V I T A L I F E   I N C.
FEDERICO COSTAS ST
 M-1046 #2 TRES MONJITAS
SAN JUAN, PR  00918


WAL-SMART,INC
54 VALLE SUR
MAYAGUEZ, PR  00680


WALTER J. RODRIGUEZ APONTE
CAMPITOS BRENES #1
ARROYO, PR  00714


WMED SOLUTIONS
URB VISTALAGO
CALLE LAGO LA PLATA #60
GURABO, PR  00778
```

XEROX
PO Box 299075
Lewisville, TX  75029-9075


YAZMIN MORALES
PO Box 195659
San Juan, PR  00919-5659


YESSENIA ORTIZ ORTIZ
URB HACIENDA GUAMANI
125 CALLE HIGUILLO
GUAYAMA, PR  00784


ZAIDA L. ESTRADA
URB CIUDAD UNIVERSITARIA
 C GORRION G-14
GUAYAMA, PR  00784


ZERO MEDICAL WASTE CORP.
425 CARR 693 PMB 135
DORADO, PR  00646

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO, PONCE DIVISION

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Clinica Santa Rosa, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **66-0260851** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3 Salida hacia Arroyo**<br>**Guayama, PR 00784**<br>Number, Street, City, State & ZIP Code | **PO Box 10008**<br>**Guayama, PR 00785-4008**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Guayama**<br>County | Location of principal assets, if different from principal place of business |
| | **3 Salida hacia Arroyo Guayama, PR 00784**<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Clinica Santa Rosa, Inc.**      Case number (*if known*) _____

Name

---

**7.**   **Describe debtor's business**    A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

Debtor _____    Relationship _____

District _____    When _____    Case number, if known _____

---

Debtor   **Clinica Santa Rosa, Inc.**
_____                  Case number (*if known*) _____
Name

| | |
|---|---|
| **11.** **Why is the case filed in** *this district?* | *Check all that apply:* |
| | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ **No** |
| | ☐ **Yes.** Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

**■ Statistical and administrative information**

| | |
|---|---|
| **13.** **Debtor's estimation of available funds** | *Check one:* |
| | ■ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Clinica Santa Rosa, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 13, 2016**
MM / DD / YYYY

X **/s/ FERNANDO ALARCON OCASIO**
Signature of authorized representative of debtor

**FERNANDO ALARCON OCASIO**
Printed name

Title   **PRESIDENT**

---

**18. Signature of attorney**

X **/s/ Antonio I. Hernandez**
Signature of attorney for debtor

Date **November 13, 2016**
MM / DD / YYYY

**Antonio I. Hernandez**
Printed name

**Hernandez Law Office**
Firm name

**PO Box 8509**
**San Juan, PR 00910-0509**
Number, Street, City, State & ZIP Code

Contact phone   **(787) 250-0575**      Email address   **ahernandezlaw@yahoo.com**

**USDC 201602**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name **Clinica Santa Rosa, Inc.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, PONCE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 13, 2016**   X **/s/ FERNANDO ALARCON OCASIO**
Signature of individual signing on behalf of debtor

**FERNANDO ALARCON OCASIO**
Printed name

**PRESIDENT**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Clinica Santa Rosa, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO, PONCE DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **USDA RURAL DEVELOPMENT** U.S. Department of Agriculture 1400 Independence Ave SW Washington, DC 20250-0002 | | **Bank loan** | | $7,794,016.00 | $3,200,000.00 | $4,594,016.00 |
| **ORIENTAL BANK** PO Box 195115 San Juan, PR 00919-5115 | | **Bank loan** | | $3,265,073.56 | $700,000.00 | $2,565,074.00 |
| **USDA Rural Development** U.S. Department of Agriculture 1400 Independence Ave SW Washington, DC 20250-0002 | | | | $2,560,717.00 | $1,438,664.00 | $1,122,053.00 |
| **AUTORIDAD ENERGIA ELECTRICA AUTORIDAD ENERGIA ELECTRICA #CTA 2162141 PO Box 363508 San Juan, PR 00936-3508** | | | | | | $1,910,466.31 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Clinica Santa Rosa, Inc.** | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AUTORIDAD ENERGIA ELECTRICA AUTORIDAD ENERGIA ELECTRICA #CTA 2948041 PO Box 363508 San Juan, PR 00936-3508 | | | | | | $1,510,424.11 |
| USDA Rural Develpment U.S. Department of Agriculture 1400 Independence Ave SW Washington, DC 20250-0002 | | | | $716,994.00 | $402,822.00 | $314,172.00 |
| CPS PUERTO RICO, INC CPS PUERTO RICO, INC 6409 N Quail Hollow Rd Memphis, TN 38120-1414 | | | | | | $540,248.45 |
| NATIONAL BUILDING MAINTENANCE 855 AVE HOSTOS PONCE, PR 00716-1105 | | | | | | $360,272.30 |
| SISTEMA DE SALUD METROPOLITANO 101 AVE SAN PATRICIO SUITE 960 GUAYNABO, PR 00968 | | | | | | $297,440.00 |
| S A B I A M E D PO Box 6150 Caguas, PR 00726-6150 | | | | | | $236,873.84 |
| SISTEMA DE SALUD MENONITA PO Box 372800 Cayey, PR 00737-2800 | | | | | | $226,888.66 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **Clinica Santa Rosa, Inc.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FIRSTMEDICAL HEALTH PLAN, INC FIRST MEDICAL HEALTH PLAN, INC PO Box 70264 San Juan, PR 00936-8264 | | | | | | $185,103.57 |
| HOSP.EPISCOPAL SAN LUCAS | | | | | | $143,068.15 |
| BORSCHOW HOSPITAL ACC 4120 BORSCHOW HOSPITAL ACC 4120 PO Box 366211 San Juan, PR 00936-6211 | | | | | | $137,974.81 |
| BAXTERSALES CORP BAXTER SALES CORP PO BOX 36-70280 San Juan, PR 00936-4707 | | | | | | $132,965.84 |
| PUERTO RICO HOSPITAL | | | | | | $126,816.63 |
| PREMIER ANESTHESIA CONSULTANTS BIEN-TE-VEO 14 URB MONTEHIEDRA SAN JUAN, PR 00926 | | | | | | $97,350.00 |
| JOM SECURITY SERVICES, INC. PO Box 507 Guayama, PR 00785-0507 | | | | | | $97,130.90 |
| DEG ANESHESIA GROUP, PSC DEG ANESHESIA GROUP, PSC 401A Yauco, PR 00698 | | | | | | $92,500.00 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Clinica Santa Rosa, Inc.**                                        Case number *(if known)*   _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AUTORIDAD ENERGIA ELECTRICA AUTORIDAD ENERGIA ELECTRICA #CTA 9372141 PO Box 363508 San Juan, PR 00936-3508** | | | | | | **$92,471.29** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico, Ponce Division

In re  **Clinica Santa Rosa, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept .................................................... $ _____

Prior to the filing of this statement I have received ................................. $ _____

Balance Due .................................................................................................... $ _____

■  **RETAINER**

For legal services, I have agreed to accept and received a retainer of ................. $ **35,000.00**

The undersigned shall bill against the retainer at an hourly rate of _____ $ **250.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

In re   **Clinica Santa Rosa, Inc.** _____      Case No. _____
                        Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
(Continuation Sheet)

<table>
<tr><td colspan="2" align="center"><strong>CERTIFICATION</strong></td></tr>
<tr><td colspan="2">    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td><strong>November 13, 2016</strong><br><em>Date</em></td><td><strong>/s/ Antonio I. Hernandez</strong><br><strong>Antonio I. Hernandez</strong><br><em>Signature of Attorney</em><br><strong>Hernandez Law Office</strong><br><br><strong>PO Box 8509</strong><br><strong>San Juan, PR 00910-0509</strong><br><strong>(787) 250-0575   Fax: (787) 766-0570</strong><br><strong>ahernandezlaw@yahoo.com</strong><br><em>Name of law firm</em></td></tr>
</table>