**Fill in this information to identify the case:**

Debtor name **Clinica Santa Rosa de Guayama**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, PONCE DIVISION

Case number (if known) **2:16-bk-9033**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 12, 2016**      X **/s/ FERNANDO ALARCON OCASIO**
                                        Signature of individual signing on behalf of debtor

                                        **FERNANDO ALARCON OCASIO**
                                        Printed name

                                        **PRESIDENT**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    __Clinica Santa Rosa de Guayama__

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, PONCE DIVISION

Case number (if known)    __2:16-bk-9033__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................ $    4,724,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................... $    4,447,434.93

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................ $    9,171,434.93

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $    14,715,035.56

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $    0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$    7,688,362.20

4. **Total liabilities** ....................................................................
    Lines 2 + 3a + 3b     $    22,403,397.76

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Clinica Santa Rosa de Guayama**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, PONCE DIVISION

Case number (if known) **2:16-bk-9033**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.     Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Banco Santander | Checking | 1932 | $13,533.93 |
| 3.2. | Banco Santander | Checking | 1940 | $4.08 |
| 3.3. | Oriental Bank | Checking | 1587 | $184,571.48 |
| 3.4. | Oriental Bank | Checking | 4193 | $94.87 |
| 3.5. | Oriental Bank | Checking | 6375 | $2,115.72 |
| 3.6. | Oriental Bank | Checking | 6511 | $77.02 |
| 3.7. | Banco Popular | Checking | 3416 | $119,414.86 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor     **Clinica Santa Rosa de Guayama**                    Case number (If known) **2:16-bk-9033**
           Name

4.      **Other cash equivalents** (Identify all)

5.      **Total of Part 1.**                                                          | **$319,811.96** |
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:     Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:       **129,475.00**  -   **25,743.00**  = ....         **$103,732.00**
                                        face amount           doubtful or uncollectible accounts


        11b. Over 90 days old:          **146,211.00**  -      **0.00**  = ....           **$146,211.00**
                                        face amount           doubtful or uncollectible accounts


12.     **Total of Part 3.**                                                          | **$249,943.00** |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:     Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** Inventory Net Book Value as of November 30, 2016 (SEE EXHIBIT A) | **11/30/2016** | **$100,000.00** | **EMV** | **$218,336.97** |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property              page 2

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | Clinica Santa Rosa de Guayama | Case number *(if known)* 2:16-bk-9033 |
|---|---|---|
| | Name | |

**23.** **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.  $218,336.97

**24.** **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2014 Mercedes-Benz E-Class | $30,000.00 | EMV | unknown |
| 47.2. 2003 Ford Econoline Cargo | $250.00 | EMV | unknown |
| 47.3. 2003 Nissan Pathfinder | $275.00 | EMV | unknown |
| 47.4. 2006 Mitsubishi Lancer | $400.00 | EMV | unknown |
| 47.5. 2006 Ford Econoline Cargo | $600.00 | EMV | unknown |
| 47.6. 2006 Ford Econoline Cargo | $600.00 | EMV | unknown |
| 47.7. 2007 Ford Econoline Wagon | $500.00 | EMV | unknown |

| Debtor | Clinica Santa Rosa de Guayama | | Case number *(if known)* | 2:16-bk-9033 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.8. | 2004 Mazda B-Series Truck | $300.00 | EMV | unknown |
| 47.9. | 2015 Nissan Versa | $9,500.00 | EMV | unknown |
| 47.10 | 2015 Nissan Versa | $9,500.00 | EMV | unknown |
| 47.11 | 2015 Nissan Versa | $9,500.00 | EMV | unknown |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| | Machinery and Equipment Net Book Value as of June 30, 2015 (SEE EXHIBIT B) Location Hospital Santa Rosa | $600,000.00 | EMV | $459,343.00 |
| | Equipment - Location Hospital under construction | $1,000,000.00 | EMV | $3,200,000.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

| $3,659,343.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | Clinica Santa Rosa de Guayama | Case number (if known) | 2:16-bk-9033 |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | Bo Machete, Guayama, PR 00784 SANTA ROSA HOSPITAL I Hospital Main Building Finca 12897 Estudio de Titulo de # de Caso: 3835 Guayama | OWNER | $2,670,000.00 | EMV | $1,124,000.00 |
| 55.2. | Bo Machete, Guayama, PR 00784 Values included in Section 55.1 NORTH AREA PARKING SANTA ROSA I Finca 12897 Estudio de Titulo # de Caso: 3835 Guayama | OWNER | $0.00 | | $0.00 |
| 55.3. | #4, Guayama, PR 00784 SANTA ROSA HOSPITAL II and Building in construction process 2016 ODP and Radiology Finca 8270 Estudio de Titulo de # de Caso: 8270 Guayama | OWNER | $2,670,000.00 | EMV | $3,020,000.00 |
| 55.4. | Bo Machete, Guayama, PR 00784 Values included in section 55.1 FARMACIA Finca 3789 Estudio de Titulo de # de Caso: 3789 Guayama | OWNER | $0.00 | | $0.00 |
| 55.5. | Bo Machete, Guayama, PR 00784 Values included in 55.1 OFICINA MANEJO DE INFORMACION DE SALUD Finca 3743 Estudio de Titulo # de Caso: 3743 Guayama | OWNER | $0.00 | | $0.00 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   __Clínica Santa Rosa de Guayama__          Case number (if known)  __2:16-bk-9033__
         Name

| | | | |
|---|---|---|---|
| 55.6. | , Guayama, PR 00784<br>Book Value included<br>in section 55.3<br>Parking Hospital<br>Santa Rosa II<br>TERRENO I<br>Finca 3631<br>Estudio de Titulo #<br>de Caso:<br>3918 Guayama | OWNER | $0.00 | $580,000.00 |
| 55.7. | Bo Machete,<br>Guayama, PR 00784<br>Value included in<br>55.1<br>Santa Rosa I<br>Warehouse<br>Finca 3717<br>Estudio de Titulo de<br># de Caso:<br>3717 Guayama | OWNER | $0.00 | $0.00 |
| 55.8. | Bo Machete,<br>Guayama, PR 00784<br>Value included in<br>55.1<br>Warehouse<br>TERRENO III<br>Finca 3722<br>Estudio de Titulo #<br>de Caso:<br>3722 | OWNER | $0.00 | $0.00 |
| 55.9. | , ,<br>Hogar Santa Rosa<br>(this property will be<br>transfered because<br>is it part of HUD<br>Collateral) | | $0.00 | $0.00 |

---

| 56. | Total of Part 9. | | $4,724,000.00 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | | |

57.  Is a depreciation schedule available for any of the property listed in Part 9?
   ■ No
   ☐ Yes

58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?
   ■ No
   ☐ Yes

**Part 10:**   Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

Official Form 206A/B               Schedule A/B Assets - Real and Personal Property                    page 6

Debtor    __Clinica Santa Rosa de Guayama__                    Case number (If known) __2:16-bk-9033__
               Name

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Clinica Santa Rosa de Guayama**                    Case number *(If known)*  **2:16-bk-9033**
          Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $319,811.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $249,943.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $218,336.97 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,659,343.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................> | | $4,724,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,447,434.93 | + 91b. $4,724,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,171,434.93 |

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name __Clinica Santa Rosa de Guayama__

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, PONCE DIVISION

Case number (if known) __2:16-bk-9033__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Mercedes-Benz Financial Services** | | $52,276.00 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**36455 Corporate Dr**
**Farmington, MI 48331-3552**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **ORIENTAL BANK** | | $3,265,073.56 | $375,686.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Inventory Net Book Value as of November 30, 2016 (SEE EXHIBIT A)**

**PO Box 195115**
**San Juan, PR 00919-5115**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**08/30/2006**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  __Clinica Santa Rosa de Guayama__                    Case number (if know)   __2:16-bk-9033__
                Name

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | **SALICOOP** | Describe debtor's property that is subject to a lien | $39,883.00 | $28,500.00 |

Creditor's Name

**2015 Nissan Versa**

**PO Box 1169 box 1169
Salinas, PR 00751-1169**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **USDA RURAL DEVELOPMENT** | Describe debtor's property that is subject to a lien | $7,794,016.00 | $5,340,580.00 |

Creditor's Name

 **Bo Machete, Guayama, PR 00784
SANTA ROSA HOSPITAL I Hospital Main
Building Finca 12897 Estudio de Título de #
de Caso: 3835 Guayama**

**U.S. Department of
Agriculture
1400 Independence Ave
SW
Washington, DC
20250-0002**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. USDA RURAL
DEVELOPMENT
2. USDA Rural
Development**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **USDA Rural Development** | Describe debtor's property that is subject to a lien | $2,846,793.00 | $1,000,000.00 |

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **Clinica Santa Rosa de Guayama**
     Name

Case number (if know)  **2:16-bk-9033**

---

Creditor's Name

**U.S. Department of Agriculture**
**1400 Independence Ave SW**
**Washington, DC 20250-0002**

Creditor's mailing address

**Equipment - Location Hospital under construction**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **USDA Rural Development** |

Creditor's Name

**U.S. Department of Agriculture**
**1400 Independence Ave SW**
**Washington, DC 20250-0002**

Creditor's mailing address

Describe debtor's property that is subject to a lien
  **Bo Machete, Guayama, PR 00784 SANTA ROSA HOSPITAL I Hospital Main Building Finca 12897 Estudio de Titulo de # de Caso: 3835 Guayama**

$716,994.00   $5,340,000.00

Describe the lien
**As of June 30, 2015**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. USDA RURAL DEVELOPMENT**
**2. USDA Rural Development**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$14,715,035.56

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    __Clinica Santa Rosa de Guayama__                          Case number (if know)    __2:16-bk-9033__
               Name

       Name  and address                                        On which line in Part 1 did you      Last 4 digits of
                                                                enter the related creditor?           account number for
                                                                                                      this entity

**Fill in this information to identify the case:**

Debtor name   __Clinica Santa Rosa de Guayama__

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO, PONCE DIVISION

Case number (if known)   __2:16-bk-9033__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**A S MEDICAL**<br>**A S MEDICAL**<br>**PO Box 60**<br>**Hormigueros, PR 00660-0060**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __0809__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$930.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**A.A.A.002-8**<br>**A.A.A. 002-8**<br>**PO Box 70101**<br>**San Juan, PR 00936-8101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __1268__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$98.28** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**AAA**<br>**AAA**<br>**PO Box 70101**<br>**San Juan, PR 00936-8101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __1289__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$2,657.34** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**AAA 001-0**<br>**AAA 001-0**<br>**PO Box 70101**<br>**San Juan, PR 00936-8101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __1269__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$92.94** |

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|--------|-----------------------------------|------------------------|------------------|
|        | Name                              |                        |                  |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,583.39 |
|-----|---|---|---|
| | AAA 001-7 | ☐ Contingent | |
| | AAA 001-7 | ☐ Unliquidated | |
| | PO Box 70101 | ☐ Disputed | |
| | San Juan, PR 00936-8101 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **1270** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,898.00 |
|-----|---|---|---|
| | ABBOTT LABORATORIES, P.R. | ☐ Contingent | |
| | ABBOTT LABORATORIES, P.R. | ☐ Unliquidated | |
| | PO Box 71469 | ☐ Disputed | |
| | San Juan, PR 00936-8569 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **0001** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|-----|---|---|---|
| | ABBY A SANCHEZ | ☐ Contingent | |
| | URB LA HACIENDA, CALLE | ☐ Unliquidated | |
| | 43 AW-12 | ☐ Disputed | |
| | GUAYAMA, PR 00784 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **5600** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.20 |
|-----|---|---|---|
| | ABIGAIL BRISTOL MORALES | ☐ Contingent | |
| | ABIGAIL BRISTOL MORALES BO. PALMAS BAJAS | ☐ Unliquidated | |
| | 4 PARCELA 36 | ☐ Disputed | |
| | Guayama, PR 00784 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **6116** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,518.56 |
|-----|---|---|---|
| | ABIGAIL BRISTOL MORALES | ☐ Contingent | |
| | BO. PALMAS BAJAS CALLE | ☐ Unliquidated | |
| | 4 PARCELA 36 | ☐ Disputed | |
| | ARROYO, PR 00714 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **1774** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,591.20 |
|------|---|---|---|
| | ACUALAB DE P.R | ☐ Contingent | |
| | ACUALAB DE P.R | ☐ Unliquidated | |
| | PO Box 625 BOX 625 | ☐ Disputed | |
| | Humacao, PR 00792-0625 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **0714** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|------|---|---|---|
| | ADA ROQUE RIVERA | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | APT 2414 | ☐ Disputed | |
| | GUAYAMA, PR 00784 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **0555** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Clinica Santa Rosa de Guayama | Case number (if known) | 2:16-bk-9033 |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

ADALIZ CABAN
PARQUES DE GUASIMAS
J16
ARROYO, PR 00714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  5262

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

ADALIZ RUIZ RIVERA
BO PALO SECO
PO Box 13
Maunabo, PR 00707-0013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  7089

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

ADALIZCABAN RIOS

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  1526

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

ADELA GUZMAN
URB. CIUDAD UNIVERSITARIA, CALLE
1 DD 13
GUAYAMA, PR 00784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  1279

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $426.75 |
|---|---|---|---|

ADELA SANTIAGO FELIX

PO Box 1173
Patillas, PR 00723-1173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  5516

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

ADELA SANTIAGO FELIX

PO Box 1173
Patillas, PR 00723-1173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.68 |
|---|---|---|---|

ADELAIDA VARGAS
BRISAS DE ARROYO
 EDIFICIO 3A 38
ARROYO, PR 00714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  5503

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | Clinica Santa Rosa de Guayama | Case number (if known) | 2:16-bk-9033 |
|---|---|---|---|
| | Name | | |

---

**3.19** Nonpriority creditor's name and mailing address

ADELAIDA VARGAS
BRISAS DE ARROYO
 BLDG 3A
ARROYO

Date(s) debt was incurred __
Last 4 digits of account number  0446

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$115.52

---

**3.20** Nonpriority creditor's name and mailing address

ADELAURA ALICEA

PO Box 66
Arroyo, PR 00714-0066

Date(s) debt was incurred __
Last 4 digits of account number  7041

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,566.68

---

**3.21** Nonpriority creditor's name and mailing address

ADELAURA ALICEA MELENDEZ

PO Box 66
Arroyo, PR 00714-0066

Date(s) debt was incurred __
Last 4 digits of account number  0403

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,058.19

---

**3.22** Nonpriority creditor's name and mailing address

ADMINISTRADOR ASUME
ADMINISTRADOR ASUME
PO Box 71442
San Juan, PR 00936-8542

Date(s) debt was incurred __
Last 4 digits of account number  0228

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$138.46

---

**3.23** Nonpriority creditor's name and mailing address

ADVANCED OFFICE ELECTRONICS
ADVANCED OFFICE ELECTRONICS
PO Box 4410
Carolina, PR 00984-4410

Date(s) debt was incurred __
Last 4 digits of account number  0464

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$7,629.78

---

**3.24** Nonpriority creditor's name and mailing address

AIDA MARTIS
BUZON 7350 HC 764
PATILLAS, PR 00723

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.25** Nonpriority creditor's name and mailing address

ALADDIN TEMP-RITE,  P.R INC
ALADDIN TEMP-RITE, P.R INC
PO Box 19411
San Juan, PR 00910-1411

Date(s) debt was incurred __
Last 4 digits of account number  0021

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$4,421.52

---

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ALEJANDRO RUIZ GUZMAN**
URB. VILLA EL ENCANTO CALLE 1 G-24 JUANA
JUANA DIAZ, PR 00795

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  5106

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ALEXANDRA PAGAN RODRIGUEZ**

PO Box 1100
Patillas, PR 00723-1100

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  6165

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ALEXIS J REYES DIAZ**
JARD. ARROYO ST Y BI 9, ARROYO, PR 00714
  PR 00714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  4811

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |
|---|---|---|---|

**ALEXIS J. ORTIZ BURGOS**

HC 4 BUZON 5932 COAMO, PR 00769

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  3443

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ALEXIS ROMAN**
HC 63 BUZON 3201 PATILLAS, PR 00723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0582

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ALMA R RODRIGUEZ**
BO.PITAHAYA SECTOR LAS 25, ARRIBA BUZON

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  1603

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,562.68 |
|---|---|---|---|

**ALPHABIOMEDICAL, INC**
ALPHA BIOMEDICAL, INC
PO Box 670
Caguas, PR 00726-0670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0019

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.04

**AMN BUSINESS FORMS**
AMN BUSINESS FORMS
PO Box 334411
Ponce, PR 00733-4411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0065**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**ANA M. CENTENO DE LEON**
URB EXT VALLES DE ARROYO CALLE S #3
ARRO

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **9655**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**ANDREA ILDEFONSO RODRIGUEZ**
BOX 347 PATILLAS, PR 00723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0307**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**ANGEL ALICEA DE LEON**
URB. CARIOCA CALLE 3,#25 GUAYAMA,
PR 007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **8519**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**ANGEL MILIAN SALCEDO**
HC 63 BOX 3099 PATILLAS, PR 00723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **7034**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**ANGEL SANTIAGO**
CALLE LEOPOLDO CEPEDA 440 COQUI
AGUIRRE,

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0383**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**ANGIE M. GOMEZ SANCHEZ**
BO. OLIMPO CALLE I-17 GUAYAMA, PR
00784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **9339**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor __Clinica Santa Rosa de Guayama_____  Case number (if known) __2:16-bk-9033_____
              Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**ANNIBELLE SUAREZ**
URB.HACIENDA CONCORDIA 11230 CALLE
ROSA,

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6748__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**ANTHONY AGOSTO**

PO Box 3145
Guayama, PR 00785-3145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __9800__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,536.21 |

**AQUA CLEAN SHIPS CARIBE, INC.**
AQUA CLEAN SHIPS CARIBE, INC.
PO Box 16634
San Juan, PR 00908-6634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0860__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**ARACELIS VAZQUEZ GARCIA**
Urb. Estancias Las Trinitarias II AA-3 A

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __3770__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,385.52 |

**ARAMARK UNIFORM SERVICES, INC**
ARAMARK UNIFORM SERVICES, INC
PO Box 2850
Carolina, PR 00984-2850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6168__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,730.60 |

**ASOCIACION DE HOSPITALES**
VILLA NEVAREZ PROF. BLDG STE
101 CENTRO COMERCIAL VILLA
San Juan, PR 00927

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0033__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,010.04 |

**AT & T**
AT & T
PO Box 15067
San Juan, PR 00902-8567

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6178__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,836.77 |

AT&T MOBILITY
AT&T MOBILITY
PO Box 70261
San Juan, PR 00936-8261

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1284**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,000.00 |

ATLANTIS CONSULTING GROUP
ATLANTIS CONSULTING GROUP
PO Box 9755
Carolina, PR 00988-9755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0830**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |

AUREA LEBRON SOTO
AUREA LEBRON SOTO
C25 URB VISTAMAR
Guayama, PR 00784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5147**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,887.37 |

AUTORIDAD ENERGIA ELECTRICA
AUTORIDAD ENERGIA ELECTRICA # CTA
216214
PO Box 363508
San Juan, PR 00936-3508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1261**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,910,466.31 |

AUTORIDAD ENERGIA ELECTRICA
AUTORIDAD ENERGIA ELECTRICA #CTA
2162141
PO Box 363508
San Juan, PR 00936-3508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1262**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,510,424.11 |

AUTORIDAD ENERGIA ELECTRICA
AUTORIDAD ENERGIA ELECTRICA #CTA
2948041
PO Box 363508
San Juan, PR 00936-3508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1263**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92,471.29 |

AUTORIDAD ENERGIA ELECTRICA
AUTORIDAD ENERGIA ELECTRICA #CTA
9372141
PO Box 363508
San Juan, PR 00936-3508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6073**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,544.02 |
|---|---|---|---|
| | AUTORIDAD ENERGIA ELECTRICA<br>AUTORIDAD ENERGIA ELECTRICA #CTA 9372141<br>PO Box 363508<br>San Juan, PR 00936-3508 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  6074 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,737.23 |
|---|---|---|---|
| | AXISCARE<br>AXISCARE Pepsi Ind Pk,<br>KM19 PR # 2<br>Toa Baja, PR 00949 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  0885 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,029.26 |
|---|---|---|---|
| | BALLESTER HERMANOS,INC<br>BALLESTER HERMANOS,INC CALLE B LOTE<br>24 URB INDUSTRIAL REPARADA<br>Ponce, PR 00732 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  0389 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,155.00 |
|---|---|---|---|
| | BANCODE SANGRE DE SERVICIOS<br>BANCO DE SANGRE DE SERVICIOS MUTUOS, INC<br>37 AVE PONCE DE LEON # 662<br>SAN JUAN, PR 00918 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  6329 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,320.00 |
|---|---|---|---|
| | BAXALTA<br>BAXALTA<br>PO Box 70314<br>San Juan, PR 00936-8314 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  6318 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132,965.84 |
|---|---|---|---|
| | BAXTERSALES CORP<br>BAXTER SALES CORP<br>PO BOX 36-70280<br>San Juan, PR 00936-4707 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  0042 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | BEATRIZ SOTO<br>SANTA TERESA #5  ARROYO, PR 00714 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  9547 | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | Clinica Santa Rosa de Guayama | Case number (if known) | 2:16-bk-9033 |
|---|---|---|---|
| | Name | | |

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,218.54**

BECKMAN COULTER PR, INC.
BECKMAN COULTER PR, INC.
PO Box 742075
Atlanta, GA 30374-2075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0633

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$985.97**

BERENICE DE JESUS ALVARADO
BERENICE DE JESUS ALVARADO Suite 053
PO Box 3000
Coamo, PR 00769-6000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0307

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,963.84**

BERENICE DE JESUS ALVARADO

PO Box 3000
Coamo, PR 00769-6000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  1731

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,333.88**

BEST FIRE TECH CORP.
BEST FIRE TECH CORP.
PO Box 190502
San Juan, PR 00919-0502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0843

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

BETTY BERNIER COLON
APARTADO 8414 GUAYAMA, PR 00784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  2166

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,598.50**

BIOLABCOMPANY
BIOLAB COMPANY
PO Box 2006
Bayamon, PR 00960-2006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0047

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,095.00**

BMET
BMET
PO Box 10088
Ponce, PR 00732-0088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  1235

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  __Clinica Santa Rosa de Guayama_____    Case number (if known) __2:16-bk-9033__
     Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,060.50 |
|---|---|---|---|

**BNG COMMUNICATION**
BNG COMMUNICATION
HC 1 Box 7286
Salinas, PR 00751-9800

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0075__

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,079.39 |
|---|---|---|---|

**BORSCHOW MEDICAL & MEDICAL SU**
BORINQUEN HOSP. EQUIPMENT R-15-49
CALLE
31 TURABO GDNS
Caguas, PR 00725

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0310__

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137,974.81 |
|---|---|---|---|

**BORSCHOW HOSPITAL ACC 4120**
BORSCHOW HOSPITAL ACC 4120
PO Box 366211
San Juan, PR 00936-6211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0511__

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,042.00 |
|---|---|---|---|

**BOSTONSCIENTIFIC**
BOSTON SCIENTIFIC
1730 AMARILLO ST STE 310
San Juan, PR 00926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0004__

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**BRENDA L ORTIZ MALDONADO**
BO. PALO SECO, MAUNABO, PR 00707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __8679__

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**BRENDA L. MARTINEZ FERNANDEZ**
URB ALBORADA PARK #49 SANTA ISABEL,
PR 0

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __4701__

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.60 |
|---|---|---|---|

**BUSINESS SOUND & MUSIC**
BUSINESS SOUND & MUSIC PMB 134
HC 1 Box 29030
Caguas, PR 00725-8900

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0473__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Clinica Santa Rosa de Guayama** | | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|---|
| | Name | | | |

---

**3.75** | Nonpriority creditor's name and mailing address
BUSINESS TELE-COMMUNICATIONS
BUSINESS TELE-COMMUNICATIONS
PO Box 16635
San Juan, PR 00908-6635

Date(s) debt was incurred __
Last 4 digits of account number  0472

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,944.00

---

**3.76** | Nonpriority creditor's name and mailing address
BVR AMBULANCE BEST CARE
BVR AMBULANCE BEST CARE INC. Suite
273
PO Box 71325
San Juan, PR 00936-8425

Date(s) debt was incurred __
Last 4 digits of account number  6320

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$29,579.25

---

**3.77** | Nonpriority creditor's name and mailing address
C I R A C E T
C I R A C E T
PO Box 8970
Ponce, PR 00732-8970

Date(s) debt was incurred __
Last 4 digits of account number  0765

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$13,190.50

---

**3.78** | Nonpriority creditor's name and mailing address
C O V I D I E N
C O V I D I E N G.
PO Box 71416
San Juan, PR 00936-8516

Date(s) debt was incurred __
Last 4 digits of account number  0168

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$53,784.49

---

**3.79** | Nonpriority creditor's name and mailing address
Cadillac Uniform & Linen Suppl
Cadillac Uniform & Linen Suppl #
221 Laurel Ave
Bayamon, PR 00959-1908

Date(s) debt was incurred __
Last 4 digits of account number  0043

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$63,602.36

---

**3.80** | Nonpriority creditor's name and mailing address
CARDINAL HEALTH P.R, INC
CARDINAL HEALTH P.R, INC
PO Box 70220
San Juan, PR 00936-7220

Date(s) debt was incurred __
Last 4 digits of account number  0085

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$47,933.76

---

**3.81** | Nonpriority creditor's name and mailing address
CARIBERX SERVICE,INC.
CARIBE RX SERVICE,INC.
PO Box 7514
Ponce, PR 00732-7514

Date(s) debt was incurred __
Last 4 digits of account number  1298

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,784.64

---

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.80 |
|---|---|---|---|

**3.82**

Nonpriority creditor's name and mailing address
CARIDAD ANAYA
URB. VILLA UNIVERSITARIA CALLE
LAFAYETTE

Date(s) debt was incurred __
Last 4 digits of account number  5254

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$17.80

---

**3.83**

Nonpriority creditor's name and mailing address
CARLA C. VALLE SOTO
URB.VILLAS DEL COQUI CALLE VIRGILIO
DAVI

Date(s) debt was incurred __
Last 4 digits of account number  1996

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.84**

Nonpriority creditor's name and mailing address
CARLOS D COLLAZO PEREZ
URB. PRADERAS DEL SUR, CALLE CEDRO
#83,

Date(s) debt was incurred __
Last 4 digits of account number  9019

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.85**

Nonpriority creditor's name and mailing address
CARLOS D. AQUILES
HC 02 BOX 7616 SALINAS, PR 00751

Date(s) debt was incurred __
Last 4 digits of account number  0319

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$450.00

---

**3.86**

Nonpriority creditor's name and mailing address
CARLOS LUIS  ORTIZ JR
Urb. Alta Vista T 33 CALLE 24, Ponce, PR

Date(s) debt was incurred __
Last 4 digits of account number  5236

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.87**

Nonpriority creditor's name and mailing address
CARLOS M. RODRIGUEZ
BO. OLIMPO CALLE C #472 GUAYAMA, PR
0078

Date(s) debt was incurred __
Last 4 digits of account number  8684

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.88**

Nonpriority creditor's name and mailing address
CARLOS WESTERBAND
HC 764 BOX 6838 PATILLAS, PR 00723

Date(s) debt was incurred __
Last 4 digits of account number  9580

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | Clinica Santa Rosa de Guayama | | Case number (if known) | 2:16-bk-9033 |
|---|---|---|---|---|
| | Name | | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|
| | CARLOSMOLIERI | ☐ Contingent | |
| | CARLOS MOLIERI | ☐ Unliquidated | |
| | 654 Ave Munoz Rivera Ste 2101 | ☐ Disputed | |
| | San Juan, PR 00918-4143 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **5955** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | CARMEN CORA | ☐ Contingent | |
| | BO.OLIMPO,CALLE 8 #362, GUAYAMA, PR | ☐ Unliquidated | |
| | 0078 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **0369** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | CARMEN J. RIVERA | ☐ Contingent | |
| | PARCELAS VIEJAS # 88 BO. COQUI | ☐ Unliquidated | |
| | AGUIRRE, | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **6225** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | CARMEN L. MARTINEZ | ☐ Contingent | |
| | ALTURA DE OLIMPO CALLE ZUMBADOR # | ☐ Unliquidated | |
| | 528 GU | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **2022** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | CARMEN L. VEGA | ☐ Contingent | |
| | URB. BELLO HORIZONTE F 15 CALLE 4 | ☐ Unliquidated | |
| | GUAYAM | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **4504** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277.05 |
|---|---|---|---|
| | CARMEN M. RODRIGUEZ | ☐ Contingent | |
| | CARMEN M. RODRIGUEZ BO. MAMEY | ☐ Unliquidated | |
| | HC 65 Box 6056 | ☐ Disputed | |
| | Patillas, PR 00723-9324 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **0002** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246.43 |
|---|---|---|---|
| | CARMEN MARTINEZ | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **0703** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Clinica Santa Rosa de Guayama**
Name

Case number *(if known)* **2:16-bk-9033**

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00
CARMEN R. ACEVEDO
URB. LA HACIENDA C 47 AW 20,
GUAYAMA, PR

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **6991**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00
CARMEN RODRIGUEZ
HC 65 BUZON 6056 PATILLAS, PR 00723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **6425**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00
CARMEN T. ORTIZ BONILLA

PO Box 14
Aibonito, PR 00705-0014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **4057**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00
CARMEN TORRES
LOMAS DEL VIENTO 182 CALLE RETIRO
GUAYAM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **9721**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00
CATHERINE LOPEZ DE JESUS
Calle General Cordero I-10 Guayama, PR 0

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **8131**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00
CECILIA RODRIGUEZ COSME

PO Box 2036
Guayama, PR 00785-2036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1645**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,634.80
CESAR CASTILLO INC.
CESAR CASTILLO INC.
PO Box 191149
San Juan, PR 00919-1149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0064**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (f known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CHANGEHEALTHCARE**
**CHANGE HEALTHCARE**
PO Box 572490
Murray, UT 84157-2490

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1256**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**CHRISTIAN RODRIGUEZ**
URB. VIVES, 59 CALLE B, GUAYAMA , PR 0078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **2052**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,202.40 |
|---|---|---|---|

**CINTRON DIESEL**
**CINTRON DIESEL**
PO Box 996
Guayama, PR 00785-0996

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1283**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**CLARYBETSY TAPIA SANTIAGO**
CALLE RODRIGUEZ HIDALGO #3 COAMO, PR 007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **5978**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $722.49 |
|---|---|---|---|

**COLEGIO DE TECNOLOGOS MEDICOS**

F1 Ave San Patricio
Guaynabo, PR 00968-3205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **0120**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,928.00 |
|---|---|---|---|

**CONTACT SECURITY, INC.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6317**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $540,248.45 |
|---|---|---|---|

**CPS PUERTO RICO, INC**
**CPS PUERTO RICO, INC**
6409 N Quail Hollow Rd
Memphis, TN 38120-1414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6002**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**CRISITINA R. BELEN FERRER**
Calle Principal #78, Aguirre, PR 00704

Date(s) debt was incurred __

Last 4 digits of account number  **9206**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**CRISTINA DROZ VELEZ**
BO. GUAMANI SEC. CULEBRA, 3 CARR 747 KM.

Date(s) debt was incurred __

Last 4 digits of account number  **4307**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,289.72 |
|---|---|---|---|

**CRUZ ROJA AMERICANA**
CRUZ ROJA AMERICANA
PO Box 366046
San Juan, PR 00936-6046

Date(s) debt was incurred __

Last 4 digits of account number  **0077**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**CYNTHIA CRUZ MAURAS**

PO Box 103
Aguirre, PR 00704-0103

Date(s) debt was incurred __

Last 4 digits of account number  **5078**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**DAISY GONZALEZ**
Urb. Estancias 410 Calle Perla Santa Isa

Date(s) debt was incurred __

Last 4 digits of account number  **3344**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $830.00 |
|---|---|---|---|

**DALIXIE I.L LABOY CORA**
DALIXIE I.L LABOY CORA URB BELINDA CALLE
6 G 23
ARROYO, PR 00714

Date(s) debt was incurred __

Last 4 digits of account number  **6146**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256.05 |
|---|---|---|---|

**DAMARIS CORA**
BDA. Marin
HC 1 Box 3916
Arroyo, PR 00714-9702

Date(s) debt was incurred __

Last 4 digits of account number  **0634**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   __Clinica Santa Rosa de Guayama__                       Case number (if known)   __2:16-bk-9033__
         Name

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**DAMARIS CORA**
HC 01 BOX 3916 , BARRIADA MARIN,
ARROYO

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __9534__

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |

**DAMARIS CORA RODRIGUEZ**
HC 01 BOX 3916 ARROYO, PR 00714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __9534__

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**DAMARIS VELAZQUEZ RIVERA**
BO.APEADERO CARR.757 KM.5.8,
PATILLAS, P

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7380__

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**DANIEL PERALTA**
EXT. JARDINES DE ARROYO CALLE C #
D-17 A

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __4703__

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,900.00 |

**DANIEL SANTIAGO**
CONDOMINIO DARLINGTON
 Suite 1108
RIO PIEDRAS, PR 00925

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __1276__

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**DANNY SANCHEZ**
Urb. Arroyo Village Calle 2 Casa A-2 Arr

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __9117__

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |

**DATA STORAGE CENTERS**
DATA STORAGE CENTERS
PO Box 2358
Toa Baja, PR 00951-2358

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __5500__

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

---

**3.124** | Nonpriority creditor's name and mailing address

**DEBORAH JOUBERT**
**BO. MOSQUITO CALLE A BUZON 1108**
**AGUIRRE,**

Date(s) debt was incurred __

Last 4 digits of account number __6750__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.125** | Nonpriority creditor's name and mailing address

**DEBORAH JOUBERT VAZQUEZ**
**BO. MOSQUITO CALLE A,BUZON 1108,**
**AGUIRRE**

Date(s) debt was incurred __

Last 4 digits of account number __6750__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.126** | Nonpriority creditor's name and mailing address

**DEG ANESHESIA GROUP, PSC**
**DEG ANESHESIA GROUP,**
**PSC 401A**
**Yauco, PR 00698**

Date(s) debt was incurred __

Last 4 digits of account number __0081__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$92,500.00**

---

**3.127** | Nonpriority creditor's name and mailing address

**DELIA I. MORALES VAZQUEZ**
**BO. CORAZON CALLE DEL CARMEN NO**
**48-25 GU**

Date(s) debt was incurred __

Last 4 digits of account number __8402__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$64.98**

---

**3.128** | Nonpriority creditor's name and mailing address

**DELIA MORALES**

Date(s) debt was incurred __

Last 4 digits of account number __0373__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$60.01**

---

**3.129** | Nonpriority creditor's name and mailing address

**DELMA COLON**
**CALLE ARIZONA #2 CASA #50 ARROYO,**
**PR 007**

Date(s) debt was incurred __

Last 4 digits of account number __0738__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.130** | Nonpriority creditor's name and mailing address

**DELTA DENTAL OF PUERTO RICO, I**
**DELTA DENTAL OF PUERTO RICO, I**
**14 Calle 2 Ste 200**
**Guaynabo, PR 00968-1735**

Date(s) debt was incurred __

Last 4 digits of account number __0561__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$676.00**

---

Debtor   **Clinica Santa Rosa de Guayama**
Name

Case number (if known)   **2:16-bk-9033**

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,200.33 |
|---|---|---|---|

DEYA ELEVATOR INC.
DEYA ELEVATOR INC.
PO Box 362411
San Juan, PR 00936-2411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0051

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $804.00 |
|---|---|---|---|

DIAGNOSTICS IMAGING SUPPLIES
DIAGNOSTICS IMAGING SUPPLIES
PO Box 11923
San Juan, PR 00922-1923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0563

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.68 |
|---|---|---|---|

DIANA CINTRON SOTO
HC 763 BUZON 3354
CALLE CORAL B 3 URB VILLAS DE
PATILLAS
PATILLAS, PR 00723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  5520

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.52 |
|---|---|---|---|

DIANA CINTRON SOTO
HC 763 BUZON 3354 PATILLAS, PR 00723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  5832

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

DIANA E LUNA POVENTUD
BO. OLIMPO 130, CALLE 5, GUAYAMA ,PR
007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  8918

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

DIANE M FLORES
HACIENDA LOS RECREOS, CALLE
ALEGRIA H-2,

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  4132

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

DORIS VAZQUEZ GONZALEZ
RR 1 BOX 6906 GUAYAMA, PR 00784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  9727

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Clinica Santa Rosa de Guayama**   Case number (if known)   **2:16-bk-9033**
_____
Name

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,771.06 |

**DR. ADALBERTO MENDOZA VALLEJO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0087**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.00 |

**DR. EDELMIRO CARRILLO
DR. EDELMIRO CARRILLO
PO Box 256
Adjuntas, PR 00601-0256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5199**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,400.00 |

**DR. FRANZ A. HEFFELFINGER
DR. FRANZ A. HEFFELFINGER
PO Box 6497
Bayamon, PR 00960-5497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5136**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00 |

**DR. JUAN N . AULET MORALES
DR. JUAN N . AULET MORALES #
8 VIRTUD ST
Ponce, PR 00731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5140**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.00 |

**DR. LUIS MELENDEZ GOMEZ
DR. LUIS MELENDEZ GOMEZ #
41 W SAN JOSE ST
Guayama, PR 00784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5145**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |

**DR. MANUEL  VIZCARRONDO ACOSTA
DR. MANUEL VIZCARRONDO ACOSTA
PO Box 2342
Guayama, PR 00785-2342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5146**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $720.00 |

**DR. PABLO J DE CASTRO
DR. PABLO J DE CASTRO URB VALLE
VERDE
830 CALLE VER
Ponce, PR 00716-3515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5416**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,416.66 |
|---|---|---|---|

**DR. ROBERTO RODRIGUEZ**
**URB PASEO DEL PARQUE**
**10 CALLE TIVOLI**
**SAN JUAN, PR 00926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5923__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.00 |
|---|---|---|---|

**DR. ROLANDO DIAZ**
**DR. ROLANDO DIAZ AVE LAS AMERICAS**
**2621 URB COSTANCIA**
**Ponce, PR 00717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5340__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.00 |
|---|---|---|---|

**DR. WILBERT DEL VALLE RIVERA**
**PARQUE MONTERREY**
**3 EDIFICIO 170 APT 429**
**Ponce, PR 00731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5141__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**DR.RAMON L. RODRIGUEZ FERNANDE**
**DR.RAMON L. RODRIGUEZ FERNANDE**
**PO Box 1006**
**Santa Isabel, PR 00757-1006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5417__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,963.03 |
|---|---|---|---|

**E C S BIOMEDICAL**
**E C S BIOMEDICAL CALLE ESTACION**
**1B P M B 4 6**
**Vega Alta, PR 00692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0808__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**EBENEZER HOME & GARDEN**
**EBENEZER HOME & GARDEN**
**HC 63 Box 3985**
**Patillas, PR 00723-9547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6327__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**EBONY WALTERS**
**URB. LAS VIOLETAS #14 PATILLAS, PR**
**00723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __3389__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | __Clinica Santa Rosa de Guayama__ | Case number (if known) | __2:16-bk-9033__ |
|---|---|---|---|
| | Name | | |

---

**3.152** | Nonpriority creditor's name and mailing address

**EDA MELENDEZ SANTIAGO**
URB VILLA ROSA II, A -32, GUAYAMA, PR 00

Date(s) debt was incurred __

Last 4 digits of account number __1828__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.153** | Nonpriority creditor's name and mailing address

**EDGAR N. COLON DE JESUS**
BO. OLIMPO C-3 #732 GUAYAMA, PR 00784

Date(s) debt was incurred __

Last 4 digits of account number __8985__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.154** | Nonpriority creditor's name and mailing address

**EDGARDO MIRANDA**
PMB 129 PO BOX 10018, GUAYAMA, PR 00784

Date(s) debt was incurred __

Last 4 digits of account number __6106__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.155** | Nonpriority creditor's name and mailing address

**EDITH M ACOSTA**
URB. MONTE SORIA II, CALLE ARENA # 31, A

Date(s) debt was incurred __

Last 4 digits of account number __6639__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.156** | Nonpriority creditor's name and mailing address

**EDNILYS SOSA RODRIGUEZ**
URB. LA VEGA CALLE A # 183  Juana Diaz,

Date(s) debt was incurred __

Last 4 digits of account number __3475__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.157** | Nonpriority creditor's name and mailing address

**EDRICK POMALES CINTRON**

PO Box 1078
Guayama, PR 00785-1078

Date(s) debt was incurred __

Last 4 digits of account number __1987__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.158** | Nonpriority creditor's name and mailing address

**EDWARD RAMOS**
EDWARD RAMOS
PO Box 1554
Santa Isabel, PR 00757-1554

Date(s) debt was incurred __

Last 4 digits of account number __0483__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$6,594.25

---

Debtor  __Clinica Santa Rosa de Guayama__          Case number (if known)  __2:16-bk-9033__
         Name

| | | |
|---|---|---|
| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**3.159**
Nonpriority creditor's name and mailing address
**EDWIN DE JESUS RIVERA**
URB. LOS ALGARROBO ST D F 9
GUAYAMA, PR

Date(s) debt was incurred __

Last 4 digits of account number __8065__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.160**
Nonpriority creditor's name and mailing address
**EDWIN O. VAZQUEZ MELENDEZ**
BO. COQUI CALLE JESUS T. PIÑEIRON #54
AG

Date(s) debt was incurred __

Last 4 digits of account number __8166__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.161**
Nonpriority creditor's name and mailing address
**EDWIN RAMOS PENA**

PO Box 1254
Coamo, PR 00769-1254

Date(s) debt was incurred __

Last 4 digits of account number __9874__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.162**
Nonpriority creditor's name and mailing address
**EDWIN TRICOCHE MARTINEZ**
HC - 1 BOX 6577 SANTA ISABEL, PR 00757

Date(s) debt was incurred __

Last 4 digits of account number __8042__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.163**
Nonpriority creditor's name and mailing address
**ELENA SANTIAGO ROMERO**
URB. BELINDA C 6 G 13 ARROYO, PR
00714

Date(s) debt was incurred __

Last 4 digits of account number __6439__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.164**
Nonpriority creditor's name and mailing address
**ELIET ARANA MEDRANO**
80 URB PASEO SANTA BARBARA
GURABO, PR 00

Date(s) debt was incurred __

Last 4 digits of account number __0162__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.165**
Nonpriority creditor's name and mailing address
**ELIEZER MARTINEZ**
URB. VILLA UNIVERSITARIA, CALLE 5
CASA A

Date(s) debt was incurred __

Last 4 digits of account number __1875__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **Clinica Santa Rosa de Guayama**                Case number (if known) **2:16-bk-9033**
_____
Name

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ELISANIA RIVERA CAMACHO**
**APT. 432 PATILLAS, PR 00723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **3375**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,100.00 |
|---|---|---|---|

**ELIZABETH DIAZ VEGA**
**BARRIO JACABOA**
**CARRETERA 758 KM 1.7**
**PATILLAS, PR 00723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **6095**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ELIZABETH ORTIZ RODRIGUEZ**
**EXTENSION VALLES DE ARROYO CALLE**
**15 2-19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4866**

Last 4 digits of account number  __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ELLIAN VAZQUEZ**
**BO. PALMAS BAJAS, CALLE 4 #35,**
**GUAYAMA ,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7236**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ELSA VALENTIN**
**URB. SAN ANTONIO, CALLE 170, ARROYO,**
**PR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **8133**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ENEIDA LEBRON FIGUEROA**

**PO Box 1318**
**Patillas, PR 00723-1318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **3087**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ENID DELGADO**
**URB.QUINTAS DE GUASIMAS C/16**
**ARROYO, PR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0277**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Clinica Santa Rosa de Guayama**                     Case number (if known)   **2:16-bk-9033**
         Name

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ENID MIRANDA VALDES**
APARTADO 758, SALINAS, PR 00751

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0219**

Is the claim subject to offset?  ◼ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ENRIQUE A. MANFREDY RODRIGUEZ**
URB.VILLA EL ENCANTO CALLE 6 H-76
JUANA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0784**

Is the claim subject to offset?  ◼ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ERIC VAZQUEZ**
BO. GUAMANI CARR 179 KM 2.7 SEC LOS
BERN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **2616**

Is the claim subject to offset?  ◼ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,728.00 |
|---|---|---|---|

**ERITZA M. COLON BARBOSA**
EXTENSION EL TAINO C-15 SANTA ISABEL,
PR

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **4068**

Is the claim subject to offset?  ◼ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,174.64 |
|---|---|---|---|

**ESSENTIAL PHARMACIST SERVICE, INC.**
ESSENTIAL PHARMACIST SERVICE, INC.
609 TITO CASTRO AVE STE 102
PONCE, PR 00716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **6314**

Is the claim subject to offset?  ◼ No  ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**EUGENE FIGUEROA GALARZA**

PO Box 2312
Guayama, PR 00785-2312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **8185**

Is the claim subject to offset?  ◼ No  ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**EVELYN VILLARONGA CAPO**
G 29 CALLE PACIFICO URB. VILLA MAR
GUAYA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **2338**

Is the claim subject to offset?  ◼ No  ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 26 of 80

Debtor **Clinica Santa Rosa de Guayama**
Name

Case number (if known) **2:16-bk-9033**

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,728.25 |
|---|---|---|---|

**FACSIMILE PAPER CONNECTION**
**FACSIMILE PAPER CONNECTION**
PO Box 363122
San Juan, PR 00936-3122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0104**

Is the claim subject to offset? ■ No ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,776.65 |
|---|---|---|---|

**FAST PRINT & MARKETING**
**FAST PRINT & MARKETING**
PO Box 801542
Coto Laurel, PR 00780-1542

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0802**

Is the claim subject to offset? ■ No ☐ Yes

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,545.54 |
|---|---|---|---|

**FDA-MQSA PROGRAM**
**FDA-MQSA PROGRAM**
PO Box 979109
Saint Louis, MO 63197-9001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5164**

Is the claim subject to offset? ■ No ☐ Yes

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**FELIPE AQUINO PEREZ**
TREASURE VALLEY CALLE MEXICO A-18
CIDRA,

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1510**

Is the claim subject to offset? ■ No ☐ Yes

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FELIX RIVERA RIVERA**
Bo. Narajo carretera 791 km 2.0 COMERIO,

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3119**

Is the claim subject to offset? ■ No ☐ Yes

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**FERNANDO ALARCON**

PO Box 10376
San Juan, PR 00922-0376

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3065**

Is the claim subject to offset? ■ No ☐ Yes

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**FILM PRODUCTS SALES & SERVICE**
**FILM PRODUCTS SALES & SERVICE**
SANTA PAUL
2 B-24
Guaynabo, PR 00969

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0320**

Is the claim subject to offset? ■ No ☐ Yes

Debtor __Clinica Santa Rosa de Guayama__     Case number (if known) __2:16-bk-9033__
Name

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185,103.57 |

FIRSTMEDICAL HEALTH PLAN, INC
FIRST MEDICAL HEALTH PLAN, INC
PO Box 70264
San Juan, PR 00936-8264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0108__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

FRANCISCA VARGAS COLON
URB.EL TORITO CALLE-4 F-8, CAYEY, PR
007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6717__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

FRANCISCO PEREZ HERNANDEZ

PO Box 304
Arroyo, PR 00714-0304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __3136__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,540.00 |

FRESENIUS MEDICAL CARE
FRESENIUS MEDICAL CARE
PO Box 195198
San Juan, PR 00919-5198

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0049__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

GABRIEL RODRIGUEZ VEGA
URB.VALLES DE ARROYO  #52, ARROYO,
PR 00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __2590__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,293.00 |

GALARZA AIR CONDITIONER
GALARZA AIR CONDITIONER VILLA ROSA
3 BLOQUE A # 21
Guayama, PR 00784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0122__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

GASPAR SOLIVAN DUPREY
HC-02 BOX 4019 GUAYAMA, PR 00784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6948__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
| | Name | | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,175.00 |

**GENERAL IMAGING SERVICES**
**GENERAL IMAGING SERVICES**
PO BOX 2522
CAYEY, PR 00737

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6344__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**GERARDO G. DIAZ SOTO**
BOX 813, GUAYAMA, PR 00785

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __9509__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**GIL N LUGO GARCIA**
URB.COSTA AZUL CALLE 10, CASA  F-18,
GUA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __2735__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**GILBERTO RIVERA MATEO**
URB. VILLA MADRID, CALLE 15 W-1,
COAMO,

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __7476__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,100.00 |

**GIS PARTNERS CORPORATION**
**GIS PARTNERS CORPORATION**
PO Box 801522
Coto Laurel, PR 00780-1522

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6316__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**GISELLE RIVERA CARRION**
HC 763 BUZON 3358, BO. CACAO ALTO,
PATIL

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6787__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**GLENDA RAMOS COLON**

PO Box 10007
Guayama, PR 00785-4007

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __3079__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CiN Group - www.cincompass.com

| Debtor | __Clinica Santa Rosa de Guayama__ | Case number (if known) | __2:16-bk-9033__ |
|---|---|---|---|
| | Name | | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**GLORIA DIAZ VILA**
30-3 A VILLAS DEL SENORIAL, SAN JUAN, PR

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __3354__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**GLORIA GARAY**

PO Box 341
Salinas, PR 00751-0341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __3552__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**GLORIA RIVERA LABOY**
HC 764 BUZON 6247 PATILLAS, PR 00723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1051__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**GLORIE M. COLLAZO ORTIZ**

PO Box 2791
Guayama, PR 00785-2791

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4298__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $445.37 |
|---|---|---|---|

**GLORIVEE ARROYO  MEDINA**
BDA BLONDET CALLE D 206
GUAYAMA, PR 00784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5873__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $346.20 |
|---|---|---|---|

**GLORIVEE ARROYO MEDINA**
BDA. BLONDET CALLE D #206 GUAYAMA, PR 00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __2932__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $537.85 |
|---|---|---|---|

**GRACE M. FAJARDO**
**GRACE M. FAJARDO**
PO Box 1028
Arroyo, PR 00714-1028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __6117__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,136.80 |
|---|---|---|---|

**GRACE M. FAJARDO**

PO Box 1028
Arroyo, PR 00714-1028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **4610**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,100.00 |
|---|---|---|---|

**GRUPO PROFESIONAL SOLUCIONES**
**GRUPO PROFESIONAL SOLUCIONES**
PO Box 366004
San Juan, PR 00936-6004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6080**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**HARRY MERCADO**
**BARRIADA SANTA ANA CALLE A, BUZON**
**26 APA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1856**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**HECTOR C. BUITRAGO**

PO Box 3060
Guayama, PR 00785-3060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3784**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**HECTOR J. MIRANDA**
**URB. REXMANOR CALLE 3 A 13**
**GUAYAMA, PR 0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3752**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,976.00 |
|---|---|---|---|

**HELVETIA DEL CARIBE**
**HELVETIA DEL CARIBE**
PO Box 4849
Carolina, PR 00984-4849

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0856**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**HERMED PAGAN VEGA**
**BARRIO PROVIDENCIA, CALLE CEREZO**
**APARTAD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6651**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   __Clinica Santa Rosa de Guayama__   Case number (if known)   __2:16-bk-9033__
Name

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**HERNAN HERNANDEZ DIAZ**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 2183
Guayama, PR 00785-2183

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __2132__

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**HILARY RIVERA TORRES**
URB. LA RIVERA CASA D3 CALLE S
ARROYO, P

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __9910__

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**HILDALIZ DIAZ**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 880
Patillas, PR 00723-0880

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __8277__

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,929.00 |
|---|---|---|---|

**HOME ORTHOPEDICS,CORP.**
HOME ORTHOPEDICS,CORP.
202 BLDG URB TRES MONJITAS FEDERICO
ST
San Juan, PR 00918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0827__

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143,068.15 |
|---|---|---|---|

**HOSP.EPISCOPAL SAN LUCAS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0331__

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $708.86 |
|---|---|---|---|

**HOSP.METROPOLITANO DR. PILA**
HOSP. METROPOLITANO DR. PILA
2435 Blvd Luis A Ferre
Ponce, PR 00717-2112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6333__

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $899.88 |
|---|---|---|---|

**HOSPITAL EPISCOPAL SAN LUCAS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0130__

Is the claim subject to offset?   ■ No   ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

---

**3.222** | Nonpriority creditor's name and mailing address

HOSPITAL LAFAYETTE
HOSPITAL LAFAYETTE
753 KM 0.1 BOX 207
Arroyo, PR 00714

Date(s) debt was incurred __

Last 4 digits of account number  1308

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$539.00

---

**3.223** | Nonpriority creditor's name and mailing address

ICSAEL RODRIGUEZ TORRES
BO CORAZON
CALLE ALMENDRO #888
GUAYAMA, PR 00784

Date(s) debt was incurred __

Last 4 digits of account number  5443

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,663.00

---

**3.224** | Nonpriority creditor's name and mailing address

IDA ZOE RODRIGUEZ
URB.VALLES DE GUAYAMA CALLE 23 XX
-10. G

Date(s) debt was incurred __

Last 4 digits of account number  5754

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.225** | Nonpriority creditor's name and mailing address

IDALISE M. RODRIGUEZ
RR1 BOX 6268 GUAYAMA, PR 00785

Date(s) debt was incurred __

Last 4 digits of account number  7068

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.226** | Nonpriority creditor's name and mailing address

IDALYS M. VIROLA
IDALYS M. VIROLA
PO Box 605
Arroyo, PR 00714-0605

Date(s) debt was incurred __

Last 4 digits of account number  6122

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,577.26

---

**3.227** | Nonpriority creditor's name and mailing address

IDALYS M. VIROLA

PO Box 605
Arroyo, PR 00714-0605

Date(s) debt was incurred __

Last 4 digits of account number  1388

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,163.20

---

**3.228** | Nonpriority creditor's name and mailing address

IDENTECH
IDENTECH
100 PASEOS GRAN BLVD BOX 112-275
San Juan, PR 00926-5955

Date(s) debt was incurred __

Last 4 digits of account number  5300

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,413.30

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **Clinica Santa Rosa de Guayama**
_____
Name

Case number (if known) **2:16-bk-9033**
_____

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.07 |
|---|---|---|---|

**ILEANA DIAZ VILLEGAS**
URB PORTALES DE JACABOA C-10
PO BOX 812
PATILLAS, PR 00723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5537**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.75 |
|---|---|---|---|

**ILEANA DIAZ VILLEGAS**

PO Box 812
Patillas, PR 00723-0812

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **8091**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,933.35 |
|---|---|---|---|

**ImageDirect-IDESS, Inc**
Image Direct-IDESS, Inc
200 RAFAEL CORDERO SUITE 140 Box 458
Caguas, PR 00725

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6126**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,214.00 |
|---|---|---|---|

**IMMUNO REFERENCE LAB**
IMMUNO REFERENCE LAB
426 CALLE AGUEYBANA URB EL VEDADO
SAN JUAN, PR 00918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6330**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,982.01 |
|---|---|---|---|

**IMPLANTES Y SISTEMAS MEDICOS**
IMPLANTES Y SISTEMAS MEDICOS
1 SUITE 80 METRO OFFICE PARK LOT 6
Guaynabo, PR 00968

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0423**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.53 |
|---|---|---|---|

**IMPRENTA CARIMAD**
IMPRENTA CARIMAD
50 Calle Celis Aguilera
Santa Isabel, PR 00757-2520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0105**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,550.11 |
|---|---|---|---|

**IMPRENTA PAGAN**
IMPRENTA PAGAN
PO Box 148
Guayama, PR 00785-0148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0135**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $775.46 |
|---|---|---|---|

**INDERLYNE NIEVES QUINTERO**
**PMB 60**
**PO Box 10018**
**Guayama, PR 00785-4018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __0332__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $908.57 |
|---|---|---|---|

**INDERLYNE NIEVES QUINTERO**
**PMB 60**
**PO Box 10018**
**Guayama, PR 00785-4018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __4227__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,769.93 |
|---|---|---|---|

**INTELLIGENT SECURITY AND FIRE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __1264__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $778.39 |
|---|---|---|---|

**IRIS N. CARRION**
**URB APONTE**
**CALLE E C 2 06**
**CAYEY, PR 00736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __5874__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,381.60 |
|---|---|---|---|

**IRIS N. CARRION ALICEA**
**URB. APONTE CALLE E C 2 06 CAYEY, PR**
**007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __1284__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**IRIS O. DIAZ ALEJANDRO**
**URB. JARDINES DE GUAMANI CALLE8, I-13**
**GU**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __4980__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**IRIS PABON LAGO**
**URB. LOURDES 867, MARGINAL, TRUJILLO**
**ALT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __9985__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  __Clinica Santa Rosa de Guayama__          Case number (if known)  __2:16-bk-9033__
Name

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**IRMA L. REYES VELEZ**
HC 764 BUZON 7888 PATILLAS, PR 00723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __2934__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**IRMA M. RIVERA HERNANDEZ**
COM LAS 500TAS CALLE DIAMANTE NUM
67 ARR

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __3634__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**IRMA N. MARTINEZ**

PO Box 453
Aguirre, PR 00704-0453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __2152__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**ISRAEL PEREZ SANTIAGO**

HC 1 Box 5971
Barranquitas, PR 00794-9419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __8544__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,587.50 |
|---|---|---|---|

**ISRAELNIEVES DE JESUS**

A26 CALLE C URB LA MARGARITA
Salinas, PR 00751

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5437__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**JACKELYN GARCIA VAZQUEZ**
HC 63 BUZON 3272 PATILLAS, PR 00723
 PR 00723-9801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0340__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $138.52 |
|---|---|---|---|

**JAHAIRA RAMOS**

B3 URB BELINDA CLL # 5
ARROYO, PR 00714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6335__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor __Clinica Santa Rosa de Guayama__     Case number (if known) __2:16-bk-9033__
           Name

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**JAHAIRA RAMOS**
URB. BELINDA CALLE #5 B-3 ARROYO, PR
007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __9920__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**JAHAIRA TAINA SANTOS**
URB.BELLO HORIZONTE, CALLE 4 H-7,
GUYAMA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __9946__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,169.12 |
|---|---|---|---|

**JAILENE DE JESUS COSME**

B12 CALLE 12 URB COSTA AZUL
GUAYAMA, PR 00784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __6186__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,696.64 |
|---|---|---|---|

**JAILENE DE JESUS COSME**
URB. COSTA AZUL CALLE 12 B-12
GUAYAMA, P

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0160__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**JAVIER DIAZ ORTIZ**
BO. BAJOS BUZON 6876 PATILLAS, P;R
00723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __1357__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**JAVIER RIVERA GARCIA**

PO Box 1497
Arroyo, PR 00714-1497

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __8038__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAZEIL VARGAS HERNANDEZ**
URB HACIENDA LOS RECREOS C/GRACIA
F5 GUA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __3750__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **Clinica Santa Rosa de Guayama**
_____
Name

Case number (if known)   **2:16-bk-9033**

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1.00 |

**JEANETTE RIVERA**
HC 764 BOX 7022, BO. BAJOS, PATILLAS, PR

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **8009**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1.00 |

**JENNIFER M BRITO LABOY**

PO Box 530
Maunabo, PR 00707-0530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0380**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,577.55 |

**JENNIFER NAVAS ROSADO**

21 CALLE Z URB JARDINES DE ARROYO
Arroyo, PR 00714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6107**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,003.52 |

**JENNIFER NAVAS ROSADO**
URB. JARDINES DE ARROYO CALLE Z #21
ARRO

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **4042**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1.00 |

**JESSICA EMANEULLI ALVAREZ**
URB.VALLE DEL PARAISO C-8, COAMO, PR 007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **2569**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $38,866.22 |

**JIMENEZ, GRAFFAM & LAUSELL**

PO Box 366104
San Juan, PR 00936-6104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0170**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1.00 |

**JIMMY AMARO MALDONADO**

PO Box 843
Maunabo, PR 00707-0843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **8097**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Clinica Santa Rosa de Guayama**

Case number (if known)  **2:16-bk-9033**

Name

---

**3.264**  Nonpriority creditor's name and mailing address

**JOAN M. MATEO**
HC 01 BOX 5262, BO. OLLAS CALLE 14 #588,

Date(s) debt was incurred __
Last 4 digits of account number  **9456**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$1.00

---

**3.265**  Nonpriority creditor's name and mailing address

**JOANN GONZALEZ FIGUEROA**
PARCELAS JAUCA CASA 191, CALLE 1, SANTA

Date(s) debt was incurred __
Last 4 digits of account number  **0980**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$1.00

---

**3.266**  Nonpriority creditor's name and mailing address

**JOANNA I CARTAGENA VAZQUEZ**
BO. CORAZON CALLE CAPA, #952 ESTE, GUAYA

Date(s) debt was incurred __
Last 4 digits of account number  **0527**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$1.00

---

**3.267**  Nonpriority creditor's name and mailing address

**JOEDLEEN GONZALEZ DIAZ**

HC 3 Box 18147
Coamo, PR 00769-9823

Date(s) debt was incurred __
Last 4 digits of account number  **0160**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$1.00

---

**3.268**  Nonpriority creditor's name and mailing address

**JOEL GUZMAN CARABALLO**
URB BRISAS DEL MAR CALLE 5 H -13 ARROYO,

Date(s) debt was incurred __
Last 4 digits of account number  **1916**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$1.00

---

**3.269**  Nonpriority creditor's name and mailing address

**JOHANNA E. SOTO MUNOZ**
BO.LOS POLLOS, LAS PARCELAS, NUEVAS CALL

Date(s) debt was incurred __
Last 4 digits of account number  **7589**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$1.00

---

**3.270**  Nonpriority creditor's name and mailing address

**JOHNSON & JOHNSON**

PO Box 70304
San Juan, PR 00936-8304

Date(s) debt was incurred __
Last 4 digits of account number  **0148**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$40,110.32

---

| Debtor | Clinica Santa Rosa de Guayama | Case number (if known) | 2:16-bk-9033 |
|---|---|---|---|
| | Name | | |

---

**3.271** Nonpriority creditor's name and mailing address

JOHNY MELENDEZ
VALLES DE GUAYAMA CALLE 18 Z-5
GUAYAMA,

Date(s) debt was incurred __

Last 4 digits of account number  9584

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.272** Nonpriority creditor's name and mailing address

JOM SECURITY SERVICES, INC.

PO Box 507
Guayama, PR 00785-0507

Date(s) debt was incurred __

Last 4 digits of account number  0402

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$97,130.90

---

**3.273** Nonpriority creditor's name and mailing address

JOMARIE LIZ FIGUEROA RODRIGUEZ
URB. BRISAS DE LA ESMERALDA, CALLE
FLAMB

Date(s) debt was incurred __

Last 4 digits of account number  1857

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.274** Nonpriority creditor's name and mailing address

JONATHAN MARRERO
BO JAUCA
CALLE #492
SANTA ISABEL, PR 00757

Date(s) debt was incurred __

Last 4 digits of account number  6120

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,027.26

---

**3.275** Nonpriority creditor's name and mailing address

JONATHAN MARRERO
BO. JAUCA CALLE #492 SANTA ISABEL,
PR 00

Date(s) debt was incurred __

Last 4 digits of account number  9508

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,858.00

---

**3.276** Nonpriority creditor's name and mailing address

JONATHAN SANTIAGO MORALES

PO Box 42
Arroyo, PR 00714-0042

Date(s) debt was incurred __

Last 4 digits of account number  2768

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$720.00

---

**3.277** Nonpriority creditor's name and mailing address

JORGE CINTRON LEON
CALLE 3 E 1, JARDINES DE GUAMANI,
GUAYAM

Date(s) debt was incurred __

Last 4 digits of account number  0293

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**JORGE JOSE SIMONETTY**
URB LA MARGARITA, CALLE C A 24,
SALINAS,

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **6925**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**JORGE L VAZQUEZ RIVERA**
URB.VISTA DEL SOL, CALLE #1 A-24,
GUAYAM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0558**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,304.15 |
|---|---|---|---|

**JORGE P. SALA**
CONDOMINIO SAN VICENTE
8169 CALLE CONCORDIA SUITE 102
PONCE, PR 00717-1556

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **6053**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**JORGE RODRIGUEZ GONZALEZ**
CALLE MEDITACION 125 SUR LOMA DEL
VIENTO

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **9272**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**JOSE A. LEBRON**
URB. VIVES 273 CALLE H GUAYAMA, PR
00784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **5691**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**JOSE A. PENA**

HC 1 Box 4924
Juana Diaz, PR 00795-9709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1349**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $384.00 |
|---|---|---|---|

**JOSE CINTRON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **6189**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Clinica Santa Rosa de Guayama__   Case number (if known) __2:16-bk-9033__
Name

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | JOSE E. FIGUEROA<br>URB CARIOCA 61 CALLE 5 SUR GUAYAMA, PR00 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __8007__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $189.72 |
|---|---|---|---|
| | JOSE I. SANCHEZ<br>CALLE<br>5 DE OCTUBRE # 11<br>SANTA ISABEL, PR 00757 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __5875__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $222.30 |
|---|---|---|---|
| | JOSE I. SANCHEZ<br>CALLE 5 DE OCTUBRE #11 SANTA ISABEL, PR | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __9141__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | JOSE L. ORTEGA<br>EXT LA CARMEN CALLE ANTONIO RIVERA LEDEE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __1042__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | JOSE L. SANTIAGO DIAZ<br><br>PO Box 598 BOX 598<br>Guayama, PR 00785-0598 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __0426__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | JOSE M. BERRIOS BERMUDEZ<br>URB BRISAS DEL MAR CALLE ABRAHAM BUZON 1 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __9787__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $615.84 |
|---|---|---|---|
| | JOSE SANTIAGO,INC.<br>MARGINAL, CARR #PR 5, KM 4.4<br>URB INDUSTRIAL LUCHETTI<br>BAYAMON, PR 00959 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __0819__ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **Clinica Santa Rosa de Guayama**
Name

Case number (if known) **2:16-bk-9033**

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**JOSSIE DE LEON**

PO Box 1357
Santa Isabel, PR 00757-1357

Date(s) debt was incurred __

Last 4 digits of account number **8489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.62 |
|---|---|---|---|

**JOSSIEDE LEON**

PO Box 1357
Santa Isabel, PR 00757-1357

Date(s) debt was incurred __

Last 4 digits of account number **6321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**JUAN D. MATEO RUIZ**
Ext. Coqui G-95 Calle 8 Int. Aguirre, PR

Date(s) debt was incurred __

Last 4 digits of account number **9105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**JUAN RIVERA**
HC73 BOX 5893, CAYEY, PR 00736

Date(s) debt was incurred __

Last 4 digits of account number **3604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**JUANITA RIVERA ORTIZ**
HC 763 BOX 3614,  PATILLAS, PR 00723

Date(s) debt was incurred __

Last 4 digits of account number **1374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**JUANITA TORRES NIEVES**
HC 763 BUZON 3458 PATILLAS, PR 00723

Date(s) debt was incurred __

Last 4 digits of account number **3234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**JUDITH PABON RODRIGUEZ**
URB COSTA AZUL CALLE 23 M 10
GUAYAMA, PR

Date(s) debt was incurred __

Last 4 digits of account number **2652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | __Clinica Santa Rosa de Guayama__ | Case number (if known) | __2:16-bk-9033__ |
|---|---|---|---|
| | Name | | |

---

**3.299** | Nonpriority creditor's name and mailing address

**JULIA I. SANTIAGO VAZQUEZ**
URB.CIUDAD UNIVERSITARIA CALLE
GAVIOTA J

Date(s) debt was incurred __

Last 4 digits of account number __9480__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.300** | Nonpriority creditor's name and mailing address

**JUMARY VALENTIN**
MONTESORIA I CALLE COFRESI, BUZON
182, A

Date(s) debt was incurred __

Last 4 digits of account number __0701__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.301** | Nonpriority creditor's name and mailing address

**KAREN J. GRACIANI SERRANO**
URBANIZACION SAN ANTONIO CALLE I E
-81 A

Date(s) debt was incurred __

Last 4 digits of account number __7950__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.302** | Nonpriority creditor's name and mailing address

**KARITZA SERRANO**

PO Box 704
Juana Diaz, PR 00795-0704

Date(s) debt was incurred __

Last 4 digits of account number __6130__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$244.73

---

**3.303** | Nonpriority creditor's name and mailing address

**KARITZA SERRANO MARTINEZ**

PO Box 704
Juana Diaz, PR 00795-0704

Date(s) debt was incurred __

Last 4 digits of account number __8607__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$265.00

---

**3.304** | Nonpriority creditor's name and mailing address

**KARMEN YESSENIA MARTINEZ AMARO**
URB BELINDA CALLE 1, B 15, ARROYO, PR
00

Date(s) debt was incurred __

Last 4 digits of account number __4920__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.305** | Nonpriority creditor's name and mailing address

**KEISHLA DIAZ LOPEZ**
URB. VISTA DEL SOL CALLE 7, CASA G-6,
GU

Date(s) debt was incurred __

Last 4 digits of account number __7389__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

| Debtor | __Clinica Santa Rosa de Guayama__ | Case number (if known) | __2:16-bk-9033__ |
|---|---|---|---|
| | Name | | |

---

**3.306** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**KENIA VEGA**
#29 Calle Luis Muñoz Rivera Cidra, PR 00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __9282__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.307** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00**

**KEVIN I. SOTO MARTINEZ**
URB. LAS DELICIAS CALLE HERMINIA
TORMES

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __9116__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,276.00**

**L & PM, INC.**

F16 AZULES DEL MAR DORADO DEL MAR
Dorado, PR 00646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0816__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,926.95**

**LABORATORIO CLINICO TOLEDO**

280 MONTERREY URB IND REPARADA Box
7004
PONCE, PR 00732-7004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __1274__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00**

**Lcda Marie Carmen Muntaner**

PO Box 7441
Caguas, PR 00726-7441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __6060__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,930.00**

**LCDO.JOSE M. COLON PEREZ**
PALMER #42 NORTE
PO Box 960
Guayama, PR 00785-0960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0463__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,720.00**

**LEBRON MEDICAL CARE, INC.**

PO Box 1204
Arroyo, PR 00714-1204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0705__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Clinica Santa Rosa de Guayama**                     Case number (if known)  **2:16-bk-9033**
        Name

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**LEIDA VELAZQUEZ**

PO Box 319
Aguirre, PR 00704-0319

Date(s) debt was incurred __

Last 4 digits of account number  **6492**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | | $1.00 |
|---|---|---|---|

**LEMAIDA BARBOSA TORRES**

HC 2 Box 5113
Guayama, PR 00784-7795

Date(s) debt was incurred __

Last 4 digits of account number  **2064**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | | $1.00 |
|---|---|---|---|

**LEONOR COLOMBA**
URB. JARDINES DE LA REINA 98 CALLE ASTER

Date(s) debt was incurred __

Last 4 digits of account number  **9392**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | | $1.00 |
|---|---|---|---|

**LESLIE B. RODRIGUEZ MORENO**
URB. COSTA AZUL CALLE 24 0-2
GUAYAMA, PR

Date(s) debt was incurred __

Last 4 digits of account number  **9101**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | | $1.00 |
|---|---|---|---|

**LESLIE B. RODRIGUEZ MORENO**
URB. COSTA AZUL CALLE 24 0-2
GUAYAMA, PR

Date(s) debt was incurred __

Last 4 digits of account number  **9101**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | | $1.00 |
|---|---|---|---|

**LESLIE ROSADO SUAREZ**
URB.PASEO COSTA DEL SUR #270,
AGUIRRE, P

Date(s) debt was incurred __

Last 4 digits of account number  **5382**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | | $1.00 |
|---|---|---|---|

**LESLIE VEGA ALICEA**
URB.BRISAS DEL MAR CALLE 5, F-23
ARROYO,

Date(s) debt was incurred __

Last 4 digits of account number  **1090**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Clinica Santa Rosa de Guayama** | | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|---|
| | Name | | | |

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|
| | **LEYDAORTA ALBINO** | ☐ Contingent | |
| | **CONDOMINIO VILLA CAPARRA** | ☐ Unliquidated | |
| | **APT 7D EXECUTIVE** | ☐ Disputed | |
| | **GUAYNABO, PR 00966** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **6192** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $409.75 |
|---|---|---|---|
| | **LIGHT GAS CORPORATION** | ☐ Contingent | |
| | **LIGHT GAS CORPORATION** | ☐ Unliquidated | |
| | **PO Box 1155** | ☐ Disputed | |
| | **Salinas, PR 00751-1155** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **0162** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **LILIAM RODRIGUEZ** | ☐ Contingent | |
| | **Villas de Santa Juanita Calle 2 D-4 Baya** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **3237** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **LILLIAN GONZALEZ COLON** | ☐ Contingent | |
| | **CALLE LOS MILLONARIOS,** | ☐ Unliquidated | |
| | **HC 1 Box 4943** | ☐ Disputed | |
| | **Arroyo, PR 00714-9787** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **1170** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,710.00 |
|---|---|---|---|
| | **LIMAY INC.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 1228** | ☐ Disputed | |
| | **Patillas, PR 00723-1228** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **1508** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.04 |
|---|---|---|---|
| | **LINDA ROSARIO** | ☐ Contingent | |
| | **BO CORAZON** | ☐ Unliquidated | |
| | **CALLE SANTO TOMAS 116 4** | ☐ Disputed | |
| | **GUAYAMA, PR 00784** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **5521** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.44 |
|---|---|---|---|
| | **LINDA ROSARIO MARTINEZ** | ☐ Contingent | |
| | **BO. CORAZON CALLE SANTO TOMAS 116** | ☐ Unliquidated | |
| | **4 GUAY** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **6212** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Clinica Santa Rosa de Guayama | Case number (if known) | 2:16-bk-9033 |
|---|---|---|---|
| | Name | | |

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | LISBETH VILLEGAS MATOS<br>EXT. JARDINES DE ARROYO, I-20,<br>ARROYO, P | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  4761 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | LIZA M TOLEDO VEGUILLA<br>Urb. Costa Real A-15 Calle 2, Guayama, P | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  9782 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | LOREN A COLON DE JESUS<br>URB JARDINES DEL MAMEY, A-2 CALLE 1,<br>PAT | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  0098 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | LUIS A RODRIGUEZ GOMEZ<br>URB.EL DORADO CALLE 5-B 22,<br>GUAYAMA, PR | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  7785 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | LUIS A. GOMEZ SANCHEZ<br><br>PO Box 31254<br>San Juan, PR 00929-2254 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  8939 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | LUIS A. GONZALEZ<br>EXT VALLES DE ARROYO Q-9 CALLE # 13<br>ARRO | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  4250 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | LUIS A. RODRIGUEZ LASANTA<br>BO. OLIMPO CALLE 9-359 GUAYAMA, PR<br>00784 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  2951 | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**LUIS D SEMIDEY ACABEO**
BO BAJOS, SECTOR LAMBOGLIA,
PATILLAS, PR

Date(s) debt was incurred __

Last 4 digits of account number  **7829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**LUIS E LOPEZ GONZALEZ**
URB.  JARDINES DE GUAMANI, CALLE 5
I-3,

Date(s) debt was incurred __

Last 4 digits of account number  **7858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**LUIS E. BERRIOS**
URB. VALLE ESCONDIDO CALLE RUBIAL
BUZON

Date(s) debt was incurred __

Last 4 digits of account number  **0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $577.53 |
|---|---|---|---|

**LUIS GARRATON**

PO Box 362984
San Juan, PR 00936-2984

Date(s) debt was incurred __

Last 4 digits of account number  **1509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**LUIS GONZALEZ RIVERA**
EXT.VALLES DE ARROYO Q-9 CALLE #13
ARROY

Date(s) debt was incurred __

Last 4 digits of account number  **0478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**LUIS J. GONZALEZ GARAU**

PO Box 1831 Box 1831
Guayama, PR 00785-1831

Date(s) debt was incurred __

Last 4 digits of account number  **8983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**LUIS O. VAZQUEZ RODRIGUEZ**
BO CAIMITAL ALTO BUZON 6923
GUAYAMA, PR

Date(s) debt was incurred __

Last 4 digits of account number  **7272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.341 | Nonpriority creditor's name and mailing address | $1.00 |

**LUZ G. RAMOS CANDELARIO**

PO Box 2127
Guayama, PR 00785-2127

Date(s) debt was incurred __
Last 4 digits of account number  3363

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.342 | Nonpriority creditor's name and mailing address | $1.00 |

**LUZ M. COLON BONILLA**
URB. BRISAS DE LA ESMERALDA NO.83
PATILL

Date(s) debt was incurred __
Last 4 digits of account number  0533

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.343 | Nonpriority creditor's name and mailing address | $1.00 |

**LUZ M. CRUZ**
BO. PLAYITA VILLA SOL #64 SALINAS, PR
00

Date(s) debt was incurred __
Last 4 digits of account number  4188

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.344 | Nonpriority creditor's name and mailing address | $1.00 |

**LUZ M. FIGUEROA BERNIER**

PO Box 1341
Guayama, PR 00785-1341

Date(s) debt was incurred __
Last 4 digits of account number  8348

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.345 | Nonpriority creditor's name and mailing address | $1.00 |

**LUZ R. CADIZ GARCIA**
HC 64 BUZON 8344 PATILLAS, PR 00723

Date(s) debt was incurred __
Last 4 digits of account number  8932

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.346 | Nonpriority creditor's name and mailing address | $1.00 |

**LUZ S. BERMUDEZ BONES**
PMB 97
PO Box 10018
Guayama, PR 00785-4018

Date(s) debt was incurred __
Last 4 digits of account number  8854

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.347 | Nonpriority creditor's name and mailing address | $1.00 |

**LYMARI RIVERA VIROLA**
Urb. Valle de la Providencia, Calle 5 H-

Date(s) debt was incurred __
Last 4 digits of account number  4144

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**LYMARIE COLON PEREZ**
URB. VALLES DE GUAYAMA CALLE 10 H8
GUAYA

Date(s) debt was incurred __

Last 4 digits of account number  2473

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**LYMARIS V. COLON**
URB JARDINES DE ARROYO CALLE Z AL
-42 AR

Date(s) debt was incurred __

Last 4 digits of account number  7951

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,177.66 |
|---|---|---|---|

**MALLINCKRODT CARIBBEAN,INC.**

PO Box 70289
San Juan, PR 00936-8289

Date(s) debt was incurred __

Last 4 digits of account number  0814

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**MARCELINO FERNANDEZ LOPEZ**
Bo. Palma Sector Acueducto casa #577
ARR

Date(s) debt was incurred __

Last 4 digits of account number  3862

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**MARGIE VALENTIN**
MONTESONA II CASA B-12 AGUIRRE, PR
00704

Date(s) debt was incurred __

Last 4 digits of account number  9768

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**MARIA D. MARRERO RODRIGUEZ**

PO Box 1232
Santa Isabel, PR 00757-1232

Date(s) debt was incurred __

Last 4 digits of account number  6900

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**MARIA D. MORERA VELAZQUEZ**
PARCELAS VIEJAS #62 BO. COQUI
AGUIRRE, P

Date(s) debt was incurred __

Last 4 digits of account number  7987

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **Clinica Santa Rosa de Guayama**
Name

Case number (if known) **2:16-bk-9033**

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**MARIA D. ORTIZ DE JESUS**
HC 64 BUZON 7941 PATILLAS, PR 00723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  5378

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**MARIA DEL R MARRERO**

PO Box 1232
Santa Isabel, PR 00757-1232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  6900

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**MARIA M. LABOY REYES**
URB. EL PARAISO CALLE 1 CASA 1 BUZON
1 P

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  5981

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**MARIA MELENDEZ BERMUDEZ**
VALLES DE GUAYAMA, CALLE 10 S 1,
Guayama

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  4276

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**MARIA NOGUERAS**
HC 763 BUZON 3294 PATILLAS, PR 00723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  1711

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**MARIA PICART**
RES. LUIS PALES MATOS, APARTAMENTO
227,

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  1327

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**MARIA VELEZ ALOMAR**

PO Box 2701 BOX 2701
Guayama, PR 00785-2701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  9723

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

MARIAN R. PIZARRO
BO.PALMAS PASTOR CARR 3 KM 126 HM 6
ARRO

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **7487**

Is the claim subject to offset? ■ No ☐ Yes

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

MARIANNE RAMOS SANTIAGO
BO. PALMAS HC1 3126 ARROYO, PR 00714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1123**

Is the claim subject to offset? ■ No ☐ Yes

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

Maribel Alicea
URB EL PALMAR CASA B 8 , ARROYO PR
00714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **8420**

Is the claim subject to offset? ■ No ☐ Yes

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

MARIBEL ESCALANTE

PO Box 1176
Patillas, PR 00723-1176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **9727**

Is the claim subject to offset? ■ No ☐ Yes

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

MARIBEL LASANTA
BO OLIMPO CALLE C NO 492 GUAYAMA,
PR 007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1966**

Is the claim subject to offset? ■ No ☐ Yes

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

MARIBEL MERCADO
CALLE LUIS LLORENS TORRES, #361
COCO NUE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **2243**

Is the claim subject to offset? ■ No ☐ Yes

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,240.61 |
|---|---|---|---|

MARIBEL ORTIZ
BO OLIMPO
CALLE 1 #63
GUAYAMA, PR 00784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0470**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Clinica Santa Rosa de Guayama** | Case number *(if known)* | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**MARIBEL ORTIZ**
BO OLIMPO CALLE 1 # 63 GUAYAMA, PR
00784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **7421**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,564.40

**MARIBEL ORTIZ TORRES**
BO OLIMPO CALLE 1 # 63 GUAYAMA, PR
00784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **7951**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**MARIEL  RAMOS RIVERA**
HC 764 BOX 8542, BO. GUARDARRAYA,
PATILL

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **4913**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**MARILYN MONTANEZ MATOS**
HC 01 BOX 3525 CASA 408, BO. PALMAS
PARC

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **3298**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.373** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**MARILYN MORALES BAEZ**
COMUNIDAD SAN FELIPE CALLE ARIZONA
5 CAS

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1392**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.374** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**MARILYN ROMAN RIVERA**

HC 63 Box 3723
Patillas, PR 00723-9521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0807**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.375** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**MARISELY ORTIZ MENDEZ**
URB LA HACIENDA CALLE 42 AJ 14
GUAYAMA,

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **5192**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**MARISOL ALVARADO**
URB LA ARBOLEDA
2 CALLE ROBLES
COAMO, PR 00769

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5258**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**MARISOL MARTINEZ**
CAMINO SAN MARTIN BUZON 23 PUERTO
JOBOS,

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3285**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**MARISOL NIEVES**
BO MARIN ALTO BUZON 4241 PATILLAS,
PR 00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **4666**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**MARITZA ACEVEDO RUIZ**
URB. CHALETS BRISAS DEL MAR A9
CALLE VEL

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **8631**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**MARITZA PADIN VAZQUEZ**
Bo. Corazon, 25 calle Candelario GAYAMA,

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **9342**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**MARLYN DIAZ MARTINEZ**
APT 1468 BO. PALMAS ARROYO, PR 00714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **8232**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**MARTA CRUZ QUINONES**
URB PRADERAS DEL SUR, CALLE CEDRO
#99, S

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3308**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **Clinica Santa Rosa de Guayama**
Name

Case number (if known) **2:16-bk-9033**

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**MARTA DE JESUS DAVID**
**JARDINES DE GUAMANI CALLE 15 D-34**
**GUAYAM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0780**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**MARTHON RODRIGUEZ**
**URB. ARBOLEDA CALLE 16 # 157, Salinas,**
**P**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0333**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**MARY E. SANTIAGO BURGOS**
**URB. VILLA REAL J 2 GUAYAMA, PR 00784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2863**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**MAYRA I CRUZ VELAZQUEZ**
**URB. VALLE TOLIMA O-1, CALLE**
**MILAGROS CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **4716**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,519.56 |
|---|---|---|---|

**MEDITEK SERVICES,INC.**
**CENTRO INTERNACIONAL DE MERCADEO**
**TORRE 1 CARR 165 OFICINA 408**
**GUAYNABO, PR 00968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0852**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.80 |
|---|---|---|---|

**MEDLATIN GROUP INC.**

**PO Box 51426**
**Toa Baja, PR 00950-1426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0863**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**MELISSA LOPEZ COLON**
**URB.PASEO COSTA DEL SUR R-19**
**SALINAS, PR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0957**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Clinica Santa Rosa de Guayama**                    Case number (if known)   **2:16-bk-9033**
　　　　　Name

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,464.94 |
|---|---|---|---|

MICHELLE COLON MEDINA
URB LA HACIENDA
CALLE 44 AR 33
GUAYAMA, PR 00784

Date(s) debt was incurred __

Last 4 digits of account number  5999

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,555.60 |
|---|---|---|---|

MICHELLE COLON MEDINA
URB. LA HACIENDA CALLE 44 AR 33
GUAYAMA,

Date(s) debt was incurred __

Last 4 digits of account number  3142

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

MICKEY LASSUS
141 A CALLE PRINCIPAL, ARROYO, PR
00714

Date(s) debt was incurred __

Last 4 digits of account number  8601

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

MIGDALIA BURGOS GONZALEZ
URB. ALGARROBO CALLE D F-9
GUAYAMA, PR 0

Date(s) debt was incurred __

Last 4 digits of account number  0688

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

MIGUEL A GONZALEZ
8 SEC SUNSET PARK, BO. PALMAS,
ARROYO, P

Date(s) debt was incurred __

Last 4 digits of account number  9910

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

MIGUEL A GONZALEZ PERALTA

PO Box 463
Guayama, PR 00785-0463

Date(s) debt was incurred __

Last 4 digits of account number  0697

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

MIGUEL A. AMARO OQUENDO
URB.PROVINCIAS DEL RIO 28 CALLE 1
COAMO,

Date(s) debt was incurred __

Last 4 digits of account number  0908

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | Clinica Santa Rosa de Guayama | Case number (if known) | 2:16-bk-9033 |
|---|---|---|---|
| | Name | | |

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**MIGUEL A. BOLORIN RIVERA**
URB. JARDINES DE GUAMANI CALLE 3 D7
GUAY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  6914

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**MIGUEL A. MERCADO RIVERA**

HC 2 Box 4117
Guayama, PR 00784-8538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  6388

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**MIGUEL ANGEL BOLORIN RIVERA**
URB. JARDINES DE GUAMANI, CALLE 3 D7,
GU

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  6914

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256.04 |
|---|---|---|---|

**MIGUEL BOLORIN**
URB JARDINES DE GUAMANI
CALLE 3 D7
GUAYAMA, PR 00784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0173

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**MIGUEL MERCADO RIVERA**
VILLA DOS RIOS 3126 CALLE PORTUGUEZ
PONC

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0389

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**MIGUELA SAEZ SANTIAGO**

PO Box 126
Coamo, PR 00769-0126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  6338

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**MILAGROS ROCHE CORTES**
URB. VALLE DE ANDALUCIA C HUELVA
#3019 P

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  4940

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  __Clinica Santa Rosa de Guayama__                      Case number (if known)    __2:16-bk-9033__
     Name

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**MIRIAM BLONDET**
VILLA UNIVERSITARIA CALLE ROIG D-65
GUAY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6342__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $641.36 |
|---|---|---|---|

**MONLLOR FLEET SERVICES**
CARR 3 KM 140.5
 SECTOR MELANIA
GUAYAMA, PR 00784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0342__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,829.44 |
|---|---|---|---|

**MR. INK OF PUERTO RICO**

PO Box 2003
Caguas, PR 00726-2003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0866__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**MYRELIS RODRIGUEZ**
URB.ALTURAS DEL ALBA CALLE CIELO
J-16, V

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6395__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.72 |
|---|---|---|---|

**MYRIAM ROSA GARCIA**
URB PARQUE DEL SOL
CALLE 1
PATILLAS, PR 00723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5347__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**MYRIAM V. ROSA GARCIA**
URB. PARQUE DEL SOL C 10 CALLE 1
PATILLA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6102__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**MYRNA CORTES NIEVES**

PO Box 1381 BOX 1381
Guayama, PR 00785-1381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0451__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|--------|-----------------------------------|------------------------|------------------|
|        | Name |  |  |

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $467.20 |
|-------|-----------------------------------|-----------------------|---------|

**MYRNA RIVERA**

PO Box 756
Arroyo, PR 00714-0756

Date(s) debt was incurred __

Last 4 digits of account number  6209

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**NANCY BLAS**
URB REXMANOR CALLE 4 C7, GUAYAMA,
PR 007

Date(s) debt was incurred __

Last 4 digits of account number  6608

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**NANCY MENDEZ**
URB VILLA SERENA CALLE DANUBE, A 11,
SAN

Date(s) debt was incurred __

Last 4 digits of account number  1949

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**NANCY SIERRA**
URB COSTA REAL CALLE 3 B 40,
GUAYAMA, PR

Date(s) debt was incurred __

Last 4 digits of account number  7820

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**NANNETTE I VEGA CRUZ**

HC 1 Box 31050
Juana Diaz, PR 00795-9739

Date(s) debt was incurred __

Last 4 digits of account number  7430

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**NASHIRA LUGO GONZALEZ**
RR1 BUZON 6265, BO BARRANCAS CALLE
4 # 1

Date(s) debt was incurred __

Last 4 digits of account number  1784

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360,272.30 |

**NATIONAL BUILDING MAINTENANCE**
855 AVE HOSTOS
PONCE, PR 00716-1105

Date(s) debt was incurred __

Last 4 digits of account number  6071

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **Clinica Santa Rosa de Guayama**
Name

Case number (if known) **2:16-bk-9033**

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**NELLIE D. VEGA CRUZ**
URB COSTA SUR CALLE 25 S9 GUAYAMA,
PR 00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3424**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**NEREIDA RAMOS RUIZ**
URB. LA HACIENDA CALLE 52 AL 22
GUAYAMA,

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1089**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**NEYSHA ORTIZ BURGOS**
URB.VILLA UNIVERSITARIA CALLE
LAFAYETTE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **9139**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**NILSA PEREZ CINTRON**
BO.GUAMANI LOS ENCHAUTEGUI,
CARR.179 R-7

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **9092**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,140.30 |
|---|---|---|---|

**NIPROMEDICAL OF P.R . INC**

PO Box 810263
Carolina, PR 00981-0263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0685**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**NOEMI ORTIZ ROMAN**

HC 1 Box 4003
Salinas, PR 00751-9705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3562**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**NOLIA CAMACHO**

HC 65
Patillas, PR 00723-9377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **7144**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**NORAIDA RIVERA**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 3135 BOX 3135
Guayama, PR 00785-3135

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6375**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**NORGIHEILIZ OPPENHEIMER**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 800
COTTO LAUREL, PR 00780

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1465**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**NORIMAR CARABALLO**
Urb.Paseo de Reyes #33, Calle Rey Felipe

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1746**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**NORMA I. MORALES LEBRON**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 522 BOX 522
Patillas, PR 00723-0522

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **4042**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**NORTOL ENVIRONMENTAL &**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 366457
San Juan, PR 00936-6457

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **0446**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**NYDIA BURGOS**

☐ Contingent
☐ Unliquidated
☐ Disputed

HC 2 Box 4189
Maunabo, PR 00707-9514

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1797**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**OLGA I MUNOZ**
HC 64 BUZON 9237, PATILLAS, PR  00723
PR 00723-9802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **7033**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Clinica Santa Rosa de Guayama**
_____
Name

Case number (if known) **2:16-bk-9033**

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

OLGA V. CINTRON LEBRON
APARTADO 1350 BO. PITAHAYA ARROYO,
PR 00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **4338**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.00 |
|---|---|---|---|

OLIVER EXTERMINATING

PO Box 1264
Caguas, PR 00726-1264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0197**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.67 |
|---|---|---|---|

ONELIA FIGUEROA

PTE. JOBOS COMUNIDAD MIRAMAR
CALLE ORQUI
GUAYAMA, PR 00787

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5504**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.88 |
|---|---|---|---|

ONELIA FIGUEROA ORTIZ
PTE. JOBOS COMUNIDAD MIRAMAR
CALLE ORQUI

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6480**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

OPTIVON

PO Box 11881
San Juan, PR 00922-1881

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1265**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,296.68 |
|---|---|---|---|

ORENGO & LUIS MAINTENANCE
SUITE 174
PO Box 71325
San Juan, PR 00936-8425

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0200**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,911.23 |
|---|---|---|---|

ORIENTAL BANK

PO Box 195115
San Juan, PR 00919-5115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6028**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  __Clinica Santa Rosa de Guayama__                    Case number (if known)  __2:16-bk-9033__
     Name

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.00 |
|---|---|---|---|

**ORTHO& SURGICAL SOLUTIONS, INC**

PO Box 11923
San Juan, PR 00922-1923

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**OSCAR RAMOS**
URB. VISTA DE ARROYO C/5 CASA G-10
ARROY

Date(s) debt was incurred __

Last 4 digits of account number  1119

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**OSMARIE MARQUEZ PALOU**
BO.CARMEN CARR.712 KM.10.4,
GUAYAMA, PR

Date(s) debt was incurred __

Last 4 digits of account number  3719

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,140.00 |
|---|---|---|---|

**OTO-METRICS PR, INC.**

PO Box 12248
San Juan, PR 00914-0248

Date(s) debt was incurred __

Last 4 digits of account number  1260

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525.00 |
|---|---|---|---|

**P. R.SOLUTIONS SUPPLY,INC.**

PO Box 50460
Toa Baja, PR 00950-0460

Date(s) debt was incurred __

Last 4 digits of account number  0766

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,800.00 |
|---|---|---|---|

**PCCG,INC./ACTIONRAD SOLUTIONS**

PO Box 10535
Bradenton, FL 34282-0535

Date(s) debt was incurred __

Last 4 digits of account number  0392

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**PEDRO AIR CONDITIONING Y/0**
CARR 3 SECTOR MELANIA
 KM 140.3 INT FINAL
GUAYAMA, PR 00784

Date(s) debt was incurred __

Last 4 digits of account number  0443

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (f known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

---

**3.446** Nonpriority creditor's name and mailing address

**PETER RUTTEL**
URB.LA HACIENDA CALLE 47 AU-31,
GUAYAMA,

Date(s) debt was incurred _

Last 4 digits of account number **8446**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.447** Nonpriority creditor's name and mailing address

**PHASOR ENGINEERING, INC.**

PO Box 9012
Ponce, PR 00732-9012

Date(s) debt was incurred _

Last 4 digits of account number **0214**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,144.00**

---

**3.448** Nonpriority creditor's name and mailing address

**PHILLIPS MEDICAL SYSTEM P.R INC**

200 WINSTON CHURCHILL AVE STE 302
San Juan, PR 00926-6650

Date(s) debt was incurred _

Last 4 digits of account number **0208**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$13,958.76**

---

**3.449** Nonpriority creditor's name and mailing address

**POSTMASTER**

Date(s) debt was incurred _

Last 4 digits of account number **0440**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$640.00**

---

**3.450** Nonpriority creditor's name and mailing address

**PRAXAIR PUERTO RICO B.V.**

PO Box 307
Gurabo, PR 00778-0307

Date(s) debt was incurred _

Last 4 digits of account number **0211**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$78,034.04**

---

**3.451** Nonpriority creditor's name and mailing address

**PREMED,LLC.**

PO Box 474
Trujillo Alto, PR 00977-0474

Date(s) debt was incurred _

Last 4 digits of account number **0833**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.452** Nonpriority creditor's name and mailing address

**PREMIER ANESTHESIA CONSULTANTS**
BIEN-TE-VEO 14
 URB MONTEHIEDRA
SAN JUAN, PR 00926

Date(s) debt was incurred _

Last 4 digits of account number **5410**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$97,350.00**

---

Debtor __Clinica Santa Rosa de Guayama__   Case number (if known) __2:16-bk-9033__
Name

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Professional Inventory Special**
CALLE LA SORBONA 251
 UNIVERSITY GARDENS
SAN JUAN, PR 00927

Date(s) debt was incurred __

Last 4 digits of account number __0638__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $609.43 |
|---|---|---|---|

**PROGRESSIVE SALES & SERVICE**
AVE. ROOSEVELT
1163 PUERTO NUEVO
San Juan, PR 00920

Date(s) debt was incurred __

Last 4 digits of account number __0831__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,434.00 |
|---|---|---|---|

**PUERTO RICO BIOMEDICAL**

PO Box 4755
Carolina, PR 00984-4755

Date(s) debt was incurred __

Last 4 digits of account number __0486__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,816.63 |
|---|---|---|---|

**PUERTO RICO HOSPITAL**

Date(s) debt was incurred __

Last 4 digits of account number __0222__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219.73 |
|---|---|---|---|

**PUERTO RICO TELEPHONE**

PO BOX 71401
San Juan, PR 00936

Date(s) debt was incurred __

Last 4 digits of account number __0702__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $844.26 |
|---|---|---|---|

**PUERTO RICO TELEPHONE**

PO BOX 71535
San Juan, PR 00936-8635

Date(s) debt was incurred __

Last 4 digits of account number __1241__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $983.52 |
|---|---|---|---|

**PUERTO RICO TELEPHONE**
PUERTO RICO TELEPHONE
PO BOX 71535
San Juan, PR 00936-8635

Date(s) debt was incurred __

Last 4 digits of account number __1242__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

**3.460** Nonpriority creditor's name and mailing address
PUERTO RICO TELEPHONE
PUERTO RICO TELEPHONE
PO BOX 71535
San Juan, PR 00936-8635

Date(s) debt was incurred __
Last 4 digits of account number  1243

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$457.43

---

**3.461** Nonpriority creditor's name and mailing address
PUERTO RICO TELEPHONE

PO BOX 71535
San Juan, PR 00936-8635

Date(s) debt was incurred __
Last 4 digits of account number  1244

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$726.28

---

**3.462** Nonpriority creditor's name and mailing address
PUERTO RICO TELEPHONE
PUERTO RICO TELEPHONE
PO BOX 71535
San Juan, PR 00936-8635

Date(s) debt was incurred __
Last 4 digits of account number  1245

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$217.03

---

**3.463** Nonpriority creditor's name and mailing address
PUERTO RICO TELEPHONE

PO BOX 71535
San Juan, PR 00936-8635

Date(s) debt was incurred __
Last 4 digits of account number  1246

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$191.86

---

**3.464** Nonpriority creditor's name and mailing address
PUERTO RICO TELEPHONE
PUERTO RICO TELEPHONE
PO BOX 71535
San Juan, PR 00936-8635

Date(s) debt was incurred __
Last 4 digits of account number  1247

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$457.43

---

**3.465** Nonpriority creditor's name and mailing address
PUERTO RICO TELEPHONE
PUERTO RICO TELEPHONE
PO BOX 71535
San Juan, PR 00936-8635

Date(s) debt was incurred __
Last 4 digits of account number  1248

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,377.37

---

**3.466** Nonpriority creditor's name and mailing address
PUERTO RICO TELEPHONE
PUERTO RICO TELEPHONE
PO BOX 71535
San Juan, PR 00936-8635

Date(s) debt was incurred __
Last 4 digits of account number  1249

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$942.52

---

Debtor   **Clinica Santa Rosa de Guayama**                          Case number (if known)   **2:16-bk-9033**
_____
Name

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.22 |

**3.467**

Nonpriority creditor's name and mailing address
**PUERTO RICO TELEPHONE**
PUERTO RICO TELEPHONE
PO BOX 71535
San Juan, PR 00936-8635

Date(s) debt was incurred __

Last 4 digits of account number  **1250**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$229.22**

---

**3.468**

Nonpriority creditor's name and mailing address
**PUERTO RICO TELEPHONE**
PUERTO RICO TELEPHONE
PO BOX 71535
San Juan, PR 00936-8635

Date(s) debt was incurred __

Last 4 digits of account number  **1251**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$401.91**

---

**3.469**

Nonpriority creditor's name and mailing address
**PUERTO RICO TELEPHONE**
PUERTO RICO TELEPHONE
PO BOX 71535
San Juan, PR 00936-8635

Date(s) debt was incurred __

Last 4 digits of account number  **1314**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$554.43**

---

**3.470**

Nonpriority creditor's name and mailing address
**PUERTORICO TELEPHONE**

PO Box 8635
San Juan, PR 00910-0635

Date(s) debt was incurred __

Last 4 digits of account number  **1315**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$693.53**

---

**3.471**

Nonpriority creditor's name and mailing address
**R H REALTY MANAGEMENT**
URB PASEO DEL PARQUE
 10 CALLE TIVOLI
SAN JUAN, PR 00926

Date(s) debt was incurred __

Last 4 digits of account number  **0597**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$19,112.54**

---

**3.472**

Nonpriority creditor's name and mailing address
**RADIOLOGY SUPPORTING SERVICES**
URB PASEO DEL PARQUE
CALLE TIVOLI 10
SAN JUAN, PR 00926

Date(s) debt was incurred __

Last 4 digits of account number  **0641**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$10,902.50**

---

**3.473**

Nonpriority creditor's name and mailing address
**RAFAEL SANTIAGO**
URB. VILLA UNIVERSITARIA C/ROIG D-73
GUA

Date(s) debt was incurred __

Last 4 digits of account number  **8000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1.00**

---

Debtor  **Clinica Santa Rosa de Guayama**                     Case number (if known)  **2:16-bk-9033**
_____Name_____

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630.00 |
|---|---|---|---|

**RAMON COLON AGUIRRE**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 128 BOX 128
Arroyo, PR 00714-0128

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0196**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**RAMON SANCHEZ**
2128 CALLE TOLOSA URB. VILLA DEL
CARMEN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1795**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,966.32 |
|---|---|---|---|

**REGIONAL  ADJUSTMENT BUREAU**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 34111
Memphis, TN 38184-0111

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **5386**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $640.12 |
|---|---|---|---|

**REINALDO ALBINO**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 10008
Guayama, PR 00785-4008

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0687**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**REINALDO ALBINO MILIAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

HC 65
Patillas, PR 00723-9377

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **2624**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $917.66 |
|---|---|---|---|

**REPUBLIC SERVICES**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 7104
Ponce, PR 00732-7104

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0879**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**REYES CONTRACTOR GROUP INC.**
URB CERRO GORDO HILLS
 22 RAUL JULIA
VEGA ALTA, PR 00692

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0648**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   __Clinica Santa Rosa de Guayama__   Case number (if known) __2:16-bk-9033__
　　　　 Name

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**RICHARD AMPIER NEGRON**
URB. CIUDAD UNIVERSITARIA, CALLE 1 DD
13

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __9104__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**RICHARD QUINONEZ**
PARCELAS VIEJAS # 81 BO. COQUI
AGUIRRE,

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __9335__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,961.32 |
|---|---|---|---|

**RIMACO, INC**

PO Box 8895
San Juan, PR 00910-0895

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0521__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.00 |
|---|---|---|---|

**RMC ORTHOPEDIC & SURGICAL,INC.**
AGM BUILDING
 42 CARR 20 SUITE 102
GUAYNABO, PR 00966-3325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0826__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**ROBERTO A. SALICETI**

PO Box 3080
Guayama, PR 00785-3080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0848__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**ROBERTO GARCIA RIVERA**

HC 2 Box 4751
Guayama, PR 00784-7551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __9718__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**ROBERTO MARTINEZ FILIPE**
URB. COLINAS DEL PRADO CALLE REINA
ELIZA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __4443__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Clinica Santa Rosa de Guayama | Case number (if known) | 2:16-bk-9033 |
|---|---|---|---|
| | Name | | |

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**3.488**
Nonpriority creditor's name and mailing address
ROBERTO RESTO RAMOS
URB JARDINES DE ARROYO CALLE CC
AL-25 AR

Date(s) debt was incurred __
Last 4 digits of account number  8287

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.489**
Nonpriority creditor's name and mailing address
ROLANDO RIVERA

HC 1 Box 18311
Coamo, PR 00769-9800

Date(s) debt was incurred __
Last 4 digits of account number  3206

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.490**
Nonpriority creditor's name and mailing address
ROLMARIE COLON GARCIA
BO LOS POLLOS
 SECTOR PARCELAS NUEVAS 105
PATILLAS, PR 00723

Date(s) debt was incurred __
Last 4 digits of account number  6165

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,029.50

---

**3.491**
Nonpriority creditor's name and mailing address
ROSA H. MARTINEZ TORRES
BDA. BLONDET CALLE C 290 GUAYAMA,
PR 007

Date(s) debt was incurred __
Last 4 digits of account number  8740

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.492**
Nonpriority creditor's name and mailing address
ROSA I COLON
Urb.Valles de Guayama, Calle 7, L-11, GU

Date(s) debt was incurred __
Last 4 digits of account number  6279

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.493**
Nonpriority creditor's name and mailing address
ROSIMAR APONTE GIBOYEAU

PO Box 474
Arroyo, PR 00714-0474

Date(s) debt was incurred __
Last 4 digits of account number  3290

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.494**
Nonpriority creditor's name and mailing address
RUTH A. ORTIZ RIVERA
Urb.Valles de Patillas V-2 calle 14 PATI

Date(s) debt was incurred __
Last 4 digits of account number  7992

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

Debtor __Clinica Santa Rosa de Guayama__  Case number (if known) __2:16-bk-9033__
Name

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

RUTH SANABRIA CORA
BO. YAUREL HC 01 6107 ARROYO, PR 00714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __5532__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236,873.84 |
|---|---|---|---|

S A B I A M E D

PO Box 6150
Caguas, PR 00726-6150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0840__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

SAMUEL SANCHEZ COLON

HC 1
Arroyo, PR 00714-9801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __2776__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,565.52 |
|---|---|---|---|

SANDRA G. COTTO MONTANEZ
URB. VILLA MAR CALLE CASPIO A 18
GUAYAMA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __9584__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,207.84 |
|---|---|---|---|

SANDRA G. COTTO MONTAÑEZ
URB VILLA MAR CALLE CASPIO
A 18
GUAYAMA, PR 00784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __5166__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,291.64 |
|---|---|---|---|

SANTURCE X RAY & MEDICAL SUPPL

PO Box 11749
San Juan, PR 00910-2849

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0503__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

SARA J. MARTINEZ PROSPERE

HC 64
Patillas, PR 00723-9802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __8730__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Clinica Santa Rosa de Guayama** | Case number (if known) | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

---

**3.502** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$172.45**

SECRETARIO DE HACIENDA

PO Box 9024140
San Juan, PR 00902-4140

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number **0433**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.503** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

SERGIO CORREA DIAZ
ESIDENCIAL BELLA VISTA EDIF 6 APT 39
SAL

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number **7249**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.504** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,860.00**

SERV CORP

405 AVENIDA ESMERALDA PMB 241
Guaynabo, PR 00969

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number **5276**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.505** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

SHEILA RAMOS SOTO
BDA.MARIN CARR.MACHETE A-86, CARR.
MACHE

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number **1691**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.506** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

SHEILA T VEGA COLON
URB.VISTA DEL SOL, CALLE 3 A 21,
GUAYAMA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number **5451**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.507** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$226,888.66**

SISTEMA DE SALUD MENONITA

PO Box 372800
Cayey, PR 00737-2800

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number **6343**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.508** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$297,440.00**

SISTEMA DE SALUD METROPOLITANO
101 AVE SAN PATRICIO
 SUITE 960
GUAYNABO, PR 00968

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number **6332**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | Clinica Santa Rosa de Guayama | Case number (if known) | 2:16-bk-9033 |
|---|---|---|---|
| | Name | | |

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,100.00 |
|---|---|---|---|

**SIXMARY RODRIGUEZ**
**URB JARDINES DE SALINAS 101**
**CALLE JULIO MARTINEZ**
**SALINAS, PR 00751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  6187

Is the claim subject to offset? ■ No ☐ Yes

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**SOL H REYES VELAZQUEZ**
**HACIENDA LOS RECREOS 7, CALLE LAS**
**DELICI**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  4555

Is the claim subject to offset? ■ No ☐ Yes

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**SOMIG SOPHIA JOUBERT**
**URB. BLONDET CALLE F- 132, GUAYAMA,**
**PR 0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  4847

Is the claim subject to offset? ■ No ☐ Yes

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**SONA M CLAUDIO RIVERA**
**BO. CORAZON, CALLE SAN FELIPE 154-5,**
**GUA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  3428

Is the claim subject to offset? ■ No ☐ Yes

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SONIA I SOLIS VEGA**
**HC 764 BUZON 6847, PATILLAS, PR 00723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  6274

Is the claim subject to offset? ■ No ☐ Yes

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219.25 |
|---|---|---|---|

**SOUTHERN PATOLOGY**
**234-A SABANETA INDUSTRIAL PARK**
**PONCE, PR 00716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  1288

Is the claim subject to offset? ■ No ☐ Yes

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.75 |
|---|---|---|---|

**SPOT ON HOLD**

**PO Box 1836**
**Mayaguez, PR 00681-1836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0534

Is the claim subject to offset? ■ No ☐ Yes

Debtor   __Clinica Santa Rosa de Guayama__                    Case number (if known)   __2:16-bk-9033__
         Name

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

STEPHANIE CARTAGENA ROMAN
BDA. MARIN, 136 CALLE, GUAYAMA, PR
00784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __6373__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

STEPHANIE COLLAZO LOPEZ
URB. LA ARBOLEDA CALLE 22 244
SALINAS, P

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __5639__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,884.96 |

STERICYCLE, INC.

PO Box 6582
Carol Stream, IL 60197-6582

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0715__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,731.34 |

STRYKER SUSTAINABILITY
STRYKER SUSTAINABILITY
10232 S 51st St
Phoenix, AZ 85044-5205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0792__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,349.12 |

SYSTEMONE

PO Box 10567
San Juan, PR 00922-0567

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0259__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,555.04 |

SYSTRONICS, INC

PO Box 7205
Ponce, PR 00732-7205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0261__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

TARIMAX DE PUERTO RICO, INC

PO Box 793
Patillas, PR 00723-0793

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __5289__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   __Clinica Santa Rosa de Guayama__          Case number (if known)   __2:16-bk-9033__
          Name

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**TOMAS LEDEE FRANCO**
BO. OLIMPO, CALLE 2 NO. 224 A,
GUAYAMA,

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  __1088__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,396.01 |

**TONER & INKJET EXPRESS**
AVE. FAGOT
A10 SUITE 2
PONCE, PR 00717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  __0884__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,712.07 |

**UMECOINC**

PO Box 21536
San Juan, PR 00928-1536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  __0277__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,816.15 |

**UNICARE CORPORATION**

PO Box 1051
Sabana Seca, PR 00952-1051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  __0275__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $694.00 |

**V I T A L I F E   I N C .**
FEDERICO COSTAS ST
 M-1046 #2 TRES MONJITAS
SAN JUAN, PR 00918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  __0283__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**VIVIANA SALGADO**
BO. OLIMPO CALLE B #453 GUAYAMA, PR
0078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  __7910__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,442.43 |

**WAL-SMART,INC**

54 VALLE SUR
MAYAGUEZ, PR 00680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  __0886__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | Clinica Santa Rosa de Guayama | Case number (if known) | 2:16-bk-9033 |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|-------|------------------------------------------------|------------------------------------|-------|

**3.530**
Nonpriority creditor's name and mailing address
**WALESKA ROLON RODRIGUEZ**
**HC 01 BOX 8114 SALINAS, PR 00751**

Date(s) debt was incurred __
Last 4 digits of account number **7868**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$1.00**

---

**3.531**
Nonpriority creditor's name and mailing address
**WALTER J. RODRIGUEZ APONTE**
**CAMPITOS BRENES #1**
**ARROYO, PR 00714**

Date(s) debt was incurred __
Last 4 digits of account number **6108**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$1,537.32**

---

**3.532**
Nonpriority creditor's name and mailing address
**WALTER RODRIGUEZ APONTE**
**CAMPITOS BRENES NUM 1 ARROYO, PR 00714**

Date(s) debt was incurred __
Last 4 digits of account number **8710**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$2,101.20**

---

**3.533**
Nonpriority creditor's name and mailing address
**WANDA I VAZQUEZ RODRIGUEZ**
**JARDINES DEL CARIBE, CALLE 31 FF 2, PONC**

Date(s) debt was incurred __
Last 4 digits of account number **6098**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$1.00**

---

**3.534**
Nonpriority creditor's name and mailing address
**WILDA RODRIGUEZ PEREZ**
**BDA. SANTA ANA CALLE C NUM. 105-14 GUAYA**

Date(s) debt was incurred __
Last 4 digits of account number **4419**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$1.00**

---

**3.535**
Nonpriority creditor's name and mailing address
**WILDALIS M. CARTAGENA**
**CALLE MALAGUETA NO674 GUAYAMA, PR 00784**

Date(s) debt was incurred **9392**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$1.00**

---

**3.536**
Nonpriority creditor's name and mailing address
**WILLIAM RUIZ DIAZ**
**BOX 6837, PTO JOBOS C C 167, GUAYAMA, PR**

Date(s) debt was incurred __
Last 4 digits of account number **4187**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$1.00**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   __Clinica Santa Rosa de Guayama__                                 Case number (if known)   __2:16-bk-9033__
         Name

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**WILSON RIVERA RODRIGUEZ**
BO.LOS POLLOS CARR.757 KM.1, HM.6,
PATIL

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7004__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,131.75 |
|---|---|---|---|

**WMED SOLUTIONS**
URB VISTALAGO
CALLE LAGO LA PLATA #60
GURABO, PR 00778

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0220__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**XAELY VAZQUEZ CRUZ**
BO. JAUCA 474 #5 SANTA ISABEL, PR
00757

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __4479__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,097.51 |
|---|---|---|---|

**XEROX**

PO Box 299075
Lewisville, TX 75029-9075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0788__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**XIOMARIE RODRIGUEZ**
Residencial Bella Vista Edif 6, Apt 38,

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __8046__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**YAMILCA GOMEZ CAMACHO**
BO. CORAZON CALLE SAN CIPRIAN 923-16
GUA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __6887__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**YANITZA RAMOS RODRIGUEZ**
Bo. Parcelas Vazquez 718 Calle Miguel Co

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __5177__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clinica Santa Rosa de Guayama** | Case number *(if known)* | **2:16-bk-9033** |
|---|---|---|---|
| | Name | | |

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**YEILIZ HERNANDEZ RIVERA**
**COMUNIDAD LAS 500 CALLE TOPICA 347**
**ARROY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **7095**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |
|---|---|---|---|

**YEIZA SANTIAGO**
**URB. PASEO COSTA SUR CALLE 10**
**BUZON 332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **9127**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.59 |
|---|---|---|---|

**YESSENIA ORTIZ ORTIZ**
**URB HACIENDA GUAMANI**
**125 CALLE HIGUILLO**
**GUAYAMA, PR 00784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **6082**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $231.04 |
|---|---|---|---|

**YESSENIA ORTIZ ORTIZ**
**URB. HACIENDA GUAMAN I#125 CALLE**
**HIGUILL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **8136**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**YOLANDA FONTANEZ**
**Urb. Ciudad Universitaria R-6 Calle Zorz**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **6348**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $674.02 |
|---|---|---|---|

**ZAIDA L. ESTRADA**
**URB CIUDAD UNIVERSITARIA**
**C GORRION G-14**
**GUAYAMA, PR 00784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **5878**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**ZAIDA L. ESTRADA**
**URB. CIUDAD UNIVERSITARIA C-GORRION**
**G-14**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Clinica Santa Rosa de Guayama**                                          Case number (if known)   **2:16-bk-9033**
_____
Name

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,593.54 |

**ZERO MEDICAL WASTE CORP.**
425 CARR 693 PMB 135
DORADO, PR 00646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **6331**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**ZULEIKA M. OCASIO AYALA**
Bo.Palma Parcelas Nuevas Calle #3 Casa 3

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **3438**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 7,688,362.20 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 7,688,362.20 |

**Fill in this information to identify the case:**

Debtor name **Clinica Santa Rosa de Guayama**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, PONCE DIVISION

Case number (if known) **2:16-bk-9033**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  Property (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Professional Services |
|---|---|---|
| | State the term remaining | Abigail Bristol Guayama |
| | List the contract number of any government contract | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Professional Services |
|---|---|---|
| | State the term remaining | Adaliz Caban Rios Guayama |
| | List the contract number of any government contract | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Professional Services |
|---|---|---|
| | State the term remaining | Adelaura Alicea PO Box 66 Arroyo, PR 00714-0066 |
| | List the contract number of any government contract | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Professional Services |
|---|---|---|
| | State the term remaining | Berenice De Jesus Alvarado Coamo |
| | List the contract number of any government contract | |

Page 1 of 4

Debtor 1 **Clinica Santa Rosa de Guayama**

First Name          Middle Name          Last Name

Case number *(if known)*   **2:16-bk-9033**

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services** |
|---|---|---|
| | State the term remaining | **Dalixne Laboy Cora** |
| | List the contract number of any government contract | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services** |
|---|---|---|
| | State the term remaining | **Grace M. Fajardo Gonzalez Arroyo** |
| | List the contract number of any government contract | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services** |
|---|---|---|
| | State the term remaining | **Idalys M. Viole Rodriguez Arroyo** |
| | List the contract number of any government contract | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services** |
|---|---|---|
| | State the term remaining | **Jailene De Jesus Cosme Guayama** |
| | List the contract number of any government contract | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services** |
|---|---|---|
| | State the term remaining | **Jennifer Navas Rosado Arroyo** |
| | List the contract number of any government contract | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services** |
|---|---|---|
| | State the term remaining | **Jonathan Marrero Santa Isabel** |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 2 of 4

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  __Clinica Santa Rosa de Guayama__

First Name        Middle Name        Last Name

Case number (if known)  __2:16-bk-9033__

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any government contract  _____

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Professional Services |
| | State the term remaining | Jonathan Santiago Morales Guayama |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Professional Services |
| | State the term remaining | Jossie De Leon Pedraza Salinas |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Professional Services |
| | State the term remaining | Maribel Ortiz Torres |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Professional Services |
| | State the term remaining | Michelle Colón Medina Guayama |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Professional Services |
| | State the term remaining | Rolmarie Colon Garcia |
| | List the contract number of any government contract | |

Debtor 1  __Clinica Santa Rosa de Guayama__
      First Name        Middle Name        Last Name

Case number *(if known)*   __2:16-bk-9033__

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.16.  State what the contract or lease is for and the nature of the debtor's interest    **Professional Services**

      State the term remaining

      List the contract number of any government contract

**Walter Rodriguez Arroyo**

2.17.  State what the contract or lease is for and the nature of the debtor's interest    **Professional Services**

      State the term remaining

      List the contract number of any government contract

**Yessenia Ortiz Ortiz Guayama**

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name  **Clinica Santa Rosa de Guayama**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO, PONCE DIVISION

Case number (if known)  **2:16-bk-9033**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.2 | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.3 | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.4 | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com