# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF PUERTO RICO

IN RE:

**CLINICA SANTA ROSA**

Debtor(s)

CASE NO. 16-09033

CHAPTER 11

### NOTICE OF SUBMITTING AMENDED SCHEDULE A/B, D, E/F, G
### & STATEMENT OF FINANCIAL AFFAIRS

**TO THE HONORABLE COURT:**

 **COMES NOW**, Debtor Clinica Santa Rosa, represented through the undersigned attorney and respectfully submits the following documents:

 1. That debtor is submitting with this Notice Amended Schedule A/B, D, E/F, G and Statement of Financial Affairs.

 2. The purpose of the amendments are to:

  *In schedule A/B Item # 11.b amended to reflect the total face amount of the accounts receivables over 90 days old.*

  *In schedule A/B Items 22 to switch values indicated under book value and current value columns.*

  *In schedule A/B Item 47 amended to switch values indicated under book value and current value columns.*

  *In schedule A/B item 50 amended to switch values indicated under book value and current value columns.*

*In schedule A/B item 54 amended to switch values indicated under book value and current value columns.*

*In schedule A/B item 54 amended to add cadaster number for the real properties listed, as available.*

*Scheduled D item 2.3 amended to reflect that there are 3 vehicle (2015 Nissan Versa) which are subject to the lien.*

*Schedule E/F amended to indicate date claim was incurred for all claims listed.*

*Schedule E/F amended to include complete addresses of creditors and to include list claims in the names of parties to litigation listed in the Statement of Financial Affairs.*

*In schedule G amended to indicate with more specificity "what the contract or lease is for".*

*Statement of Financial Affairs item 1, debtor informed that item will be amended to reflect income as per fiscal year (July 1-June30), and 2016.*

*Statement of Financial Affairs item 7, amended to inform litigation listed under Item 22.*

*Statement of Financial Affairs item 15, amended to change answer to "YES", and provide information requested.*

*__Statement of Financial Affairs item 16__, amended to change answer to "YES", and provide information requested.*

*__Statement of Financial Affairs item 20__, amended to change answer to "YES", and provide information requested.*

*__Statement of Financial Affairs item 21__, amended to change answer to "YES", and provide information requested.*

*__Statement of Financial Affairs item 22__, amended to change answer to "YES", and provide information requested.*

*__Statement of Financial Affairs item 26(a)(1) and (b)(1)__, amended to provide missing dates of service.*

*__Statement of Financial Affairs item 27__, amended to change answer to "YES", and provide information requested.*

*__Statement of Financial Affairs item 30__, amended to change answer to "YES", and provide information requested.*

## NOTICE

Within fourteen (14) days after service as evidence by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii)the requested relief is against public policy; (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I HEREBY CERTIFY:** That on this same date, copy of this motion has been served to the U.S. Trustee Office, Ochoa Building 500 Tanca Street suite 301,San Juan, PR 00901

**RESPECTFULLY SUBMITTED**
In San Juan, Puerto Rico, this 5th day of January, 2017.

**ANTONIO I. HERNÁNDEZ SANTIAGO, ESQ.**
USDC-PR 201602
PO BOX 8509
SAN JUAN, PR  00910-0509
TELS. (787)250-0575
FAX: (787)753-7655
EMAIL:ahernandezlaw@yahoo.com

## CERTIFICATE OF SERVICE

**I DO HERBY CERTIFY that on this date I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:**

- MIGLISA L CAPO    mcapo@metropaviahealth.com, mcapo@metropaviahealth.com
- REBECA CAQUIAS MEJIAS    rcaquias@fgrlaw.com,
  rcaquias@ecf.courtdrive.com;acordero@fgrlaw.com;lferran@fgrlaw.com;rcabrera@fgrlaw.com
- JOSE R CINTRON RODRIGUEZ    j-cintron-djur@prepa.com, c-aquino@prepa.com
- AGNES I CORDERO    agnes.cordero@usdoj.gov, leonel.albizu@usdoj.gov
- CHARLES ALFRED CUPRILL    cacuprill@cuprill.com,
  ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com
- BRISEIDA Y DELGADO MIRANDA    delgadomirandalaw@gmail.com
- CARMEN PRISCILLA FIGUEROA BELL    cfigueroa@crimpr.net,
  cpfbkcy@gmail.com
- ALEXIS FUENTES HERNANDEZ    alex@fuentes-law.com,
  fuenteslaw@icloud.com;afuentes@lbrglaw.com
- JEAN PHILIP GAUTHIER INESTA    jpgauthier@spiderlink.net, jpglaw@live.com
- ARTURO GONZALEZ MARTIN    agm017@yahoo.com, agm017@gmail.com
- ANTONIO I HERNANDEZ SANTIAGO    ahernandezlaw@yahoo.com,
  g25092@notify.cincompass.com
- MONSITA LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
- JENNIFER LOPEZ NEGRON    j.lopez.negron@gmail.com
- HECTOR EDUARDO PEDROSA    hectorpedrosa@gmail.com
- NANETTE RICKENBACH    nrickenbach@rickenbachpr.com
- WILLIAM SANTIAGO SASTRE    wssbankruptcy@gmail.com,
  fbatallagarcia@gmail.com;allanosarboleda@gmail.com
- US TRUSTEE    ustpregion21.hr.ecf@usdoj.gov

**I DO HERBY FURTHER CERTIFY that on the same date a true and exact copy of the foregoing has been sent by regular United States mail <u>to Debtors, Clinica Santa Rosa Po Box 10008 Guayama, PR 00785 Guayama PR, to all Creditor has per Master Address List included has Exhibit I and Exhibit II.</u>**

In San Juan, Puerto Rico, this 5th day of January, 2017.

ANTONIO I. HERNANDEZ SANTIAGO, ESQ.
USDC-PR 201602
PO BOX 8509
SAN JUAN, PR  00910-0509
TELS.(787)250-0575
FAX: (787)753-7655
EMAIL:ahernandezlaw@yahoo.com

EXHIBIT I

Label Matrix for local noticing
0104-2
Case 16-09033-EAG11
District of Puerto Rico
Ponce
Thu Jan  5 10:31:27 AST 2017

C & L GROUP INC
CHARLES A CUPRILL PSC LAW OFFICES
256 FORTALEZA ST SECOND FLOOR
SAN JUAN, PR 00901-1713

CLINICA SANTA ROSA INC
PO BOX 10008
GUAYAMA, PR 00785-4008

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

DEG ANESTHESIA GROUP PSC
3 CALLE SOR TERESA SANCHEZ
YAUCO, PR 00698-3501

DEPARTMENT OF AGRICULTURE
ATTY AGNES I CORDERO
TORRE CHARDON STE 1201
350 CHARDON ST
SAN JUAN, PR 00918-2124

Metro Ponce, Inc.
P.O. Box 3180
Carolina, PR 00984-3180

PREPA
PO BOX 363928
SAN JUAN, PR 00936-3928

Premier Anesthesia Consultants Inc.
#14 Bien Te Veo
Urbanizacin Montehiedra
San Juan, PR 00926-9533

Sistema de Salud Metropolitano, Inc.
P.O. Box 3180
Carolina, PR 00984-3180

US TRUSTEE
EDIFICIO OCHOA
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1922

US Bankruptcy Court District of PR
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

A S MEDICAL
A S MEDICAL
PO Box 60
Hormigueros, PR  00660-0060

A.A.A.002-8
A.A.A. 002-8
PO Box 70101
San Juan, PR  00936-8101

AAA
AAA
PO Box 70101
San Juan, PR  00936-8101

AAA 001-0
AAA 001-0
PO Box 70101
San Juan, PR  00936-8101

AAA 001-7
AAA 001-7
PO Box 70101
San Juan, PR  00936-8101

ABBOTT LABORATORIES, P.R.
ABBOTT LABORATORIES, P.R.
PO Box 71469
San Juan, PR  00936-8569

ABBY A SANCHEZ
URB LA HACIENDA, CALLE
43 AW-12
GUAYAMA, PR 00784

ABIGAIL BRISTOL MORALES
ABIGAIL BRISTOL MORALES BO. PALMAS BAJAS
4 PARCELA 36
Guayama, PR  00784

ABIGAIL BRISTOL MORALES
BO. PALMAS BAJAS CALLE
4 PARCELA 36
ARROYO, PR  00714

ACUALAB DE P.R
ACUALAB DE P.R
PO Box 625 BOX 625
Humacao, PR  00792-0625

ADA ROQUE RIVERA
APT 2414
GUAYAMA, PR  00784

ADALIZ CABAN
PARQUES DE GUASIMAS
J16
ARROYO, PR  00714

ADALIZ RUIZ RIVERA
BO PALO SECO
PO Box 13
Maunabo, PR  00707-0013

ADELA GUZMAN
URB. CIUDAD UNIVERSITARIA, CALLE
1 DD 13
GUAYAMA, PR  00784

ADELA SANTIAGO FELIX
PO Box 1173
Patillas, PR  00723-1173

ADELAIDA VARGAS
BRISAS DE ARROYO
EDIFICIO 3A 38
ARROYO, PR  00714

ADELAURA ALICEA
PO Box 66
Arroyo, PR  00714-0066

ADELAURA ALICEA MELENDEZ
PO Box 66
Arroyo, PR  00714-0066

ADMINISTRADOR ASUME
ADMINISTRADOR ASUME
PO Box 71442
San Juan, PR  00936-8542

ADVANCED OFFICE ELECTRONICS
ADVANCED OFFICE ELECTRONICS
PO Box 4410
Carolina, PR  00984-4410

AIDA MARTIS
BUZON 7350 HC 764
PATILLAS, PR  00723

ALADDIN TEMP-RITE,  P.R INC
ALADDIN TEMP-RITE, P.R INC
PO Box 19411
San Juan, PR  00910-1411

ALEJANDRO RUIZ GUZMAN
URB. VILLA EL ENCANTO CALLE 1 G-24 JUANA
JUANA DIAZ, PR  00795

ALEXANDRA PAGAN RODRIGUEZ
PO Box 1100
Patillas, PR  00723-1100

ALPHABIOMEDICAL, INC
ALPHA BIOMEDICAL, INC
PO Box 670
Caguas, PR  00726-0670

AMN BUSINESS FORMS
AMN BUSINESS FORMS
PO Box 334411
Ponce, PR  00733-4411

ANTHONY AGOSTO
PO Box 3145
Guayama, PR  00785-3145

AQUA CLEAN SHIPS CARIBE, INC.
AQUA CLEAN SHIPS CARIBE, INC.
PO Box 16634
San Juan, PR  00908-6634

ARAMARK UNIFORM SERVICES, INC
ARAMARK UNIFORM SERVICES, INC
PO Box 2850
Carolina, PR  00984-2850

ASOCIACION DE HOSPITALES
VILLA NEVAREZ PROF. BLDG STE
101 CENTRO COMERCIAL VILLA
San Juan, PR  00927

AT & T
AT & T
PO Box 15067
San Juan, PR  00902-8567

AT&T MOBILITY
AT&T MOBILITY
PO Box 70261
San Juan, PR  00936-8261

ATLANTIS CONSULTING GROUP
ATLANTIS CONSULTING GROUP
PO Box 9755
Carolina, PR  00988-9755

AUREA LEBRON SOTO
AUREA LEBRON SOTO
C25 URB VISTAMAR
Guayama, PR  00784

AUTORIDAD ENERGIA ELECTRICA
AUTORIDAD ENERGIA ELECTRICA # CTA 2
PO Box 363508
San Juan, PR  00936-3508

AUTORIDAD ENERGIA ELECTRICA
AUTORIDAD ENERGIA ELECTRICA #CTA 21
PO Box 363508
San Juan, PR  00936-3508

AUTORIDAD ENERGIA ELECTRICA
AUTORIDAD ENERGIA ELECTRICA #CTA 29
PO Box 363508
San Juan, PR  00936-3508

AUTORIDAD ENERGIA ELECTRICA
AUTORIDAD ENERGIA ELECTRICA #CTA 93
PO Box 363508
San Juan, PR  00936-3508

AXISCARE HEALTH LOGISTICS, INC
PO BOX 1366
DORADO, PR  00646

Abbott Laboratories P.R., Inc
c/o Maza & Associates Law Offices
P.O. Box 364028
San Juan, P.R. 00936-4028

Abby Sanchez
URB LA HACIENDA
CALLE 43 AW 12
Guayama, PR  00784-7128

BALLESTER HERMANOS,INC
BALLESTER HERMANOS,INC CALLE B LOTE
24 URB INDUSTRIAL REPARADA
Ponce, PR 00730

BANCODE SANGRE DE SERVICIOS
BANCO DE SANGRE DE SERVICIOS MUTUOS, INC
37 AVE PONCE DE LEON # 662
SAN JUAN, PR  00918

BAXALTA
BAXALTA
PO Box 70314
San Juan, PR  00936-8314

BAXTERSALES CORP
BAXTER SALES CORP
PO BOX 36-70280
San Juan, PR  00936-4707

BECKMAN COULTER PR, INC.
BECKMAN COULTER PR, INC.
PO Box 742075
Atlanta, GA  30374-2075

BERENICE DE JESUS ALVARADO
BERENICE DE JESUS ALVARADO Suite 053
PO Box 3000
Coamo, PR  00769-6000

BERENICE DE JESUS ALVARADO
PO Box 3000
Coamo, PR  00769-6000

BEST FIRE TECH CORP.
BEST FIRE TECH CORP.
PO Box 190502
San Juan, PR  00919-0502

BIOLAB COMPANY
BIOLAB COMPANY
PO Box 2006
Bayamon, PR  00960-2006

BMET
BMET
PO Box 10088
Ponce, PR  00732-0088

BNG COMMUNICATION
BNG COMMUNICATION
HC 1 Box 7286
Salinas, PR  00751-9800

BORSCHOW HOSPITAL & MEDICAL SU
BORINQUEN HOSP. EQUIPMENT R-15-49 CALLE
31 TURABO GDNS
Caguas, PR 00727

BORSCHOW HOSPITAL ACC 4120
BORSCHOW HOSPITAL ACC 4120
PO Box 366211
San Juan, PR  00936-6211

BOSTONSCIENTIFIC
BOSTON SCIENTIFIC
1730 AMARILLO ST STE 310
San Juan, PR  00926

BUSINESS SOUND & MUSIC
BUSINESS SOUND & MUSIC PMB 134
HC 1 Box 29030
Caguas, PR  00725-8900

BUSINESS TELE-COMMUNICATIONS
BUSINESS TELE-COMMUNICATIONS
PO Box 16635
San Juan, PR  00908-6635

BVR AMBULANCE BEST CARE
BVR AMBULANCE BEST CARE INC. Suite 273
PO Box 71325
San Juan, PR  00936-8425

Bio Medical Applications of Guayama, Inc.
C/o Fresenius Medical Care North America
Attn: Sharon Taher
920 Winter Street
Waltham, MA 02451-1521

C I R A C E T
C I R A C E T
PO Box 8970
Ponce, PR  00732-8970

C O V I D I E N
C O V I D I E N G.
PO Box 71416
San Juan, PR  00936-8516

CADILLAC UNIFORM & LINEN SUPPLY
221 AVE LAUREL
INDUSTRIAL ZONE MINILLAS
BAYAMON PR 00959-1908

CALDERON & ARROYO LAW OFFICES
PO Box 195659
San Juan, PR  00919-5659

CARDINAL HEALTH P.R, INC
CARDINAL HEALTH P.R, INC
PO Box 70220
San Juan, PR  00936-7220

CARIBERX SERVICE,INC.
CARIBE RX SERVICE,INC.
PO Box 7514
Ponce, PR  00732-7514

CARLOSMOLIERI
CARLOS MOLIERI
654 Ave Munoz Rivera Ste 2101
San Juan, PR  00918-4143

CARMEN M. RODRIGUEZ
CARMEN M. RODRIGUEZ BO. MAMEY
HC 65 Box 6056
Patillas, PR  00723-9324

CARMEN T. ORTIZ BONILLA
PO Box 14
Aibonito, PR  00705-0014

CECILIA RODRIGUEZ COSME
PO Box 2036
Guayama, PR  00785-2036

CESAR CASTILLO INC.
CESAR CASTILLO INC.
PO Box 191149
San Juan, PR  00919-1149

CHANGEHEALTHCARE
CHANGE HEALTHCARE
PO Box 572490
Murray, UT  84157-2490

CINTRON DIESEL
CINTRON DIESEL
PO Box 996
Guayama, PR  00785-0996

COLEGIO DE TECNOLOGOS MEDICOS
Pl Ave San Patricio
Guaynabo, PR  00968-3205

CPS PUERTO RICO, INC
CPS PUERTO RICO, INC
6409 N Quail Hollow Rd
Memphis, TN  38120-1414

CRUZ ROJA AMERICANA
CRUZ ROJA AMERICANA
PO Box 366046
San Juan, PR  00936-6046

CYNTHIA CRUZ MAURAS
PO Box 103
Aguirre, PR  00704-0103

DALIXIE I.L LABOY CORA
DALIXIE I.L LABOY CORA URB BELINDA CALLE
6 G 23
ARROYO, PR  00714

DAMARIS CORA
BDA. Marin
HC 1 Box 3916
Arroyo, PR  00714-9702

DANIEL SANTIAGO
CONDOMINIO DARLINGTON
Suite 1108
RIO PIEDRAS, PR 00925-2725

DATA STORAGE CENTERS
DATA STORAGE CENTERS
PO Box 2358
Toa Baja, PR  00951-2358

DEG ANESTHESIA GROUP, PSC
DEG ANESTHESIA GROUP,
PSC 401A
Yauco, PR  00698


DEG ANESTHESIA GROUP PSC
PO Box 960
Guayama, PR  00785-0960

DELTA DENTAL OF PUERTO RICO
DELTA DENTAL OF PUERTO RICO, I
14 Calle 2 Ste 200
Guaynabo, PR  00968-1735

DELTA DENTAL OF PUERTO RICO, I
DELTA DENTAL OF PUERTO RICO, I
14 Calle 2 Ste 200
Guaynabo, PR  00968-1735


DEPARTAMENTO DEL TRABAJO
PO Box 191020
San Juan, PR  00919-1020

DEYA ELEVATOR INC.
DEYA ELEVATOR INC.
PO Box 362411
San Juan, PR  00936-2411

DIAGNOSTICS IMAGING SUPPLIES
DIAGNOSTICS IMAGING SUPPLIES
PO Box 11923
San Juan, PR  00922-1923


DIANA CINTRON SOTO
HC 763 BUZON 3354
CALLE CORAL B 3 URB VILLAS DE PATILLAS
PATILLAS, PR 00723-2652

DR. EDELMIRO CARRILLO
DR. EDELMIRO CARRILLO
PO Box 256
Adjuntas, PR  00601-0256

DR. FRANZ A. HEFFELFINGER
DR. FRANZ A. HEFFELFINGER
PO Box 6497
Bayamon, PR  00960-5497


DR. JUAN N . AULET MORALES
DR. JUAN N . AULET MORALES #
8 VIRTUD ST
Ponce, PR 00730-3806

DR. LUIS MELENDEZ GOMEZ
DR. LUIS MELENDEZ GOMEZ #
41 W SAN JOSE ST
Guayama, PR 00784-5322

DR. MANUEL  VIZCARRONDO ACOSTA
DR. MANUEL VIZCARRONDO ACOSTA
PO Box 2342
Guayama, PR  00785-2342


DR. PABLO J DE CASTRO
DR. PABLO J DE CASTRO URB VALLE VERDE
830 CALLE VER
Ponce, PR  00716-3515

DR. ROBERTO RODRIGUEZ
URB PASEO DEL PARQUE
10 CALLE TIVOLI
SAN JUAN, PR  00926

DR. ROLANDO DIAZ
DR. ROLANDO DIAZ AVE LAS AMERICAS
2621 URB COSTANCIA
Ponce, PR  00717


DR. WILBERT DEL VALLE RIVERA
PARQUE MONTERREY
3 EDIFICIO 170 APT 429
Ponce, PR  00731

DR.RAMON L. RODRIGUEZ FERNANDE
DR.RAMON L. RODRIGUEZ FERNANDE
PO Box 1006
Santa Isabel, PR  00757-1006

E C S BIOMEDICAL
E C S BIOMEDICAL CALLE ESTACION
1B P M B 4 6
Vega Alta, PR  00692


EBENEZER HOME & GARDEN
EBENEZER HOME & GARDEN
HC 63 Box 3985
Patillas, PR  00723-9547

EDRICK POMALES CINTRON
PO Box 1078
Guayama, PR  00785-1078

EDUARDO L. GONZALEZ
PO Box 960
Guayama, PR  00785-0960


EDWARD RAMOS
EDWARD RAMOS
PO Box 1554
Santa Isabel, PR  00757-1554

EDWIN RAMOS PENA
PO Box 1254
Coamo, PR  00769-1254

ELIZABETH DIAZ VEGA
BARRIO JACABOA
CARRETERA 758 KM 1.7
PATILLAS, PR  00723


ENEIDA LEBRON FIGUEROA
PO Box 1318
Patillas, PR  00723-1318

ESSENTIAL PHARMACIST SERVICE, INC.
ESSENTIAL PHARMACIST SERVICE, INC.
609 TITO CASTRO AVE STE 102
PONCE, PR 00716-0200

EUGENE FIGUEROA GALARZA
PO Box 2312
Guayama, PR  00785-2312

F.D.S.E.
PO Box 365028
San Juan, PR  00936-5028

FACSIMILE PAPER CONNECTION
FACSIMILE PAPER CONNECTION
PO Box 363122
San Juan, PR  00936-3122

FAST PRINT & MARKETING
FAST PRINT & MARKETING
PO Box 801542
Coto Laurel, PR  00780-1542


FDA-MQSA PROGRAM
FDA-MQSA PROGRAM
PO Box 979109
Saint Louis, MO  63197-9001

FERNANDO ALARCON
PO Box 10376
San Juan, PR  00922-0376

FILM PRODUCTS SALES & SERVICE
FILM PRODUCTS SALES & SERVICE SANTA PAUL
2 B-24
Guaynabo, PR  00969


FIRSTMEDICAL HEALTH PLAN, INC
FIRST MEDICAL HEALTH PLAN, INC
PO Box 70264
San Juan, PR  00936-8264

FRANCISCO PEREZ HERNANDEZ
PO Box 304
Arroyo, PR  00714-0304

FRESENIUS MEDICAL CARE
FRESENIUS MEDICAL CARE
PO Box 195198
San Juan, PR  00919-5198


GALARZA AIR CONDITIONER
GALARZA AIR CONDITIONER VILLA ROSA
3 BLOQUE A # 21
Guayama, PR  00784

GENERAL IMAGING SERVICES
GENERAL IMAGING SERVICES
PO BOX 2522
CAYEY, PR  00737

GIS PARTNERS CORPORATION
GIS PARTNERS CORPORATION
PO Box 801522
Coto Laurel, PR  00780-1522


GLENDA RAMOS COLON
PO Box 10007
Guayama, PR  00785-4007

GLORIA GARAY
PO Box 341
Salinas, PR  00751-0341

GLORIE M. COLLAZO ORTIZ
PO Box 2791
Guayama, PR  00785-2791


GLORIVEE ARROYO  MEDINA
BDA BLONDET CALLE D 206
GUAYAMA, PR 00784-6819

GRACE M. FAJARDO
GRACE M. FAJARDO
PO Box 1028
Arroyo, PR  00714-1028

GRACE M. FAJARDO
PO Box 1028
Arroyo, PR  00714-1028


GRUPO PROFESIONAL SOLUCIONES
GRUPO PROFESIONAL SOLUCIONES
PO Box 366004
San Juan, PR  00936-6004

HECTOR C. BUITRAGO
PO Box 3060
Guayama, PR  00785-3060

HELVETIA DEL CARIBE
HELVETIA DEL CARIBE
PO Box 4849
Carolina, PR  00984-4849


HERNAN HERNANDEZ DIAZ
PO Box 2183
Guayama, PR  00785-2183

HILDALIZ DIAZ
PO Box 880
Patillas, PR  00723-0880

HOME ORTHOPEDICS,CORP.
HOME ORTHOPEDICS,CORP.
202 BLDG URB TRES MONJITAS FEDERICO ST
San Juan, PR  00918


HOSP.METROPOLITANO DR. PILA
HOSP. METROPOLITANO DR. PILA
2435 Blvd Luis A Ferre
Ponce, PR  00717-2112

HOSPITAL LAFAYETTE
HOSPITAL LAFAYETTE
753 KM 0.1 BOX 207
Arroyo, PR 00714-0207

Hospital San Lucas Guayama
PO Box 800970
Coto Laurel, PR 00780-0970
ponce, PR 00780-0970


ICSAEL RODRIGUEZ TORRES
BO CORAZON
CALLE ALMENDRO #888
GUAYAMA, PR  00784

IDALYS M. VIROLA
IDALYS M. VIROLA
PO Box 605
Arroyo, PR  00714-0605

IDALYS M. VIROLA
PO Box 605
Arroyo, PR  00714-0605

IDENTECH
IDENTECH
100 PASEOS GRAN BLVD BOX 112-275
San Juan, PR 00926-5955

ILEANA DIAZ VILLEGAS
PO Box 812
Patillas, PR 00723-0812

ILEANA DIAZ VILLEGAS
URB PORTALES DE JACABOA C-10
PO BOX 812
PATILLAS, PR 00723-0812

IMMUNO REFERENCE LAB
IMMUNO REFERENCE LAB
426 CALLE AGUEYBANA URB EL VEDADO
SAN JUAN, PR 00918-3351

IMPLANTES Y SISTEMAS MEDICOS
IMPLANTES Y SISTEMAS MEDICOS
1 SUITE 80 METRO OFFICE PARK LOT 6
Guaynabo, PR 00968

IMPRENTA CARIMAD
IMPRENTA CARIMAD
50 Calle Celis Aguilera
Santa Isabel, PR 00757-2520

IMPRENTA PAGAN
IMPRENTA PAGAN
PO Box 148
Guayama, PR 00785-0148

INDERLYNE NIEVES QUINTERO
PMB 60
PO Box 10018
Guayama, PR 00785-4018

INFOKEEPERS OF PUERTO RICO INC
OSCAR D GUTIERREZ
PO BOX 2358
TOA BAJA PR 00951-2358

IRIS N. CARRION
URB APONTE
CALLE E C 2 06
CAYEY, PR 00736

IRMA N. MARTINEZ
PO Box 453
Aguirre, PR 00704-0453

IRS
CITIVIEW PLAZA NO II
48 Carr 165 Ste 2000
Guaynabo, PR 00968-8000

ISRAEL PEREZ SANTIAGO
HC 1 Box 5971
Barranquitas, PR 00794-9419

ISRAELNIEVES DE JESUS
A26 CALLE C URB LA MARGARITA
Salinas, PR 00751

ImageDirect-IDESS, Inc
Image Direct-IDESS, Inc
200 RAFAEL CORDERO SUITE 140 Box 458
Caguas, PR 00725-4303

JAHAIRA RAMOS
B3 URB BELINDA CLL # 5
ARROYO, PR 00714

JAILENE DE JESUS COSME
B12 CALLE 12 URB COSTA AZUL
GUAYAMA, PR 00784

JAVIER RIVERA GARCIA
PO Box 1497
Arroyo, PR 00714-1497

JENNIFER M BRITO LABOY
PO Box 530
Maunabo, PR 00707-0530

JENNIFER NAVAS ROSADO
21 CALLE Z URB JARDINES DE ARROYO
Arroyo, PR 00714

JIMENEZ, GRAFFAM & LAUSELL
PO Box 366104
San Juan, PR 00936-6104

JIMMY AMARO MALDONADO
PO Box 843
Maunabo, PR 00707-0843

JOEDLEEN GONZALEZ DIAZ
HC 3 Box 18147
Coamo, PR 00769-9823

JOHNSON & JOHNSON
PO Box 70304
San Juan, PR 00936-8304

JOM SECURITY SERVICES, INC.
PO Box 507
Guayama, PR 00785-0507

JONATHAN MARRERO
BO JAUCA
CALLE #492
SANTA ISABEL, PR 00757

JONATHAN SANTIAGO MORALES
PO Box 42
Arroyo, PR 00714-0042

JORGE P. SALA
PO Box 960
Guayama, PR 00785-0960

JORGE PEDRO SALA
SAN VICENTE BLDG
8169 CONCORDIA ST STE 102
PONCE, PR 00717-1556

JOSE A. PENA
HC 1 Box 4924
Juana Diaz, PR 00795-9709

JOSE I. SANCHEZ
CALLE
5 DE OCTUBRE # 11
SANTA ISABEL, PR  00757

JOSE I. SANTIAGO DIAZ
PO Box 598 BOX 598
Guayama, PR  00785-0598

JOSE SANTIAGO,INC.
MARGINAL, CARR #PR 5, KM 4.4
URB INDUSTRIAL LUCHETTI
BAYAMON, PR  00959

JOSSIE DE LEON
PO Box 1357
Santa Isabel, PR  00757-1357

JOSSIEDE LEON
PO Box 1357
Santa Isabel, PR  00757-1357

JUANITA MORALES PENA
PO Box 195659
San Juan, PR  00919-5659

KARITZA SERRANO
PO Box 704
Juana Diaz, PR  00795-0704

KARITZA SERRANO MARTINEZ
PO Box 704
Juana Diaz, PR  00795-0704

L & PM, INC.
F16 AZULES DEL MAR DORADO DEL MAR
Dorado, PR 00646-2135

LABORATORIO CLINICO TOLEDO
280 MONTERREY URB IND REPARADA Box 7004
PONCE, PR 00716-0377

LCDO. JOSE M. COLON
PO Box 960
Guayama, PR  00785-0960

LCDO.JOSE M. COLON PEREZ
PALMER #42 NORTE
PO Box 960
Guayama, PR  00785-0960

LEBRON MEDICAL CARE, INC.
PO Box 1204
Arroyo, PR  00714-1204

LEIDA VELAZQUEZ
PO Box 319
Aguirre, PR  00704-0319

LEMAIDA BARBOSA TORRES
HC 2 Box 5113
Guayama, PR  00784-7795

LEYDAORTA ALBINO
CONDOMINIO VILLA CAPARRA
APT 7D EXECUTIVE
GUAYNABO, PR  00966

LIGHT GAS CORPORATION
LIGHT GAS CORPORATION
PO Box 1155
Salinas, PR  00751-1155

LILLIAN GONZALEZ COLON
CALLE LOS MILLONARIOS,
HC 1 Box 4943
Arroyo, PR  00714-9787

LIMAY INC.
PO Box 1228
Patillas, PR  00723-1228

LINDA ROSARIO
BO CORAZON
CALLE SANTO TOMAS 116 4
GUAYAMA, PR 00784-4300

LUIS A. GOMEZ SANCHEZ
PO Box 31254
San Juan, PR  00929-2254

LUIS GARRATON
PO Box 362984
San Juan, PR  00936-2984

LUIS J. GONZALEZ GARAU
PO Box 1831 Box 1831
Guayama, PR  00785-1831

LUZ G. RAMOS CANDELARIO
PO Box 2127
Guayama, PR  00785-2127

LUZ M. FIGUEROA BERNIER
PO Box 1341
Guayama, PR  00785-1341

LUZ S. BERMUDEZ BONES
PMB 97
PO Box 10018
Guayama, PR  00785-4018

Lcda Marie Carmen Muntaner
PO Box 7441
Caguas, PR  00726-7441

MALLINCKRODT CARIBBEAN,INC.
PO Box 70289
San Juan, PR  00936-8289

MARIA D. MARRERO RODRIGUEZ
PO Box 1232
Santa Isabel, PR  00757-1232

MARIA DEL R MARRERO
PO Box 1232
Santa Isabel, PR  00757-1232

MARIA VELEZ ALOMAR
PO Box 2701 BOX 2701
Guayama, PR  00785-2701

MARIBEL ESCALANTE
PO Box 1176
Patillas, PR  00723-1176

MARIBEL ORTIZ
BO OLIMPO
CALLE 1 #63
GUAYAMA, PR 00784-4037

MARILYN ROMAN RIVERA
HC 63 Box 3723
Patillas, PR  00723-9521

MARISOL ALVARADO
URB LA ARBOLEDA
2 CALLE ROBLES
COAMO, PR 00769-9828

MEDITEK SERVICES,INC.
CENTRO INTERNACIONAL DE MERCADEO
TORRE 1 CARR 165 OFICINA 408
GUAYNABO, PR  00968

MEDLATIN GROUP INC.
PO Box 51426
Toa Baja, PR  00950-1426

MICHELLE COLON MEDINA
URB LA HACIENDA
CALLE 44 AR 33
GUAYAMA, PR 00784-7121

MIGDALIA MATEO PEREIRA
PO Box 960
Guayama, PR  00785-0960

MIGUEL A GONZALEZ PERALTA
PO Box 463
Guayama, PR  00785-0463

MIGUEL A. MERCADO RIVERA
HC 2 Box 4117
Guayama, PR  00784-8538

MIGUEL BOLORIN
URB JARDINES DE GUAMANI
CALLE 3 D7
GUAYAMA, PR 00784-6918

MIGUELA SAEZ SANTIAGO
PO Box 126
Coamo, PR  00769-0126

MONLLOR FLEET SERVICES
CARR 3 KM 140.5
SECTOR MELANIA
GUAYAMA, PR  00784

MR INK OF PUERTO RICO CORP
PO BOX 2003
CAGUAS PR  00726-2003

MUNICIPALITY OF GUAYAMA
PO Box 360
Guayama, PR  00785-0360

MYRIAM ROSA GARCIA
URB PARQUE DEL SOL
CALLE 1
PATILLAS, PR  00723

MYRNA CORTES NIEVES
PO Box 1381 BOX 1381
Guayama, PR  00785-1381

MYRNA RIVERA
PO Box 756
Arroyo, PR  00714-0756

(p)MERCEDES BENZ FINANCIAL SERVICES
13650 HERITAGE PARKWAY
FORT WORTH TX 76177-5323

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

NANNETTE I VEGA CRUZ
HC 1 Box 31050
Juana Diaz, PR  00795-9739

NATIONAL BUILDING MAINTENANCE
855 AVE HOSTOS
PONCE, PR  00716-1105

NIPROMEDICAL OF P.R . INC
PO Box 810263
Carolina, PR  00981-0263

NOEMI ORTIZ ROMAN
HC 1 Box 4003
Salinas, PR  00751-9705

NOLIA CAMACHO
HC 65
Patillas, PR  00723-9377

NORAIDA RIVERA
PO Box 3135 BOX 3135
Guayama, PR  00785-3135

(c)NORGIHEILIZ OPPENHEIMER
PO BOX 800800
COTO LAUREL PR  00780-0800

NORMA I. MORALES LEBRON
PO Box 522 BOX 522
Patillas, PR  00723-0522

NORTOL ENVIRONMENTAL &
PO Box 366457
San Juan, PR  00936-6457

NYDIA BURGOS
HC 2 Box 4189
Maunabo, PR  00707-9514

OLIVER PERITRONIC
PO Box 1264
Caguas, PR  00726-1264

ONELIA FIGUEROA
PTE. JOBOS COMUNIDAD MIRAMAR CALLE ORQUI
GUAYAMA, PR  00787

OPTIVON
PO Box 11881
San Juan, PR  00922-1881

ORENGO & LUIS MAINTENANCE
SUITE 174
PO Box 71325
San Juan, PR  00936-8425

ORIENTAL BANK
PO Box 195115
San Juan, PR  00919-5115

OTO-METRICS PR, INC.
PO Box 12248
San Juan, PR  00914-0248

Orthobone Inc.
Montemar Plaza 205
Calle Federico Costa Suite 103
San Juan, PR 00918

P. R.SOLUTIONS SUPPLY,INC.
PO Box 50460
Toa Baja, PR  00950-0460

PCCG,INC./ACTIONRAD SOLUTIONS
PO Box 10535
Bradenton, FL  34282-0535

PEDRO AIR CONDITIONING Y/O
CARR 3 SECTOR MELANIA
KM 140.3 INT FINAL
GUAYAMA, PR  00784

PHASOR ENGINEERING, INC.
PO Box 9012
Ponce, PR  00732-9012

PHILLIPS MEDICAL SYSTEM P.R INC
200 WINSTON CHURCHILL AVE STE 302
San Juan, PR 00926-6682

PRAXAIR PUERTO RICO B.V.
PO Box 307
Gurabo, PR  00778-0307

PREMED,LLC.
PO Box 474
Trujillo Alto, PR  00977-0474

PREMIER ANESTHESIA CONSULTANTS
BIEN-TE-VEO 14
URB MONTEHIEDRA
SAN JUAN, PR 00926-9533

PROGRESSIVE SALES & SERVICE
AVE. ROOSEVELT
1163 PUERTO NUEVO
San Juan, PR  00920

PUERTO RICO BIOMEDICAL
PO Box 4755
Carolina, PR  00984-4755

PUERTO RICO TELEPHONE
PO BOX 71535
San Juan, PR  00936-8635

PUERTO RICO TELEPHONE
PUERTO RICO TELEPHONE
PO BOX 71535
San Juan, PR  00936-8635

PUERTO RICO TELEPHONE dba CLARO
FRANCISCO SILVA, ESQ
PO BOX 360998, SAN JUAN, PR, 00936-0998

PUERTORICO TELEPHONE
PO Box 8635
San Juan, PR  00910-0635

Professional Inventory Special
CALLE LA SORBONA 251
UNIVERSITY GARDENS
SAN JUAN, PR  00927

R H REALTY MANAGEMENT
URB PASEO DEL PARQUE
10 CALLE TIVOLI
SAN JUAN, PR  00926

RADIOLOGY SUPPORTING SERVICES
URB PASEO DEL PARQUE
CALLE TIVOLI 10
SAN JUAN, PR  00926

RAMON COLON AGUIRRE
PO Box 128 BOX 128
Arroyo, PR  00714-0128

REGIONAL  ADJUSTMENT BUREAU
PO Box 34111
Memphis, TN  38184-0111

REINALDO ALBINO
PO Box 10008
Guayama, PR  00785-4008

REINALDO ALBINO MILIAN
HC 65
Patillas, PR  00723-9377

REPUBLIC SERVICES
PO Box 7104
Ponce, PR  00732-7104

REYES CONTRACTOR GROUP INC.
URB CERRO GORDO HILLS
22 RAUL JULIA
VEGA ALTA, PR 00692-9002

RIMADO INC
PO Box 8895
San Juan, PR  00910-0895

RMC ORTHOPEDIC & SURGICAL,INC.
AGM BUILDING
42 CARR 20 SUITE 102
GUAYNABO, PR 00966-3324


ROBERTO A. SALICETI
PO Box 3080
Guayama, PR  00785-3080

ROBERTO GARCIA RIVERA
HC 2 Box 4751
Guayama, PR  00784-7551

ROLANDO RIVERA
HC 1 Box 18311
Coamo, PR  00769-9800


ROLANDO SANTIAGO TORRES
PO Box 195659
San Juan, PR  00919-5659

ROLMARIE COLON GARCIA
BO LOS POLLOS
SECTOR PARCELAS NUEVAS 105
PATILLAS, PR  00723

ROSIMAR APONTE GIBOYEAU
PO Box 474
Arroyo, PR  00714-0474


SABIAMED CORP
PO Box 6150
CAGUAS, PR  00726

SALICOOP
PO Box 1169 box 1169
Salinas, PR  00751-1169

SAMUEL SANCHEZ COLON
HC 1
Arroyo, PR  00714-9801


SANDRA G. COTTO MONTAEZ
URB VILLA MAR CALLE CASPIO
A 18
GUAYAMA, PR  00784

SANTURCE X RAY & MEDICAL SUPPL
PO Box 11749
San Juan, PR  00910-2849

SARA J. MARTINEZ PROSPERE
HC 64
Patillas, PR  00723-9802


SATURINO MORALES
PO Box 195659
San Juan, PR  00919-5659

SECRETARIO DE HACIENDA
PO Box 9024140
San Juan, PR  00902-4140

SERV CORP
405 AVENIDA ESMERALDA PMB 241
Guaynabo, PR 00969-4482


SISTEMA DE SALUD MENONITA
PO Box 372800
Cayey, PR  00737-2800

SISTEMA DE SALUD METROPOLITANO
101 AVE SAN PATRICIO
SUITE 960
GUAYNABO, PR 00968-2688

SISTEMA DE SALUD METROPOLITANO INC
C/O JAIME RIVERA VP SENIOR OF FINANCE
PO BOX 3180
CAROLINA PR 00984-3180


SIXMARY RODRIGUEZ
URB JARDINES DE SALINAS 101
CALLE JULIO MARTINEZ
SALINAS, PR  00751

SIXMARY RODRIGUEZ RIVERA
URB JARDINES DE SALINA
101 CALLE JULIO MARTINEZ
SALINAS PR 00751-3150

SOUTHERN PATOLOGY
234-A SABANETA INDUSTRIAL PARK
PONCE, PR  00716


SPOT ON HOLD
PO Box 1836
Mayaguez, PR  00681-1836

STERICYCLE, INC.
PO Box 6582
Carol Stream, IL  60197-6582

STRYKER SUSTAINABILITY
STRYKER SUSTAINABILITY
10232 S 51st St
Phoenix, AZ  85044-5205


SYSTEMONE
PO Box 10567
San Juan, PR  00922-0567

SYSTRONICS, INC
PO Box 7205
Ponce, PR  00732-7205

TARIMAX DE PUERTO RICO, INC
PO Box 793
Patillas, PR  00723-0793

TONER & INKJET EXPRESS
AVE. FAGOT
A10 SUITE 2
PONCE, PR  00717

ULEEA
Calle Hctor Salamn
354 Urb Ext
Hato Rey, PR  00918-2111

UMRCOINC
PO Box 21536
San Juan, PR  00928-1536


UNICARE CORPORATION
PO Box 1051
Sabana Seca, PR  00952-1051

USDA Rural Development
U.S. Department of Agriculture
1400 Independence Ave SW
Washington, DC  20250-0002

USDA Rural Develpment
U.S. Department of Agriculture
1400 Independence Ave SW
Washington, DC  20250-0002


V I T A L I F E   I N C .
FEDERICO COSTAS ST
M-1046 #2 TRES MONJITAS
SAN JUAN, PR  00918

WAL-SMART,INC
54 VALLE SUR
MAYAGUEZ, PR  00680

WALTER J. RODRIGUEZ APONTE
CAMPITOS BRENES #1
ARROYO, PR 00714-2611


WMED SOLUTIONS
URB VISTALAGO
CALLE LAGO LA PLATA #60
GURABO, PR 00778-9108

XEROX
PO Box 299075
Lewisville, TX  75029-9075

YAZMIN MORALES
PO Box 195659
San Juan, PR  00919-5659


YESSENIA ORTIZ ORTIZ
URB HACIENDA GUAMANI
125 CALLE HIGUILLO
GUAYAMA, PR 00784-9417

ZAIDA L. ESTRADA
URB CIUDAD UNIVERSITARIA
C GORRION G-14
GUAYAMA, PR  00784

ZERO MEDICAL WASTE CORP.
425 CARR 693 PMB 135
DORADO, PR 00646-4816


 San Lucas Hospital
  PO Box 800970
, PR 00780-0970 United States

ANTONIO I HERNANDEZ SANTIAGO
ANTONIO I HERNANDEZ SANTIAGO LAW OF
PO BOX 8509
SAN JUAN, PR 00910-0509

C/O BK SERVICING LLC MERCEDES-BENZ FINANCIAL
CHERYLE WILLIAMS, AGENT
PO BOX 131265
ROSEVILLE, MN 55113-0011


EDNA DIAZ DE JESUS
PROCURADORA INTERINA DEL PACIENTE
OFICINA DEL PROCURADOR DEL PACIENTE
PO BOX 11247
SAN JUAN, PR 00910-2347

Edna Diaz de Jesus
Procuradora del Paciente
PO Box 11247
San Juan, PR 00910-2347

GLORIA DIAZ VILA
30-3A Villas del Seorial
SAN JUAN, PR 00901


Juanita Morales-Pea
PO Box 8121
San Juan, PR 00910-0121

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Mercedes-Benz Financial Services
36455 Corporate Dr
Farmington, MI  48331-3552

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

NORGIHEILIZ OPPENHEIMER
PO BOX 800
COTTO LAUREL, PR  00780

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CPS PUERTO RICO INC.                (u)HOME ORTHOPEDICS CORP              (u)MAKKO Construction, LLC

(u)MENNONITE GENERAL HOSPITAL, INC.    (u)ORIENTAL BANK                     (u)Orthobone Inc.

(u)ADELAIDA VARGAS                     (d)CRIM                              End of Label Matrix
BRISAS DE ARROYO                       PO Box 195387                        Mailable recipients    322
BLDG 3A                                San Juan, PR  00919-5387             Bypassed recipients      8
ARROYO,                                                                     Total                  330

CLINICA SANTA ROSA
DIRECCIONES QUE NO APARECEN EN EL MATRIX

| Nombre del Empleado | Direccion postal |
|---|---|
| ABBY A. SANCHEZ | URB LA HACIENDA, CALLE 43 AW-12, GUAYAMA, PR 00784 |
| ADA ROQUE RIVERA | APT. 2414, GUAYAMA, PR 00784 |
| ADALIZ CABAN | PARQUES DE GUASIMAS J-16 ARROYO, PR 00714 |
| ADALIZ RUIZ RIVERA | BO PALO SECO BUZON 13 MAUNABO, PR 00707 |
| ADELA GUZMAN | URB. CIUDAD UNIVERSITARIA, CALLE 1 DD 13, GUAYAMA, PR 00784 |
| ADELA SANTIAGO FELIX | PO BOX 1173 PATILLAS, PR 00723 |
| ADELAIRA ALICEA | PO BOX 66 ARROYO, PR 00714 |
| AIDA MARTIS | BUZON 7350 HC 764, PATILLAS, PR 00723 |
| ALEJANDRO RUIZ GUZMAN | URB. VILLA EL ENCANTO CALLE 1 G-24 JUANA DIAZ, PR 00795 |
| ALEXANDRA PAGAN RODRIGUEZ | PO BOX 1100 PATILLAS, PR 00723 |
| ALEXIS J. REYES DIAZ | JARD. ARROYO ST Y BI 9, ARROYO, PR 00714 |
| ALEXIS J. ORTIZ BURGOS | HC 4 BUZON 5932 COAMO, PR 00769 |
| ALEXIS ROMAN | HC 63 BUZON 3201 PATILLAS, PR 00723 |
| ALMA R RODRIGUEZ | BO.PITAHAYA SECTOR LAS 25, ARRIBA BUZON 5309, ARROYO, PR 00714 |
| ANA M. CENTENO DE LEON | URB EXT VALLES DE ARROYO CALLE 5 #3 ARROYO, PR 00714 |
| ANDREA ILDEFONSO RODRIGUEZ | BOX 347 PATILLAS, PR 00723 |
| ANGEL ALICEA DE LEON | URB. CARIOCA CALLE 3,#25 GUAYAMA, PR 00784 |
| ANGEL MILIAN SALCEDO | HC 63 BOX 3099 PATILLAS, PR 00723 |
| ANGEL SANTIAGO | CALLE LEOPOLDO CEPEDA 440 COQUI AGUIRRE, PR 00704 |
| ANGIE M. GOMEZ SANCHEZ | BO. OLIMPO CALLE I-17 GUAYAMA, PR 00784 |
| ANNIBELLE SUAREZ | URB.HACIENDA CONCORDIA 11230 CALLE ROSA., SANTA ISABEL., PR  00757 |
| ANTHONY AGOSTO | PO BOX 3145 GUAYAMA, PR 00785 |
| ARACELIS VAZQUEZ GARCIA | Urb. Estancias Las Trinitarias II AA-3 AGUIRRE, PR 00704 |
| BEATRIZ SOTO | SANTA TERESA #5  ARROYO, PR 00714 |
| BETTY BERNIER COLON | APARTADO 8414 GUAYAMA, PR 00784 |
| BRENDA I. ORTIZ MALDONADO | BO. PALO SECO, MAUNABO, PR 00707 |
| BRENDA L. MARTINEZ FERNANDEZ | URB ALBORADA PARK #49 SANTA ISABEL, PR 00757 |
| CARIDAD ANAYA | URB. VILLA UNIVERSITARIA CALLE LAFAYETTE 6 155 GUAYAMA, PR 00784 |
| CARLA C. VALLE SOTO | URB.VILLAS DEL COQUI CALLE VIRGILIO DAVILA C-13 AGUIRRE, PR 00704 |
| CARLOS D COLLAZO PEREZ | URB. PRADERAS DEL SUR, CALLE CEDRO #83, SANTA ISABEL, PR 00757 |
| CARLOS D. AQUILES | HC 02 BOX 7616 SALINAS, PR 00751 |
| CARLOS LUIS  ORTIZ JR | Urb. Alta Vista T 33 CALLE 24, Ponce, PR, 00716 |
| CARLOS M. RODRIGUEZ | BO. OLIMPO CALLE C #472 GUAYAMA, PR 00784 |
| CARLOS WESTERBAND | HC 764 BOX 6838 PATILLAS, PR 00723 |
| CARMEN CORA | BO.OLIMPO,CALLE 8 #362, GUAYAMA, PR 00784 |
| CARMEN J. RIVERA | PARCELAS VIEJAS # 88 BO. COQUI AGUIRRE, PR 00704 |
| CARMEN L. MARTINEZ | ALTURA DE OLIMPO CALLE ZUMBADOR # 528 GUAYAMA, PR 00784 |
| CARMEN L. VEGA | URB. BELLO HORIZONTE F 15 CALLE 4 GUAYAMA, PR 00784 |
| CARMEN R. ACEVEDO | URB. LA HACIENDA C 47 AW 20, GUAYAMA, PR 00784 |
| CARMEN RODRIGUEZ | HC 65 BUZON 6056 PATILLAS, PR 00723 |
| CARMEN T. ORTIZ BONILLA | PO BOX 14 AIBONITO, PR 00705 |



| Name | Address |
|---|---|
| CARMEN TORRES | LOMAS DEL VIENTO 182 CALLE RETIRO GUAYAMA, PR 00784 |
| CATHERINE LOPEZ DE JESUS | Calle General Cordero 1-10 Guayama, PR 00784 |
| CECILIA RODRIGUEZ COSME | PO BOX 2036 GUAYAMA, PR 00784 |
| CHRISTIAN RODRIGUEZ | URB. VIVES, 59 CALLE B,GUAYAMA , PR 00784 |
| CLARYBETSY TAPIA SANTIAGO | CALLE RODRIGUEZ HIDALGO #3 COAMO, PR 00769 |
| CRISTINA R. BELEN FERRER | Calle Principal #78, Aguirre, PR 00704 |
| CRISTINA DROZ VELEZ | BO. GUAMANI SEC. CULEBRA , 3 CARR 747 KM.0.4, GUAYAMA, PR 00784 |
| CYNTHIA CRUZ MAURAS | PO BOX 103 AGUIRRE, PR 00704 |
| DAISY GONZALEZ | Urb. Estancias 410 Calle Perla Santa Isabel, PR 00757 |
| DAMARIS CORA RODRIGUEZ | HC 01 BOX 3916 ARROYO, PR 00714 |
| DAMARIS VELAZQUEZ RIVERA | BO.APEADERO CARR.757 KM.5.8, PATILLAS, PR 00723 |
| DANIEL PERALTA | EXT. JARDINES DE ARROYO CALLE C # D-17 ARROYO, PR 00714 |
| DANNY SANCHEZ | Urb. Arroyo Village Calle 2 Casa A-2 Arroyo, PR 00714 |
| DEBORAH JOUBERT | BO. MOSQUITO CALLE A BUZON 1108 AGUIRRE, P:R 00704 |
| DEBORAH JOUBERT VAZQUEZ | BO. MOSQUITO CALLE A BUZON 1108, AGUIRRE, PR 00704 |
| DELIA I. MORALES VAZQUEZ | BO. CORAZON CALLE DEL CARMEN NO 48-25 GUAYAMA, P:R 00784 |
| DELMA COLON | CALLE ARIZONA #2 CASA #50 ARROYO, PR 00714 |
| DIANA CINTRON SOTO | HC 763 BUZON 3354 PATILLAS, PR 00723 |
| DIANA E LUNA POVENTUD | BO. OLIMPO 130, CALLE 5, GUAYAMA , PR 00785 |
| EDGAR N. COLON DE JESUS | BO. OLIMPO C-3 #732 GUAYAMA, PR 00784 |
| EDGARDO MIRANDA | PMB 129 PO BOX 10018, GUAYAMA, PR 00784 |
| EDITH M ACOSTA | URB. MONTE SORIA II, CALLE ARENA # 31, AGUIRRE, PR 00704 |
| EDNILYS SOSA RODRIGUEZ | URB. LA VEGA CALLE A # 183 Juana Díaz, PR 00795 |
| EDRICK POMALES CINTRON | PO BOX 1078 GUAYAMA, PR 00785 |
| EDWIN DE JESUS RIVERA | URB. LOS ALGARROBO ST D F 9 GUAYAMA, PR 00784 |
| EDWIN O. VAZQUEZ MELENDEZ | BO. COQUI CALLE JESUS T. PIÑEIRON #54 AGUIRRE, PR 00704 |
| EDWIN RAMOS PENA | PO BOX 1254 COAMO, PR 00769 |
| EDWIN TRICOCHE MARTINEZ | HC - 1 BOX 6577 SANTA ISABEL, PR 00757 |
| ELENA SANTIAGO ROMERO | URB. BELINDA C 6 G 13 ARROYO, PR 00714 |
| ELIET ARANA MEDRANO | 80 URB PASEO SANTA BARBARA GURABO, PR 00778 |
| ELIEZER MARTINEZ | URB. VILLA UNIVERSITARIA, CALLE 5 CASA A-3, GUAYAMA ,PR 00784 |
| ELISANIA RIVERA CAMACHO | APT. 432 PATILLAS, PR 00723 |
| ELIZABETH ORTIZ RODRIGUEZ | EXTENSION VALLES DE ARROYO CALLE 15 2-19 ARROYO, PR 00714 |
| ELLIAN VAZQUEZ | BO. PALMAS BAJAS, CALLE 4 #35, GUAYAMA ,PR 00784 |
| ELSA VALENTIN | URB. SAN ANTONIO, CALLE 170, ARROYO, PR 00714 |
| ENEIDA LEBRON FIGUEROA | PO BOX 1318 PATILLAS, PR 00723 |
| ENID DELGADO | URB. QUINTAS DE GUASIMAS C/16 ARROYO, PR 00714 |
| ENID MIRANDA VALDES | APARTADO 758, SALINAS, PR 00751 |
| ENRIQUE A. MANFREDY RODRIGUEZ | URB VILLA EL ENCANTO CALLE 6 H-76 JUANA DIAZ, PR 00795 |
| ERIC VAZQUEZ | BO. GUAMANI CARR 179 KM 2.7 SEC LOS BERNIELES GUAYAMA, PR 00784 |
| ERITZA M. COLON BARBOSA | EXTENSION EL TAINO C-15 SANTA ISABEL, PR 00757 |

| Name | Address |
|---|---|
| EUGENE FIGUEROA GALARZA | PO BOX 2312 GUAYAMA, PR 00784 |
| EVELYN VILLARONGA CAPO | G 29 CALLE PACIFICO URB. VILLA MAR GUAYAMA, PR 00784 |
| FELIPE AQUINO PEREZ | TREASURE VALLEY CALLE MEXICO A-18 CIDRA, PR 00739 |
| FELIX RIVERA RIVERA | Bo. Narajo carretera 791 km 2.0 COMERIO, PR 00782 |
| FERNANDO ALARCON | PO BOX 10376SAN JUAN, PR 00922 |
| FRANCISCA VARGAS COLON | URB. EL TORITO CALLE-4 F-8, CAYEY, PR 00736 |
| FRANCISCO PEREZ HERNANDEZ | PO BOX 304 ARROYO, PR 00714 |
| GABRIEL RODRIGUEZ VEGA | URB VALLES DE ARROYO #52, ARROYO, PR 00714 |
| GASPAR SOLIVAN DUPREY | HC-02 BOX 4019 GUAYAMA, PR 00784 |
| GERARDO G. DIAZ SOTO | BOX 813, GUAYAMA, PR 00785 |
| GERARDO G. DIAZ SOTO | RR1 BOX 6919, GUAYAMA, PR 00784 |
| GIL N LUGO GARCIA | URB.COSTA AZUL CALLE 10, CASA  F-18, GUAYAMA, PR 00784 |
| GILBERTO RIVERA MATEO | URB. VILLA MADRID, CALLE 15 W-1, COAMO, PR 00769 |
| GISELLE RIVERA CARRION | HC 763 BUZON 3358, BO. CACAO ALTO, PATILLAS, PR 00723 |
| GLENDA RAMOS COLON | PO BOX 10007, SUITE 158, GUAYAMA, PR 00785 |
| GLORIA DIAZ VILA | 3D-3 A VILLAS DEL SENORIAL, SAN JUAN, PR 00929 |
| GLORIA GARAY | PO BOX 341 SALINAS, PR 00751 |
| GLORIA RIVERA LABOY | HC 764 BUZON 6247 PATILLAS, PR 00723 |
| GLORIE M. COLLAZO ORTIZ | PO BOX 2791 GUAYAMA, PR 00785 |
| GLORIVEE ARROYO MEDINA | BDA. BLONDET CALLE D #206 GUAYAMA, PR 00784 |
| GRACE M. FAJARDO | PO BOX 1028 ARROYO, PR 00714 |
| HARRY MERCADO | BARRIADA SANTA ANA CALLE A, BUZON Z6 APARTADO 7, GUAYAMA, PR 00784 |
| HECTOR C. BUITRAGO | PO BOX 3060 GUAYAMA, PR 00785 |
| HECTOR J. MIRANDA | URB. REXMANOR CALLE 3 A 13 GUAYAMA, PR 00784 |
| HERMED PAGAN VEGA | URB.VALLES DE GUAYAMA CALLE 23 XX -10, GUAYAMA, PR 00784 |
| HERNAN HERNANDEZ DIAZ | PO BOX 2183 GUAYAMA, PR 00785 |
| HILARY RIVERA TORRES | URB. LA RIVERA CASA D3 CALLE S ARROYO, PR 00714 |
| HILDALIZ DIAZ | PO BOX 880 PATILLAS, PR 00723 |
| HILDALIZ DIAZ ROSARIO | PO BOX 880, PATILLAS, PR 00723 |
| IDA ZOE RODRIGUEZ | URB.VALLES DE GUAYAMA CALLE Z3 XX -10, GUAYAMA, PR 00784 |
| IDALISE M. RODRIGUEZ | RR1 BOX 6268 GUAYAMA, PR 00785 |
| IDALYS M. VIROLA | PO BOX 605 ARROYO, PR 00714 |
| ILEANA DIAZ VILLEGAS | PO Box 812 PATILLAS, PR 00723 |
| IRIS N. CARRION ALICEA | URB. APONTE CALLE E C 2 06 CAYEY, PR 00736 |
| IRIS O. DIAZ ALEJANDRO | URB. JARDINES DE GUAMANI CALLE8, I-13 GUAYAMA, PR 00784 |
| IRIS PABON LAGO | URB. LOURDES 867, MARGINAL, TRUJILLO ALTO , PR 00976 |
| IRMA L. REYES VELEZ | HC 764 BUZON 7888 PATILLAS, PR 00723 |
| IRMA M. RIVERA HERNANDEZ | COM LAS 500TAS CALLE DIAMANTE NUM 67 ARROYO, PR 00714 |
| IRMA N. MARTINEZ | PO BOX 453 AGUIRRE, PR 00704 |
| ISRAEL PEREZ SANTIAGO | HC-01 BOX 5971 BARRANQUITAS, PR 00794 |
| JACKELYN GARCIA VAZQUEZ | HC 63 BUZON 3277 PATILLAS, PR 00723 |
| JAHAIRA TAINA SANTOS | URB.BELLO HORIZONTE, CALLE 4 H-7, GUAYAMA, PR 00784 |
| JAVIER DIAZ ORTIZ | BO. BAJOS BUZON 6876 PATILLAS, P-R 00723 |
| JAVIER RIVERA GARCIA | P O BOX 1497, ARROYO, PR 00714 |
| JAZELL VARGAS HERNANDEZ | URB HACIENDA LOS RECREOS C/GRACIA F5 GUAYAMA, PR 00784 |

| Name | Address |
|---|---|
| JEANETTE RIVERA | HC 764 BOX 7022, BO. BAJOS, PATILLAS, PR 00723 |
| JENNIFER M BRITO LABOY | PO BOX 530, MAUNABO, PR 00707 |
| JESSICA EMANEUILI ALVAREZ | URB.VALLE DEL PARAISO C-8, COAMO, PR 00769 |
| JIMMY AMARO MALDONADO | PO BOX 843 MAUNABO, PR 00707 |
| JOAN M. MATEO | HC 01 BOX 5262, BO. OLLAS CALLE 14 #588, SANTA ISABEL, PR 00757 |
| JOANN GONZALEZ FIGUEROA | PARCELAS JAUCA CASA 191, CALLE 1, SANTA ISABEL, PR 00757 |
| JOANNA I CARTAGENA VAZQUEZ | BO. CORAZON CALLE CAPA, #952 ESTE, GUAYAMA, PR 00784 |
| JOEDLEEN GONZALEZ DIAZ | HC 3 BOX 18147 COAMO, PR 00769 |
| JOEL GUZMAN CARABALLO | URB BRISAS DEL MAR CALLE 5 H -13 ARROYO, PR 00714 |
| JOHANNA E. SOTO MUNOZ | BO.LOS POLLOS, LAS PARCELAS, NUEVAS CALLE 4 #43, PATILLAS, PR 00723 |
| JOHNY MELENDEZ | VALLES DE GUAYAMA CALLE 18 Z-5 GUAYAMA, PR 00784 |
| JOMARIE LIZ FIGUEROA RODRIGUEZ | URB. BRISAS DE LA ESMERALDA, CALLE FLAMBOYAN #81, PATILLAS, PR 00723 |
| JONATHAN SANTIAGO MORALES | PO BOX 42 ARROYO, PR 00714 |
| JORGE CINTRON LEON | CALLE 3 E 1, JARDINES DE GUAMANI, GUAYAMA, PR 00784 |
| JORGE JOSE SIMONETTY | URB LA MARGARITA, CALLE C A 24, SALINAS, PR 00751 |
| JORGE L VAZQUEZ RIVERA | URB.VISTA DEL SOL, CALLE #1 A-24, GUAYAMA, PR 00784 |
| JORGE RODRIGUEZ GONZALEZ | CALLE MEDITACION 125 SUR LOMA DEL VIENTO GUAYAMA, PR 00784 |
| JOSE A. LEBRON | URB. VIVES 273 CALLE H GUAYAMA, PR 00784 |
| JOSE A. PENA | HC 01 BOX 4924 JUANA DIAZ, PR 00795 |
| JOSE E. FIGUEROA | P O BOX 1357 SANTA ISABEL, PR 00757 |
| JOSE L. MATEO RUIZ | Ext. Coqui G-95 Calle 8 Int. Aguirre, PR 00704 |
| JOSE L. ORTEGA | HC73 BOX 5893, CAYEY, PR 00736 |
| JOSE L. SANTIAGO DIAZ | HC 763 BOX 3614, PATILLAS, PR 00723 |
| JUANITA TORRES NIEVES | HC 763 BUZON 3458 PATILLAS, PR 00723 |
| JOSE M. BERRIOS BERMUDEZ | URB COSTA AZUL CALLE 23 M 10 GUAYAMA, PR 00784 |
| JUDITH PABON RODRIGUEZ | BOX 598 GUAYAMA, PR 00785 |
| JULIA I. SANTIAGO VAZQUEZ | URB.CIUDAD UNIVERSITARIA CALLE GAVIOTA J-1 GUAYAMA, PR 00784 |
| JUMARY VALENTIN | MONTESORIA I CALLE COFRESI, BUZON 182, AGUIRRE PR 00704 |
| KAREN J. GRACIANI SERRANO | URBANIZACION SAN ANTONIO CALLE 1 E -81 ARROYO, PR 00714 |
| KARITZA SERRANO MARTINEZ | PO BOX 704 JUANA DIAZ, PR 00795 |
| KARMEN YESSENIA MARTINEZ AMARO | URB BELINDA, CALLE 1, B 15, ARROYO, PR 00714 |
| KEISHLA DIAZ LOPEZ | URB. VISTA DEL SOL CALLE 7 , CASA G-6, GUAYAMA, PR 00784 |
| KENIA VEGA | #29 Calle Luis Muñoz Rivera Cidra, PR 00739 |
| KEVIN I. SOTO MARTINEZ | URB. LAS DELICIAS CALLE HERMINIA TORMES #3021 PONCE, PR 00728 |
| LEIDA VELAZQUEZ | PO BOX 319 BO MOSQUITO PDA 2 CALLE B , AGUIRRE PR 00704 |
| LEMAIDA BARBOSA TORRES | HC  02 BOX 5113, GUAYAMA, PR 00784 |
| LEONOR COLOMBA | URB. JARDINES DE LA REINA 98 CALLE ASTER GUAYAMA, PR 00784 |
| LESLIE B. RODRIGUEZ MORENO | URB. COSTA AZUL CALLE 24 0-2 GUAYAMA, PR 00784 |
| LESLIE ROSADO SUAREZ | URB.PASEO COSTA DEL SUR #270, AGUIRRE, PR 00704 |
| LESLIE VEGA ALICEA | URB.BRISAS DEL MAR CALLE 5, F-23 ARROYO, PR 00714 |
| LILIAM RODRIGUEZ | Villas de Santa Juanita Calle 2 D-4 Bayamon, PR 00956 |
| LILIAN GONZALEZ COLON | CALLE LOS MILLONARIOS, HC 01 BOX #943, ARROYO, PR 00714 |

| Name | Address |
|---|---|
| LINDA ROSARIO MARTINEZ | BO. CORAZON CALLE SANTO TOMAS 116 4 GUAYAMA, PR 00784 |
| LISBETH VILLEGAS MATOS | EXT. JARDINES DE ARROYO, I-20, ARROYO, PR 00714 |
| LIZA M TOLEDO VEGUILLA | Urb. Costa Real A-15 Calle 2, Guayama, PR 00784 |
| LOREN A COLON DE JESUS | URB JARDINES DEL MAMEY, A-2 CALLE 1, PATILLAS, PR 00723 |
| LUIS A RODRIGUEZ GOMEZ | URB. EL DORADO CALLE 5-B 22, GUAYAMA, PR 00785 |
| LUIS A. GOMEZ SANCHEZ | PO BOX 31254 SAN JUAN, PR 00929 |
| LUIS A. GONZALEZ | EXT VALLES DE ARROYO Q-9 CALLE # 13 ARROYO, PR 00714 |
| LUIS A. RODRIGUEZ LASANTA | BO. OLIMPO CALLE 9-359 GUAYAMA, PR 00784 |
| LUIS D SEMIDEY ACABEO | BO BAJOS, SECTOR LAMBOGLIA, PATILLAS, PR 00723 |
| LUIS E LOPEZ GONZALEZ | URB. JARDINES DE GUAMANI, CALLE 5 I-3, GUAYAMA, PR 00784 |
| LUIS E. BERRIOS | URB. VALLE ESCONDIDO CALLE RUBIAL BUZON #51 COAMO, PR 00769 |
| LUIS GONZALEZ RIVERA | EXT. VALLES DE ARROYO Q-9 CALLE #13 ARROYO, PR 00714 |
| LUIS J. GONZALEZ GARAU | BOX 1831 GUAYAMA, PR 00785 |
| LUIS O. VAZQUEZ RODRIGUEZ | BO CAIMITAL ALTO BUZON 6923 GUAYAMA, PR 00784 |
| LUIS G. RAMOS CANDELARIO | PO BOX 2127 GUAYAMA, PR 00785 |
| LUZ M. COLON BONILLA | URB. BRISAS DE LA ESMERALDA NO.83 PATILLAS, PR 00723 |
| LUZ M. CRUZ | BO. PLAYITA VILLA SOL #64 SALINAS, PR 00751 |
| LUZ M. FIGUEROA BERNIER | PO BOX 1341 GUAYAMA, PR 00785 |
| LUZ R. CADIZ GARCIA | HC 64 BUZON 8344 PATILLAS, PR 00723 |
| LUZ S. BERMUDEZ BONES | PMB 97 PO BOX 10018 GUAYAMA, PR 00784 |
| LYMARI RIVERA VIROLA | Urb. Valle de la Providencia, Calle 5 H-6, Patillas, PR 00723 |
| LYMARIE COLON PEREZ | URB. VALLES DE GUAYAMA CALLE 10 H8 GUAYAMA, PR 00784 |
| LYNARIS V. COLON | URB JARDINES DE ARROYO CALLE 7 AL -42 ARROYO, PR 00714 |
| MARCELINO FERNANDEZ LOPEZ | Bo. Palma Sector Acueducto casa #577 ARROYO, PR 00714 |
| MARGIE VALENTIN | MONTESONIA II CASA B-12 AGUIRRE, PR 00704 |
| MARIA D. MARRERO RODRIGUEZ | PO BOX 1232 SANTA ISABEL, PR 00757 |
| MARIA D. MORERA VELAZQUEZ | PARCELAS VIEJAS #62 BO. COQUI AGUIRRE, PR 00704 |
| MARIA D. ORTIZ DE JESUS | HC 64 BUZON 7941 PATILLAS, PR 00723 |
| MARIA DEL R MARRERO | PO BOX 1232, SANTA ISABEL, PR 00757 |
| MARIA M. LABOY REYES | URB. EL PARAISO CALLE 1 CASA 1 BUZON 1 PATILLAS, PR 00723 |
| MARIA MELENDEZ BERMUDEZ | VALLES DE GUAYAMA, CALLE 10 S 1, Guayama, PR 00784 |
| MARIA MELENDEZ BERMUDEZ | VALLES DE GUAYAMA 10 S 1 Guayama, PR 00784 |
| MARIA NOGUERAS | HC 763 BUZON 3294 PATILLAS, PR 00723 |
| MARIA PICART | RES. LUIS PALES MATOS, APARTAMENTO 227, GUAYAMA, PR 00784 |
| MARIA PICART | RES. LUIS PALES MATOS APARTAMENTO 227 GUAYAMA,PR 00784 |
| MARIA VELEZ ALOMAR | BOX 2701 GUAYAMA, PR 00784 |
| MARIAN R. PIZARRO | BO. PALMAS PASTOR CARR 3 KM 126 HM 6 ARROYO, PR 00714 |
| MARIANNE RAMOS SANTIAGO | BO. PALMAS HC1 3126 ARROYO, PR 00714 |
| Maribel Alicea | URB EL PALMAR CASA B 8 , ARROYO PR 00714 |
| MARIBEL ALICEA GONZALEZ | URB EL PALMAR CALLE B 8 ARROYO, PR 00714 |
| MARIBEL ESCALANTE | PO BOX 1176, PATILLAS, PR 00723 |
| MARIBEL ESCALANTE ROQUE | PO BOX 1176 PATILLAS, PR 00723 |
| MARIBEL LASANTA | BO OLIMPO CALLE C NO 492 GUAYAMA, PR 00784 |
| MARIBEL MERCADO | CALLE LUIS LLORENS TORRES, #361 COCO NUEVO, Salinas, PR. 00751 |
| MARIBEL ORTIZ TORRES | BO OLIMPO CALLE 1 # 63 GUAYAMA, PR 00784 |

| Name | Address |
|---|---|
| MARIEL RAMOS RIVERA | HC 764 BOX 8542, BO. GUARDARRAYA, PATILLAS, PR 00723 |
| MARILYN MONTAÑEZ MATOS | HC 01 BOX 3525 CASA, 408, BO. PALMAS PARC. NUEVAS C 3, ARROYO, PR. 00714 |
| MARILYN MORALES BAEZ | COMUNIDAD SAN FELIPE CALLE ARIZONA 5 CASA #4 ARROYO, PR 00714 |
| MARILYN ROMAN RIVERA | HC 63 BOX 3723 PATILLAS, PR 00723 |
| MARISELY ORTIZ MENDEZ | URB LA HACIENDA CALLE 42 AJ 14 GUAYAMA, PR 00784 |
| MARISOL MARTINEZ | CAMINO SAN MARTIN BUZON 23 PUERTO JOBOS, GUAYAMA, PR 00784 |
| MARISOL NIEVES | BO MARIN ALTO BUZON 4241 PATILLAS, PR 00723 |
| MARITZA ACEVEDO RUIZ | URB. CHALETS BRISAS DEL MAR A9 CALLE VELERO GUAYAMA, PR 00784 |
| MARITZA PADIN VAZQUEZ | Bo. Corazon, 25 calle Candelario GAYAMA, PR 00784 |
| MARY E. SANTIAGO BURGOS | APT 1468 BO. PALMAS ARROYO, PR 00714 |
| MARLYN DIAZ MARTINEZ | URB PRADERAS DEL SUR, CALLE CEDRO #99, SANTA ISABEL, PR 00757 |
| MARTA CRUZ QUIÑONES | HC 02 BOX 3723 PATILLAS, PR 00723 |
| MARTA DE JESUS DAVID | JARDINES DE GUAMANI CALLE 15 D-34 GUAYAMA, PR 00784 |
| MARTHON RODRIGUEZ | URB. ARBOLEDA CALLE 16 # 157, Salinas, PR 00751 |
| MARTIZA CRUZ VELAZQUEZ | URB. VILLA REAL J 2 GUAYAMA, PR 00784 |
| MELISSA LOPEZ COLON | URB. VALLE TOLIMA O-1, CALLE MILAGROS CARRILLO, CAGUAS, PR 00725 |
| MICKEY LASSUS | URB.PASEO COSTA DEL SUR R-19 SALINAS, PR 00751 |
| MIGDALIA BURGOS GONZALEZ | 141 A CALLE PRINCIPAL, ARROYO, PR 00714 |
| MIGUEL A GONZALEZ | URB. ALGARROBO CALLE D F-9 GUAYAMA, PR 00784 |
| MIGUEL A GONZALEZ PERALTA | 8 SEC SUNSET PARK, BO. PALMAS, ARROYO, PR 00714 |
| MIGUEL A. AMARO OQUENDO | PO BOX 463, GUAYAMA, PR 00785 |
| MIGUEL A. BOLORIN RIVERA | URB.PROVINCIAS DEL RIO 28 CALLE 1 COAMO, PR 00769 |
| MIGUEL A. MERCADO RIVERA | URB. JARDINES DE GUAMANI CALLE 3 D7 GUAYAMA, PR 00784 |
| MIGUEL ANGEL BOLORIN RIVERA | HC 02 BOX 4117 GUAYAMA, PR 00784 |
| MIGUEL MERCADO RIVERA | URB. JARDINES DE GUAMANI, CALLE 3 D7, GUAYAMA, PR 00784 |
| MILAGROS ROCHE CORTES | VILLA DOS RIOS 3126 CALLE PORTUGUEZ PONCE, PR 00730 |
| MIRIAM BLONDET | URB. VALLE DE ANDALUCIA C HUELVA #3019 PONCE, PR 00728 |
| MYRELIS RODRIGUEZ | VILLA UNIVERSITARIA CALLE ROIG D-65 GUAYAMA, PR 00784 |
| MYRIAM V. ROSA GARCIA | URB.ALTURAS DEL ALBA CALLE CIELO J-16, VILLALBA, PR 007266 |
| MYRNA CORTES NIEVES | URB. PARQUE DEL SOL C 10 CALLE 1 PATILLAS, PR 00723 |
| MYRNA RIVERA | BOX 1381 GUAYAMA, PR 00785 |
| NANCY BLAS | PO BOX 756 ARROYO, PR 00714 |
| NANCY MENDEZ | URB REXMANOR CALLE 4 C7, GUAYAMA, PR 00785 |
| NANCY SIERRA | URB VILLA SERENA CALLE DANUBE, A 11, SANTA ISABEL , PR 00757 |
| NANNETTE I VEGA CRUZ | URB COSTA REAL CALLE 3 B 40, GUAYAMA, PR 00784 |
| NASHIRA LUGO GONZALEZ | HC 01 BOX 31050, JUANA DIAZ , PR 00795-9708 |
| NELLIE D. VEGA CRUZ | RR1 BUZON 6265, BO BARRANCAS CALLE 4 # 186, GUAYAMA, PR 00784 |
| NEREIDA RAMOS RUIZ | URB COSTA SUR CALLE 25 59 GUAYANA, PR 00784 |
| NEYSHA ORTIZ BURGOS | URB. LA HACIENDA CALLE 52 AL 22 GUAYAMA, PR 00784 |
| NILSA PEREZ CINTRON | URB.VILLA UNIVERSITARIA CALLE LAFAYETTE D-#82 GUAYAMA, PR 00784 |
| NOEMI ORTIZ ROMAN | BO.GUAMANI LOS ENCHAUTEGUI, CARR.179 R-764 KM.4.0,GUAYAMA, PR 00785 |
| NOLIA CAMACHO | HC 01 BOX 4003 SALINAS, PR 00751 |
| NORAIDA RIVERA | HC 65 PO BOX 6383 PATILLAS, PR 00723 |
| NORGIHEILIZ OPPENHEIMER | BOX 3135 GUAYAMA, PR 00784 |
| NORIMAR CARABALLO | PO BOX 800 COTTO LAUREL, PR 00780 |
|  | Urb. Paseo de Reyes #33, Calle Rey Felipe., Juana Diaz, PR 00795 |

| Name | Address |
|---|---|
| NORMA I. MORALES LEBRON | BOX 522 PATILLAS, PR 00723 |
| NYDIA BURGOS | HC 02 BOX 4189, MAUNABO, PR 00707 |
| OLGA I. MUNOZ | HC 64 BUZON 9237, PATILLAS, PR 00723 |
| OLGA I. MUNOZ CEDENO | HC 764 BUZON 9237 PATILLAS, PR 00723 |
| OLGA V. CINTRON LEBRON | APARTADO 1350 BO. PITAHAYA ARROYO, PR 00714 |
| ONELIA FIGUEROA ORTIZ | PTE. JOBOS COMUNIDAD MIRAMAR CALLE ORQUIDEA 557-557 GUAYAMA, PR 00784 |
| OSCAR RAMOS | URB. VISTA DE ARROYO C/5 CASA G-10 ARROYO, PR 00714 |
| OSMARIE MARQUEZ PALOU | BO.CARMEN CARR.712 KM.10.4, GUAYAMA, PR 00785 |
| PETER RUTTEL | URB.LA HACIENDA CALLE 47 AU-31, GUAYAMA, PR 00784 |
| RAFAEL SANTIAGO | URB. VILLA UNIVERSITARIA C/ROIG D-73 GUAYAMA, PR 00784 |
| RAMON COLON AGUIRRE | BOX 128 ARROYO, PR 00714 |
| RAMON SANCHEZ | 2128 CALLE TOLOSA URB. VILLA DEL CARMEN PONCE, PR 00716 |
| REINALDO ALBINO MILIAN | HC 65 BUZON 6306 PATILLAS, PR 00723 |
| RICHARD AMPIER NEGRON | URB. CIUDAD UNIVERSITARIA, CALLE 1 DD 13, GUAYAMA, PR 00784 |
| RICHARD QUINONEZ | PARCELAS VIEJAS # 81 BO. COQUI AGUIRRE, PR 00704 |
| ROBERTO A. SALICETI | PO BOX 3080, GUAYAMA, PR 00785 |
| ROBERTO GARCIA RIVERA | HC 02 BOX 4751 GUAYAMA, PR 00784 |
| ROBERTO MARTINEZ FILIPE | URB. COLINAS DEL PRADO CALLE REINA ELIZABETH #334 JUANA DIAZ, PR 00795 |
| ROBERTO RESTO RAMOS | URB JARDINES DE ARROYO CALLE CC AL-25 ARROYO, PR 00714 |
| ROLANDO RIVERA | HC 01 BOX 18311, COAMO, PR 00769 |
| ROSA H. MARTINEZ TORRES | BDA. BLONDET CALLE C 290 GUAYAMA, PR 00784 |
| ROSA I COLON | Urb.Valles de Guayama, Calle 7, L-11, GUAYAMA, PR 00784 |
| ROSMAR APONTE GIBOYEAU | PO BOX 474 ARROYO, PR 00714 |
| RUTH A. ORTIZ RIVERA | Urb.Valles de Patillas V-2 calle 14 PATILLAS, PR 00723 |
| RUTH SANABRIA CORA | BO. YAUREL HC 01 6107 ARROYO, PR 00714 |
| SAMUEL SANCHEZ COLON | HC01 BZN 3593 ARROYO, PR 00714 |
| SANDRA G. COTTO MONTANEZ | URB. VILLA MAR CALLE CASPIO A 18 GUAYAMA, PR 00784 |
| SARA J. MARTINEZ PROSPERE | HC 764 BUZON 6242, PATILLAS PR 00723 |
| SERGIO CORREA DIAZ | ESIDENCIAL BELLA VISTA EDIF 6 APT 39 SALINAS, PR 00751 |
| SHEILA RAMOS SOTO | BDA.MARIN CARR.MACHETE A-86, CARR. MACHETE A 86, GUAYAMA, PR 00784 |
| SHEILA T VEGA COLON | URB.VISTA DEL SOL, CALLE 3 A 21, GUAYAMA, PR 00784 |
| SOL H REYES VELAZQUEZ | HACIENDA LOS RECREOS 7, CALLE LAS DELICIAS, GUAYAMA, PR 00784 |
| SOMIG SOPHIA JOUBERT | URB. BLONDET CALLE F-132, GUAYAMA, PR 00784 |
| SONIA M CLAUDIO RIVERA | BO. CORAZON, CALLE SAN FELIPE 154-5, GUAYAMA, PR 00784 |
| SONIA I SOLIS VEGA | HC 764 BUZON 6847, PATILLAS, PR 00723 |
| STEPHANIE CARTAGENA ROMAN | BDA. MARIN, 136 CALLE, GUAYAMA, PR 00784 |
| STEPHANIE COLLAZO LOPEZ | URB. LA ARBOLEDA CALLE 22 244 SALINAS, PR 00751 |
| TOMAS LEDEE FRANCO | BO. OLIMPO, CALLE 2 NO. 224 A, GUAYAMA, PR 00784 |
| VIVIANA SALGADO | BO. OLIMPO CALLE B #453 GUAYAMA, PR 00784 |
| WALESKA ROLON RODRIGUEZ | HC 01 BOX 8114 SALINAS, PR 00751 |
| WALTER RODRIGUEZ APONTE | CAMPITOS BRENES NUM 1 ARROYO, PR 00714 |
| WANDA I VAZQUEZ RODRIGUEZ | JARDINES DEL CARIBE, CALLE 31 FF 2, PONCE, PR 00728 |
| WILDA RODRIGUEZ PEREZ | BDA. SANTA ANA CALLE C NUM. 105-14 GUAYAMA, PR 00784 |
| WILDALIS M. CARTAGENA | CALLE MALAGUETA NO674 GUAYAMA, PR 00784 |
| WILLIAM RUIZ DIAZ | BOX 6837, PTO JOBOS C C 167, GUAYAMA, PR 00784 |

| Nombre | Dirección postal |
|---|---|
| WILSON RIVERA RODRIGUEZ | BO. LOS POLLOS CARR.757 KM.1, HM.6, PATILLAS, PR 00723 |
| WILSON RIVERA RODRIGUEZ | BO. LOS POLLOS CARR.757 KM.1, HM.6, PATILLAS, PR 00723 |
| XAELY VAZQUEZ CRUZ | BO. JAUCA #75 SANTA ISABEL, PR 00757 |
| XIOMARIE RODRIGUEZ | Residencial Bella Vista Edif 6, Apt 38, Salinas, PR 00751 |
| YAMILCA GOMEZ CAMACHO | BO. CORAZON CALLE SAN CIPRIAN 923-16 GUAYAMA, PR 00784 |
| YANITZA RAMOS RODRIGUEZ | Bo. Parcelas Vazquez 718 Calle Miguel Colon SALINAS, PR 00751 |
| YELIZ HERNANDEZ RIVERA | COMUNIDAD LAS 500 CALLE TOPICA 347 ARROYO, PR 00714 |
| YEIZA SANTIAGO | URB. PASEO COSTA SUR CALLE 10 BUZON 332 AGUIRRE, PR 00704 |
| YOLANDA FONTANEZ | Urb. Ciudad Universitaria R-5 Calle Zorzal GUAYAMA, PR 00784 |
| ZAIDA L. ESTRADA | URB. CIUDAD UNIVERSITARIA C-GORRION G-14 GUAYAMA, PR 00784 |
| ZULEMA M. OCASIO AYALA | Bo.Palma Parcelas Nuevas Calle #3 Casa 357 ARROYO, PR 00714 |
| INTELLIGENT SECURITY AND FIRE | CARR 3KM 131 H8 ARROYO, PR, 00714 |

DIRECCIONES QUE SE AÑADIERON NUEVAS

| Nombre | Dirección postal |
|---|---|
| Saturnino Morales Solivan | PO Box 195659 San Juan, PR 00919-5659 |
| JUANITA MORALES PEÑA, JOSÉ MANUEL LABOY PADILLA | PO Box 195659 San Juan, PR 00919-5659 |
| ROLANDO SANTIAGO; ISIDORA SANTIAGO | PO Box 195659 San Juan, PR 00919-5659 |
| YAZMIN MORALES | PO Box 195659 San Juan, PR 00919-5659 |
| Migdalia Mateo Pereira | PO Box 960 Guayama, PR 00785-0960 |
| Eduardo L. González | PO Box 960 Guayama, PR 00785-0960 |
| JORGE P. SALA COLÓN | PO Box 960 Guayama, PR 00785-0960 |
| JOM SECURITY SERVICES, INC. | PO BOX 2249 GUAYAMA, PR 00785 |
| MARIBEL ESCALANTE ROQUE | PO Box 1176 Patillas, PR 00723-1176 |
| GLORIA DÍAZ VILA | PO Box 960 Guayama, PR 00785-0960 |
| CPS PUERTO RICO, INC. | BBVA Tower 6th Floor 254 Muñoz Rivera Ave San Juan, PR 00918-9017 |
| RADAMÉS QUIÑONES APONTE, UNIDAD LABORAL DE ENFERMERAS Y EMPLEADOS DE LA SALUD | PO BOX 22792 SAN JUAN, PUERTO RICO 00931 |
| | Calle Nuclear 4107 Urb. Bella VistaPonce, P.R. 00716 |
| UNIDAD LABORAL DE ENFERMERÍA Y EMPLEADOS DE LA SALUD (ULEES) | Calle Héctor Salamán 354 Urb. Ext Roosevelt, Hato Rey, Puerto Rico 00918-2111
Calle Héctor Salamán Un. 354 Urb. La Merced San Juan, PR 00918-2111 |
| IRMA REYES VELEZ | PO BOX 22792 SAN JUAN, PUERTO RICO 00931 |
| LUIS A. GONZÁLEZ RIVERA | PO BOX 22792 SAN JUAN, PUERTO RICO 00931 |
| Marta Rivera Rivas | pmb 133 #54 Ave. Esmeralda Ste. 2 Guaynabo, PR , 00969-4461 |